**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Radcliffe Bancroft Lewis,            )
                                     )
            Plaintiff,               )
                                     )
                                     )    Case: 1:07-cv-00697
v.                                   )    Assigned To : Leon, Richard J.
                                     )    Assign. Date : 04/17/2007
The District of Columbia Judiciary, *et al.*,   )    Description: Lewis v. D.C. Judiciary, et al.,
                                     )
            Defendants.              )

## ORDER

It is hereby

ORDERED that plaintiff's motion to use a Post Office Box is GRANTED.

SO ORDERED.

_____
United States District Judge

Date: 4/6/07