TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

FILED APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Radcliffe Bancroft Lewis, Pro Se
1901 15th St. Ste #4, Washington, DC 20009
Plaintiff,
vs.

The District of Columbia Judiciary,
District of Columbia Courts,
Joint Committee on Judicial Administration,
Executive Officer, Ann B. Wicks
(In its official capacity thereof)
500 Indiana Avenue
Washington, DC 20001

And

District of Columbia Superior Court,
Chief Judge, Rufus King III,
(In its official capacity thereof)
500 Indiana Avenue, (Chambers 3500)
Washington, DC 20001

And

The Public Defender Service of
the District of Columbia, Robert Sullivan, Director
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

Julia Leighton
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

The Public Defender Service of
the District of Columbia, Training Coordinator,
Brenden Wells
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

The District of Columbia Judiciary,
District of Columbia Courts,
CJA Finance Office, Finance Officer,

Case: 1:07-cv-00697
Assigned To : Leon, Richard J.
Assign. Date : 04/17/2007
Description: Lewis v. D.C. Judiciary, et al.,

Civil Action A Suit
For Equity in Process

RECEIVED
MAR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
FEB 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JAN 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

Lewis Wallace
(In its official capacity thereof)
500 Indiana Avenue
Washington, DC 20001

And

Department of Labor, Secretary of Labor,
Elaine L. Chao,
(In its official capacity thereof)
United States Department of Labor
200 Constitution Ave., NW
Washington, DC 20210

And

The Department of Justice, Attorney General,
Alberto R. Gonzales,
(In its official capacity thereof)
United States Department of Justice
810 7th Street, N.W.
Washington, DC 20531

And

The United States Congress, Legislative Branch
of the Government of the United States,
Speaker of the House of Representatives,
Nancy Pelosi,
(In its official capacity thereof)
235 Cannon House Office Building,
Washington, DC  20515

*Defendants*

## COMPLAINT
(Pursuant to F.R.C.P. Rule 3 et seq.)

Radcliffe Bancroft Lewis, Complainant hereby presents before this honorable Court, this action, which commences before this Court as a Pleading in Equity. It being the federal courts have "abolished" mandamus orders, or rather, now inculcates the nature of such requisite actions into the general equitable powers of the the courts, the action is brought forth as an action in equity. THIS IS AN EXTRAORDINARY COMMENCEMENT OF ACTION.

### I. NOTICE OF CONSENT

That on 5 September 2006, Radcliffe Bancroft Lewis (here to hence "Lewis") in seeking consent for the

filing of this Action commencing with an appeal for a mandamus order, contacted the Office of the General Counsel for the District of Columbia Courts by telephone to (202) 879-1010 and was directed to contact the "Office of the DA" at (202) 514-7566. Upon so calling, Lewis obtained consent to proceed in this manner, now adjusted with respect to the pleadings in full equity now to be acceptable by this Court.

## II. IN RE RADCLIFFE BANCROFT LEWIS

A. For the purposes of uniformity Lewis now requests the court's indulgence to utilize the nomenclatures "Plaintiff" and "Defendants" as this action is an initial compliant.

B. Pursuant to F.R.C.P. Rule 1, 3, 17(a) and 81(b), et seq. comes Radcliffe Bancroft Lewis, (Lewis), now to enter his appearance before this honorable Court to seek equitable correction in the process of redress of a complaint. The following introductory information is presented in this regard:

1. In the interval of time from 28 January 2004 to this present date, the above indicated defendants have engaged schemes to deny Plaintiff reasonable due process of redress in administrative proceedings, reasonable investigation, and proper oversight in the processing of Plaintiff's claims and disputes regarding the denial of certain certification and matriculation into a program administered by the Defendants, each and every one of them in whole, and, or in part, of which Plaintiff asserts he otherwise qualifies for.

2. Specifically, thereafter that fateful incident, of 28 January 2004, Lewis (Plaintiff) embarked in a due diligent manner to seek the appropriate procedural steps of redress to resolve the disputes.

3. Lewis has been stymied in this process by myriad schemes perpetrated by the defendants, as well as by diverse government agencies as a whole, and thus, time is of the essence now in regard to the bringing forth of Lewis's original, and still unresolved, claim, to proper judicial venue.

## III. RELIEFS SOUGHT

Comes now Lewis to request for equitable cure so as to grant Lewis, full and unabridged access and all benefits and prvileges associated with those who are considered certified "CJA Investigators" of the DC Courts.

**1. Equitable Relief (Correction of the Status Quo)** - Particulary, Plaintiff requests for a correction of his employability, and, or contractual status, by the severing <u>the requirement</u> imposed upon Plaintiff in order for the completion of his matriculation into the CJA Program, from the disputes risen, so that at least pending resolution of this case, and all related disputes, Plaintiff is able to be in an 'active' status as a CJA Investigator, sufficient to get back to work to what degree he may now be able to work as an otherwise

"certified" investigator.

**2. Equitable Remedy - Enlargement of Time -** Plaintiff also now requests for equitable cure of time available for redress of his complaints and claims both to this Court as well as by way of the venues available to him for complaints of his nature, via the Department of Justice's Office of Civil Rights.

**3. Equitable Remedy - Enlargement of Time -** In keeping with the request "1" immediately above, Lewis also now requests for equitable cure of time for suit, so as to enlarge such time in relation to the adjustments necessary to provide for such civil rights complaints, claims, investigations and findings, and where relevant, resolutions, according to the availabilities of such processes, or, in the alternative,

**4. Equitable Remedy - Adjustment of Venue -** In consideration of the request "2" immediately above, where this Court finds it innapropriate or impossible to grant such relief, or where this Court considers itself to restrained to do so, Plaintiff then seeks from this court via this filing for continuation of his original claims before this Court hereto and herein this filing appropriately adjusted.

[Albeit for all practical purposes, Plaintiff can only foresee where the provision of such continuation at a civil yet other than equitable level, would only requisite a dismissal sufficient to allow the Office of Civil Rights to engage the civil rights claims which invariably will be filed in any event, and thus all the other requests for equitable cure would revert back to this instant Court for consideration as some level of cure must be obtained in order to get the Department of Justice to enable the Office of Civil Rights lodged therein to actually accept the complaint.]

**5. Equitable Compensation -** Finally, In relation to the degree to which damage has been done to Plaintiff as a result of the rising of these disputes here considered, Plaintiff now seeks equitable relief sufficient to prosecute his otherwise claims, in keeping with such compensation, and, or, other conveyances sufficient for Plaintiff to be able to address these matters on parity with normative capabilities of communication, litigation support, and representation capacities.

**IV. PRELIMINARY EXPLANATION**

Plaintiff here reiterates that such order, if granted by this Court, would provide reliefs to Lewis, by enabling him to continue his occupation as a Criminal Justice Act ("certified") investigator, pending resolution of a civil rights complaint previously filed with the District of Columbia Courts' Equal Opportunity Office, and

now to be filed with the Department of Justice's Office of Justice Programs, and or, the Office of / for Civil Rights therein. Moreover, this pendant civil rights complaint and related claims are against the above defendants, each and every one of them in whole and, or in part and is of a complex nature in that regard, for such claims against the local defendants pertain to the CJA Program; yet this instant suit in equity consists of claims againts the federal defendants, and the detailed matters therein must be sifted through a profound investigation of the facts and circumstances before alteration of the body of defendants may be tended to, whether such alteration(s) are to be in the increase or the decrease.

**[It is this profound investigation that is being denied here and warrants a cure of process of redress].**

**WHEREFORE**, comes now Lewis as a Plaintiff to call upon the equitable powers of this Court in seeking corrective measures in order to cure the imbalance between time for appropriate redress and time for suit, as alas – the former here stated (time for redress) now overreaches, and unfairly so, the latter (time for suit). Lewis, as Plaintiff, attaches the accompanying Mandatory Motions, Preliminary Memoraandum, and related exhibits in Support of this instant plea for cure of equitable remedy process.

**The Value of the Equitable Relief Sought is Currently Estimated to Be One Hundred Thousand (USD $100,000.00) Dollars.**

Respectfully submitted by,

Radcliffe Bancroft Lewis, Plaintiff, *Pro Se*
Email: rad_bancroft@hotmail.com

---

**Rule 4 Notice**
I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this ___ day of _____, 2007, I caused this here-above stated **Complaint: Radcliffe B. Lewis v. The District of Columbia Judiciary...**, as wells as its accompany **Mandatory Motions, Preliminary Memorandum in Support,** and as well as the relevant related exhibits together with the related suggested **Order**, page to be delivered by way of hand delivery, the following entities:


Ann B. Wicks, Executive Officer, Joint Committee on Judicial Administration,
District of Columbia Courts, 500 Indiana Avenue, Washington, DC 20001

And

Rufus King, III, Chief Judge, District of Columbia Superior Court,
500 Indiana Avenue, Washington, DC 20001
And
Robert Sullivan, Director, Public Defender Service,
633 Indiana Avenue, Washington, DC 20001
And
Julia Leighton, Public Defender Service,
633 Indiana Avenue, Washington, DC 20001
And
Brendan Wells, Public Defender Service,
633 Indiana Avenue, Washington, DC 20001
And
Lewis Wallace, DC Superior Court,
500 Indiana Avenue, Washington, DC 20001
And
Elaine L. Chao, United States Department of Labor,
200 Constitution Ave., NW, Washington, DC 20531
And
Alberto R. Gonzales, Department of Justice
810 7th Street, N.W., Washington, DC  20210
And
Nancy Pelosi, Congress of the United States
235 Cannon House Office Building, Washington, DC  20515
And
The District of Columbia
Office of Risk Management
441 4th Street, NW
Washington, DC  20530
And
The Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 1060 N, Washington, DC, 20001
And
The United States Attorneys Office
555 Fourth Street, NW (Room 10808)
Washington, DC  20530

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
RADCLIFFE B. LEWIS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
D.C. JUDICIARY, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T

Case: 1:07-cv-00697
Assigned To : Leon, Richard J.
Assign. Date : 04/17/2007
Description: Lewis v. D.C. Judiciary, et al.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ■ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>■ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983    Civil Rights Violation

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO   If yes, please complete related case form.

DATE _____  SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd

