# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Radcliffe Lewis

Plaintiff

V.

District of Columbia, Et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-0697 RJL

I, Radcliffe B. Lewis, declare that I am the (check appropriate box)

■ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ■ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ■ Yes   ■ No   Self Employed Only

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)
   About $600 for 2007-Jan-1 to 2007-Dec-31

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DC Courts [Private Contractor]
   28 Feb 2007   # About $37—

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. Business, profession or other self-employment | ■ Yes | ☐ No | |
   | b. Rent payments, interest or dividends | ☐ Yes | ■ No | |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ■ No | |
   | d. Disability or workers compensation payments | ☐ Yes | ■ No | |
   | e. Gifts or inheritances | ☐ Yes | ■ No | |
   | f. Any other sources | ☐ Yes | ■ No | |

RECEIVED
MAR 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

As a private researcher I acquired about $600 in fees for 2007. I have been stymied in my endeavors due in part to the discrediting and lack of resources resulting from the actions of defendants.

4

The regulations under which defendants appear to operate, and the refusal of certification, do harm to me in closing contracting opportunities. This case is part of the attempt to rectify the disenfranchisement.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ■ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ■ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   None

I declare under penalty of perjury that the above information is true and correct.

_5/March/07_  _____
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ | _____  4/6/07 |
| United States Judge   Date | United States Judge   Date |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe Bancroft Lewis, *Pro Se* | \| |
| *Plaintiff* | \| |
| | \|   Civil Action |
| vs. | \|   A Suit for Public Accountability |
| | \| |
| The District of Columbia Judiciary, Et al | \| |
| *Defendants* | \| |

## RULE 5 NOTICE

This is an IFP related Notice to the Clerk of the Court

The intent of this Notice is the pursuit of Plaintiff's complaince with FRCP Rule 4.

### I. On Notice of Address of Plaintiff

Where this case was filed on 27 January 2007, and

Where the Clerk of the Court required the provision of a mailing address by Plaintiff in order for the case summons and complaint to be served upon the defendants,

Will the Clerk of the Court please note the here-stated address of Plaintiff to wit:

**Radcliffe B. Lewis, 1901 15th Street, NW, Suite #4, Washington , DC  20009**

That this is a mailing address.

This mailing address was presented to the Clerk of the Court on 27 February 2007 . [See Attachment -Copy of first page of complaint stamped in accordance with both date of filing and date of notice of address].

### II. On Notable Points of Contact of the Several Defendants [Skiptrace Information].

Where the defendants can be illusive with respect to serviced by the Marshals of this Court:

Will the Clerk of the Court please note the various members to be service a copy of the summons and

RECEIVED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

complaint previously filed, as indicated in the here-accompanying "Certificate of Service".

WHEREFORE Plaintiff presents these here-above notices to ascertain the correction of any discrepancies.

Respectfully submitted by,

Radcliffe Bancroft Lewis, Plaintiff, *Pro Se*
1901 15th Street, NW, Suite #4
Washington, DC 20009

## Certificate of Service

I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this 28th Day of February 2007, I caused to be delivered by first class mail postage prepaid, and where possible by hand-delivery, the here-above stated "Rule 5 Notice", to:

**SET A – DEFENDANTS**
Ann B. Wicks, Executive Officer - Joint Committee on Judicial Nomination,
District of Courts, 500 Indiana Avenue, Washington, DC 20001

And
Rufus King, III, Chief Judge, District of Columbia Superior Court,
District of Courts, 500 Indiana Avenue, Washington, DC 20001

And
Robert Sullivan, Director, Public Defender Service,
633 Indiana Avenue, Washington, DC 20001

And
Julia Leighton, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

And
Brendan Wells, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

And
Lewis Wallace, DC Superior Court, 500 Indiana Avenue, Washington, DC 20001

And
Elaine Chao, Department of Labor, 200 Constitution Ave. NW, Washington, DC 20210

And
Alberto Gonzales, Department of Justice, 810 7th Street, NW, Washington, DC 20531

And
Nancy Pelosi, US Congress, 235 Cannon HOB, Washington, DC 20515

As well as…

**SET B – DESIGNATED RECEIVING AGENTS**

...their respective receiving agents as follows:

Pursuant to Rule 4(i)(2)(A) - For Defendants - District of Columbia Judiciary, Rufus King III, and Lewis Wallace
**C/o Office of the General Counsel**
**District of Columbia Courts, 500 Indiana Avenue, NW , Room # 5400,**
**Washington, DC , 20001**

And
Pursuant to Rule 4(i)(2)(A) -For Defendants - Public Defender Service, Julia Leighton, and Brenden Wells
**Office of the General Counsel, Public Defender Service of the District of Columbia**
**633 Indiana Avenue, Washington , DC  20001**

And
Pursuant to Rule 4(i)(2)(A) -For Defendant - Department of Labor,
**Office of the Solicitor, U.S. Department of Labor**
**Frances Perkins Building, 200 Constitution Avenue, NW , Washington , DC 20210**

And
Pursuant to Rule 4(i)(2)(A) -For Defendants – Department of Labor and Department of Justice
**Office of Legal Counsel, Department of Justice, 950 Pennsylvania Avenue, NW ,**
**Washington, DC 20530-0001**

And
Pursuant to Rule 4(i)(2)(A) -For Defendant – District of Columbia
**Office of Risk Management, District of Columbia Government**
**441 4th Street, NW, Suite 800 South, Washington , DC 20001**

And
Pursuant to Rule 4(i)(2)(A) -For Defendants - District of Columbia and United States Congress
**Office of Inspector General, Congress of the United States**
**386 Ford Building, Washington , DC  20515-9990**

As well as
**Office of the Attorney General for the District of Columbia**
**441 4th Street NW, Suite 1060 N, Washington, DC 20001**

And
Pursuant to Rule 4(i)(1)(B) and (C), and Rule 4)(e)(2) -
Defendants District of Columbia and the United States of America, [the sovereignties thereof]
**Alberto Gonzales, Department of Justice, 810 7th Street, NW , Washington , DC  20531**

As well as
**C/o Seal of the United States**
**Attn:  Ambassador Raymond Martinez, Chief of Protocol**
**Office of the Chief of Protocol, Office of the Chief of Protocol,**
**2201 C Street NW, Room 1238, Washington , DC  20520**

Sign: _____  Date _2/28/07_

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

Radcliffe Bancroft Lewis, Pro Se
*1901 15th St. Ste #4, Washington, DC 20009*
Plaintiff,
vs.

The District of Columbia Judiciary,
District of Columbia Courts,
Joint Committee on Judicial Administration,
Executive Officer, Ann B. Wicks
(In its official capacity thereof)
500 Indiana Avenue
Washington, DC 20001

And

District of Columbia Superior Court,
Chief Judge, Rufus King III,
(In its official capacity thereof)
500 Indiana Avenue, (Chambers 3500)
Washington, DC 20001

And

The Public Defender Service of
the District of Columbia, Robert Sullivan, Director
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

Julia Leighton
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

The Public Defender Service of
the District of Columbia, Training Coordinator,
Brenden Wells
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue
Washington, DC 20001

And

The District of Columbia Judiciary,
District of Columbia Courts,
CJA Finance Office, Finance Officer,

Civil Action A Suit
For Equity in Process

RECEIVED
FEB 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JAN 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT