IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

| | |
|---|---|
| Radcliffe Bancroft Lewis, Pro Se *Plaintiff,* vs. The District of Columbia Judiciary, Et al *Defendants* | R. Lewis v. DC Judiciary Et al 1:07-cv-697, (RJL) |

**Pursuant to F.R.C.P. Rules 18 and 19**

**MOTION TO ENJOIN THE SOCIAL SECURITY ADMINISTRATION AND THE SOCIAL SECURITY ADMINISTRATION, STEPHANIE GARRET AS DEFENDANTS TO THE INSTANT ACTION, AND TO AMEND CLAIMS TO COMPORT WITH COLLATERAL DAMAGES INCURRED BY PLAINTIFF.**

Where Plaintiff Radcliffe Lewis (hereto hence "Lewis") at the commencement of the instant Action did submit a motion to supplement the complaint after substitution of parties, and where to his knowledge this Court has yet to act on that prior motion, Plaintiff now seeks to add the Social Security Administration, and independent agency of the Government of the United States, (hereto hence "Administration"), and one Stephanie Garret in her official capacity as agent of that Administration, (hereto hence "Garret") to the instant complaint. In support of this motion Plaintiff here states the following:

### I. Incident

Where Lewis' social security card was lost/stolen and he sought to have it replaced, upon visiting the Administration and encountering Garret, Lewis submitted his application for a replacement social security card as well as two identification cards, to wit: a picture identification from the

RECEIVED JUN 29 2007 NANCY MAYER WHITTINGTON, U.S. DISTRICT COURT CLERK

Library of Congress, and a picture identification from the District of Columbia's Department of Human Services. Garret then denied Lewis' application for a replacement card pending his presentment of a drivers' license or non driver's license from the local Department of Motor Vehicles, and provided Lewis a printout indicating that the social security number that he placed on the application form is confirmed to belong to one "RADCLIFFE, BANCROFT, LEWIS,." **See Exhibit 1 hereto.**

Garret explained to Lewis that the government believes that anybody can get the two identification cards he submitted. Lewis then indicated to Garret his wish to appeal the decision, and Garret answered abruptly "Have a nice day sir."

Lewis then asked the agent for her name at which point she replied, "It's on the paper."

Lewis stated, "I can't read it."

Garret then voiced, "Stephanie Garret", and Lewis wrote that down on the paper provided. Garret then said to Lewis "I am just doing my job" and asked "I mean it's the law, how are you going to appeal federal law?"

Lewis then asked what time is it and Garret indicated "12:44".

## II. Background:

**A. On the Action and Parties**

This action commenced seeking correction of the process of redress regarding a dispute between Plaintiff and the District of Columbia's Judiciary Branch. Specifically, over a year after engaging contract work within the District of Columbia's court system, and after having provided an extensive file of copies of documents regarding identity and background information, including (but not limited to) copies of social security card, naturalization

certificate, veteran's administration card, and Department of Defense form 214, to the court's agents, along with consent for the District of Columbia's Office of the Public Defender to perform a National Crime Information Center check, the defendants not only demanded a driver's license or non-driver's license in order for Lewis to continue to engage in contract work with the courts, but also failed to make available for inspection and review the very file with the application and copies of identification and other forms available. To date, defendants have not been able to explain why this demand was made specifically upon Lewis. The dispute ripened to action in this Court when upon developing a complaint to address the issue of discriminatory influences on the decision of the defendants, the Department of Justice blocked access to the hand delivery of the discrimination complaint to the Office of Justice Programs. This blockage arrested the process mandate for the dispute at large while the unpaid contracting agent Lewis continued to suffer collateral harm of time and earnings, and alas, rights, as well; for the governments in severalty continued to develop legislation mandating compulsory possession of the drivers' license or non-driver's license for all citizens of the several states even while dismissing the din of protest nationwide that such all inclusive identification cards invariably foment discriminatory practices. So while the public debates it and the governments move forward with it, Lewis continues to live the increasingly collateral deprivations of what looks like discriminatory actions masquerading as legislated law. It is for this reason why both the Congress of the United States as well as the Attorney General for the United States is included here in suit.

Lewis avers that it appears important to point out here that at the time of the demand by the agents of the courts for Lewis to present a driver's license or non-drivers' license the following circumstances were afoot:

1. The Real ID Act was not a spotlight in the national dialogue.

2. The Real ID Act was not yet implemented.

3. Compliance with the Real ID act was not given as the reason for the demand.

4. No other investigator or prospective investigator appeared to have been subject to the demand, with the consequence of expulsion from the program if such licenses were not presented.

5. Lewis did not have a driver's license because he was not able to afford the ownership, maintenance, and insurance on an automobile at the time (and is still not able to), and his previous driver's license which was issued in a different jurisdiction had expired.

6. It was not mandatory in the District of Columbia for an individual to hold in possession a non-driver's license.

7. The peculiar demand for such license(s) placed upon Lewis occurred over a year after he was operating as a contracted private investigator with the District of Columbia Judiciary, and after he raised concerns regarding lethargy of payment for services rendered, and inadequacy of - downright absence of the investigator identification credentials for criminal defense related agents in the field, as well as suit filed against the District of Columbia and the Department of Veterans Affairs regarding interruption of readily available funds from payments tendered to Lewis via GSA for services rendered. It is the opinion of Lewis that the abrupt and singled out demand to present such license(s) was not only discriminatory but also retaliatory, but the complaint process was supposed to ferret that out. There seems to be no process protocol within the courts however, and the process was up-ended when the only viable path to present the complaint for discrimination, via hand delivery by the complainant whose livelihood has been destroyed by the arbitrary and capricious contractor expulsion, was blocked by the Department of Justice itself.

**B. On the Administration**

About back in July of 2005 Lewis did lose his social security cart, a separate lost-card incident from the recent incident requiring replacement of the card. Lewis attempted to have his card replaced, but the agent denied the application indicating to Lewis that he needed proof that Lewis was "allowed to use" his "middle name". The agent did not indicate the nature of proof needed, or even why the demand was made in the first place. Lewis did not make any attempt to provide this elusive proof to this peculiar demand, but simply went to a different office, explained the audacious demand to the agent at that time, and his application was accepted. **See Exhibit 2 (documentation of a prior incident with the Administration).**

## II. Argument

We can see that since the first disputes regarding 'identification' the cancer of the one mass unique identification for all has now spread to other sectors of government. In fact this legislated cancer now spreads even to the quasi-private sector; however, here Plaintiff addresses the matter of the government sector. Nevertheless, where the demand appears to provide the government a sense that it is able to provide for the security of citizens by way of this unique identification data-base with all the information available not just for operators of motor vehicles, but for access to commerce as well, it really does nothing to prevent against the commercial losses that Plaintiff has suffered so far dealing with the government itself; it does nothing to protect him when his wallet is stolen, and it does nothing to protect him from discrimination. In fact, if Lewis actually possessed a drivers' or non-drivers' license and it had been in the bag with his social security card when, military records on disc, and voter registration card, and bank card

when the bag was taken, a complete stranger would acquire a bounty of information about Lewis sufficient to recreate the 'straw man' on demand. The Department appears to operate as if it has the upper hand on this by then giving the complete stranger confirmation that the social security number matches the name, and what we see is a uniform cross-validation system, and that is precisely the problem – it is uniform, not unique to the cross-validation parameters customized by the individual that the 'straw-man' is supposed to represent. What Lewis loses with this Orwellian like scheme that the government is attempting to force down all of our throats is the possessional authority of this customizing cross-validation scheme, and this possession is something that the Plaintiff is neither willing nor able to part with without compensation, and there is no compensation, because when the 'straw-man' validation process is breached by any other party, the body is breached in the acknowledgment of its existence. But the government would certainly put the cuffs on the body of Lewis were to walk into say the Department of Motor Vehicles (the "DMV") to apply for a non-drivers' license – *naked.*

The whole point of not giving in to the Chief Judge of the DC Superior Court who even suggests he is willing (in his official capacity) to pay for the process fee of the license obtained is to preserve the claim of equity consideration for the monies lost as a result of the Lewis' expulsion (termed "inactivated" by agents of the court) of his contractor standing with the DC Judiciary Branch. Unless otherwise allowed by this Court, that *giving in* could be argued to have occurred at the moment Lewis actually obtains such license from the DMV. Moreover the processing fee for such a license or non-license now dramatically increases with the demands of the Federal Government that in order to obtain it, the individual must have all of the other identification documents that Lewis previously submitted copies of when he first applied to be a contracting

agent with the courts. The fees for replacement of the naturalization certificate alone, (the original also now lost) ranges in the hundreds of dollars and can take a significant period of time. These considerations are not included in the Chief Judges assessment of processing fees. Now beside having had his identification cards stolen several times in the past few years, why is Lewis losing all these other documents? - Because he has no where else safe to put them. This is the circumstance of the indigent, one who has been dispossessed of all livelihood because great minds in the current society in possession of leadership authority automatically perceives that it creates "suspicion" (Rufus King's word for it) just because Lewis does not have one of those *'I can't afford to drive a car but I am walking around with a Department of Motor Vehicles non-license card anyway'* Orwellian IDENTIFICATION.

The collateral destruction of opportunities for livelihood warrants a re-visitation of the collateral relief sought, and a reasonable amount of USD $4.5 Million is sought pending resolution of the process of redress considerations; this separate from the collateral relief to be sought after consideration of the discrimination and or retaliation considerations of the original complaint.

WHEREFORE for the foregoing reasons Plaintiff requests that the instant motion be granted.

Respectfully submitted by,

Radcliffe Bancroft Lewis, Plaintiff, *Pro Se*
1901 15th Street, NW, #4
Washington, DC  20009

---

**Rule 4 Notice**

I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this 28th day of June, 2007, I caused the foregoing "MOTION TO ENJOIN THE SOCIAL SECURITY ADMINISTRATION AND THE SOCIAL SECURITY ADMINISTRATION, STEPHANIE GARRET AS DEFENDANTS TO THE INSTANT ACTION, AND TO AMEND CLAIMS TO COMPORT WITH COLLATERAL DAMAGES INCURRED BY PLAINTIFF" together with related exhibits and **Order**, page to be delivered by way of hand delivery, the following entities:

Ann B. Wicks, Executive Officer, Joint Committee on Judicial Administration, District of Columbia Courts, 500 Indiana Avenue, Washington, DC 20001

Rufus King, III, Chief Judge, District of Columbia Superior Court, 500 Indiana Avenue, Washington, DC 20001

Robert Sullivan, Director, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

Julia Leighton, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

Brendan Wells, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

Lewis Wallace, DC Superior Court, 500 Indiana Avenue, Washington, DC 20001

Elaine L. Chao, United States Department of Labor, 200 Constitution Ave., NW, Washington, DC 20531

Alberto R. Gonzales, Department of Justice, 810 7th Street, N.W., Washington, DC 20210

Nancy Pelosi, Congress of the United States, 235 Cannon House Office Building, Washington, DC 20515

The District of Columbia, Office of Risk Management, 441 4th Street, NW, Washington, DC 20530

The Office of the Attorney General for the District of Columbia, 441 4th Street, NW, Suite 1060 N, Washington, DC, 20001

The United States Attorneys Office, 555 Fourth Street, NW (Room 10808), Washington, DC 20530

Stephanie Garret, Social Security Administration, 2100 M Street, NW, Washington, DC 20037

Social Security Administration, Office of the General Counsel, 6401 Security Boulevard, Room 617 Altmeyer, Baltimore, MD 21235

And General Counsel, DC Courts

_[signature]_       6/28/07

R. Lewis

NUMI    DTE:06/27/07    S    XC:    UNIT:041    PG:001

## SOCIAL SECURITY ADMINISTRATION
## SOCIAL SECURITY NUMBER VERIFICATION

OUR RECORDS INDICATE THAT SOCIAL SECURITY NUMBER S
ASSIGNED TO RADCLIFFE , BANCROFT , LEWIS , .

YOUR SOCIAL SECURITY CARD IS THE OFFICIAL VERIFICATION OF YOUR SOCIAL SECURITY NUMBER. THIS PRINTOUT DOES NOT VERIFY YOUR RIGHT TO WORK IN THE UNITED STATES.

PROTECT YOUR SOCIAL SECURITY NUMBER FROM FRAUD AND IDENTITY THEFT. BE CAREFUL WHO YOU SHARE YOUR NUMBER WITH.

*[signature]*
SOCIAL SECURITY ADMINISTRATION
2100 M ST NW
WASHINGTON DC 20037

Stephanie Garnet

12:44

Exhibit 1



# RADCLIFFE
## RESEARCH & INVESTIGATIONS
(AN UN-INCORPORATED FRANCHISE IN THE DISTRICT OF COLUMBIA – D&B REGISTERED)

C/o Radcliffe B. Lewis 19 Eye Street, NW, Washington, DC 20001, Email: radcliffego@justice.com, Tel: 301 412-0801

21 April 05

To:   Mr. Soto
      Service Representative
      Social Security Administration
      1401 Wilson Blvd, Second Floor
      Arlington, Va  22209

Re:   Incident Report

Dear Mr. Soto:
The accompanying Incident Report is being furnished to you for your review. You are advised to review the contents thereof, and in the event you differ any portion of this Report, please remit to me your differ, and the nature and basis of your differ, along with any corrections that you would like to make, promptly.

You may reply, preferably, by Electronic mail to radcliffego@justice.com, and, or, radcliffego@hotmail.com, or in the alternative, you may contact me directly by telephone to (301) 412.0801.

Please note that time is of the essence in regards to your response, therefore reply that is mailed to me via regular postage may not be appropriate under the circumstance without prior reply through the open channels here indicated otherwise. Thank you.

Sign,

_____,_____
Radcliffe B. Lewis, Principal Officer

Copies to:   1. Mr. Soto, Service Representative, for verification purposes.
             2. Social Security Regional Office 2100 M Street, NW, Washington, DC  20037
             3. Office of the General Counsel
                Social Security Admninistration
                Room 617 Altmeyer Building,
                6401 Security Boulevard
                Baltimore, MD  21235-0001
             4. Other Pertinent Parties

_____ R _____

Exhibit 2

1



# RADCLIFFE
## RESEARCH & INVESTIGATIONS
*(AN UN-INCORPORATED FRANCHISE IN THE DISTRICT OF COLUMBIA – D&B REGISTERED)*

C/o Radcliffe B. Lewis 19 Eye Street, NW, Washington, DC 20001, Email: radcliffego@justice.com, Tel: 301 412-0801

21 April 05

## Incident Report

**I. Situation**

That:

A. At the location of 1401 Wilson Blvd, Second Floor, Arlington, Virginia 22209,

B. On 21 April, 2005 at about 1232 hours,

C. I, Radcliffe Bancroft Lewis, entered into the Social Security Office located therein to apply to replace my lost social security card.

D. I took a number (#80) from a number counter on the wall, assembled relevant documents, and approached the service counter.

E. A service agent there of seemingly of Asian/Indian descent inquired if you could be of assistance.

F. I replied indicating I was there to replace my lost Social Security card.

G. The service agent asked if I had any identification.

H. I presented to him an identification card from the Department of Human Services, District of Columbia, and my voter registration card, as well as two peaces of recent mail.

I. The service agent, upon listening to me explaining that which I presented, stated that I am not born in the United States, and asked if I am an citizen.

J. I stated, "Yes, I do not have my naturalization certificate, but my citizenship was verified the last time I was here before the office moved, about a year ago."

K. The service agent replied indicating that I needed to prove my citizenship, but corrected himself indicating that was already verified, but that he needed identification to verify my middle name.

L. I pointed to one of the pieces of mail, (my bank account statement from the Navy Federal Credit Union, and to my voter registration card, an indicated, both of which contain my middle name, but the service agent indicated those documents were not acceptable.

M. I state to the service agent, "Okay, give me a 95-108 and I will address it that way."

N. Service agent, "What?"

O. "A 95-108, because there is no way in a Jeffersonian Democracy a voter registration cannot be accepted as a valid document", I replied.

P. "Service agent, "What is a 95-108?"

Q. A "95-108 is a notice of intent to sue you-", I replied but was interrupted by the service agent exclaiming:

R. "To sue me!?"

S. "Yes." I replied, and added " There is my bank account information, either you can either accept the voter registration or the bank account information, otherwise, I will sue through the Social Security Administration through the US District court to compel you to accept the voter registration card as a valid document.

T. The service agent then turned to another service agent to inquire about this"95-108" indicating, "I have never heard of it before, I don't know what it is."

U. I interjected, "If you don't have the 95-108 then get me your general counsel, or your regional counsel, that's it, its not hard.

2

V. The other service agent (a heavy set elderly (over 40) black male) suggested that I would have to see the commissioner for that.

W. I asked for the contact information for the commissioner, and the other service agent stated, "Baltimore."

X. I asked the first service agent if he has a supervisor, and he indicated that he did not.

Y. I re-inquired and he confirmed that the other service agent was not his supervisor, adding, "I am just a service agent."

Z. I asked for his name and he willingly provided that information, stating his name to be "Mr. Soto", and the date and time to be "21 April 2005, 12:40" pm.

AA. As I packed to leave, Mr. Soto suggested that I could present a driver's license.

BB. I asked Mr. Soto if the federal government issues driver's licenses, and he answered "no", at which point I left the office.

II. Environment

A. On 21 April 10 at about 1232 hours, at the time that I entered the office, to wit: Social Security Office, 1401 Wilson Boulevard, Second Floor, Arlington, Virginia 22209, was office was empty.

B. By the time I gathered relevant documents and the application form to present the service agent, I was the only client therein.

C. There was one other service agent at the service counter, and I could not discern any other personnel inside the office save, a security guard seated at a desk close to the entrance/exit of the office. I did not take not of the security guard until after I went to the front desk.

3

D. By the time I left there were other people in the office. All activities and conversation occurred in relative peace with no need for active intervention by the security guard.

E. The ambient temperature outside was about 67 degrees Fahrenheit.


C. Addendum

On drafting this letter, I visited the websites for the Social Security administration, to wit: http://www.ssa.gov/, http://www.ssa.gov/onlineservices/, and http://s3abaca.ssa.gov/pro/fol/fol-form.cgi, and according to the online information, the regional office for the my Zip code of 20001 turned out to be the social security office at 2100 M St. NW, Washington, DC 20037.

**Under penalties of perjury hereby declare this statement to be true to the best of my knowledge and recollection.**

                Sign,

                _____,_____
                Radcliffe B. Lewis, Principal Officer


Copies to:    1. Mr. Soto, Service Representative, for verification purposes.
                2. Social Security Regional Office 2100 M Street, NW, Washington, DC 20037
                3. Office of the General Counsel
                    Social Security Admninistration
                    Room 617 Altmeyer Building,
                    6401 Security Boulevard
                    Baltimore, MD 21235-0001
                4. Other Pertinent Parties

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue NW. Washington, DC  20001

| | |
|---|---|
| Radcliffe Bancroft Lewis, Pro Se *Plaintiff*, vs. The District of Columbia Judiciary, Et al *Defendants* | R. Lewis v. DC Judiciary Et al 1:07-cv-697, (RJL) |

**ORDER**
Re:
**MOTION TO ENJOIN THE SOCIAL SECURITY ADMINISTRATION AND THE SOCIAL SECURITY ADMINISTRATION, STEPHANIE GARRET AS DEFENDANTS TO THE INSTANT ACTION, AND TO AMEND CLAIMS TO COMPORT WITH COLLATERAL DAMAGES INCURRED BY PLAINTIFF.**

Upon consideration of Plaintiff's motion to enjoin the Social Security Administration and all opposition thereto, the order is Granted.

Upon consideration of Plaintiff's motion to enjoin the Social Security Administration, Stephanie Garret and all opposition thereto, the order is Granted.

Upon consideration of Plaintiff's motion to amend claims to comport with collateral damages incurred, the order is Granted.

Other: _____

Sign: _____, Judge, on this _____ day of _____2007.

Copies to:

Ann B. Wicks, Executive Officer, Joint Committee on Judicial Administration, District of Columbia Courts, 500 Indiana Avenue, Washington, DC 20001

Rufus King, III, Chief Judge, District of Columbia Superior Court, 500 Indiana Avenue, Washington, DC 20001

Robert Sullivan, Director, Public Defender Service, 633 Indiana Avenue, Washington, DC 20001

Julia Leighton, Public Defender Service,
633 Indiana Avenue, Washington, DC
20001

Brendan Wells, Public Defender Service,
633 Indiana Avenue, Washington, DC
20001

Lewis Wallace, DC Superior Court, 500
Indiana Avenue, Washington, DC 20001

Elaine L. Chao, United States Department of
Labor, 200 Constitution Ave., NW,
Washington, DC 20531

Alberto R. Gonzales, Department of Justice,
810 7th Street, N.W., Washington, DC
20210

Nancy Pelosi, Congress of the United States,
235 Cannon House Office Building,
Washington, DC 20515

The District of Columbia, Office of Risk
Management, 441 4th Street, NW,
Washington, DC 20530

The Office of the Attorney General for the
District of Columbia, 441 4th Street, NW,
Suite 1060 N, Washington, DC, 20001

The United States Attorneys Office, 555
Fourth Street, NW (Room 10808),
Washington, DC 20530

Stephanie Garret, Social Security
Administration, 2100 M Street, NW,
Washington, DC 20037

Social Security Administration, Office of the
General Counsel, 6401 Security Boulevard,
Room 617 Altmeyer, Baltimore, MD 21235

Office of General Counsel, DC Courts
500 Indiana Avenue, N.W., Room 5400
Washington, D.C. 20001