UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
RADCLIFFE BANCROFT LEWIS,      )
                               )
    Plaintiff,                 )
                               )
    v.                         ) Civil Action No. 07-0697 (RJL)
                               )
DISTRICT OF COLUMBIA           )
JUDICIARY, *et al.*,           )
                               )
    Defendants.                )
_____)

## ORDER

In this civil action filed *pro se* and *in forma pauperis*, plaintiff seeks to compel defendants to allow him to work as an investigator under the Criminal Justice Act. He also seeks monetary damages of $100,000. Plaintiff names as defendants several federal and District of Columbia employees whom he sues solely in their official capacities. *See* Case Caption.[1] Because an official-capacity lawsuit "in all respects other than name" is against the governmental entity, *Kentucky v. Graham*, 473 U.S. 159, 166 (1985), the Court hereby substitutes the District of Columbia and the United States as the real parties in interest. Accordingly, it is this ___10th___ day of July 2007,

ORDERED that the complaint against the named individuals, Ann B. Wicks, Chief Judge Rufus King III, Robert Sullivan, Julia Leighton, Brenden Wells, Lewis Wallace, Elaine L. Chao, Alberto R. Gonzales and Nancy Pelosi, is DISMISSED; and it is

---

[1] Plaintiff also names three District of Columbia entities that may not be sued in their own names.

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall prepare and issue summonses for the District of Columbia and the United States and provide the summonses and a copy of the complaint to the United States Marshals Service to effect service of process upon these two defendants.

/s/ Richard J. Leon
Richard J. Leon
United States District Judge