# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RADCLIFFE BANCROFT LEWIS** | ) | |
| **1905 15th Street** | ) | |
| **Suite #4** | ) | |
| **Washington, D.C. 20009** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| **v.** | ) | **Civil Action No. 07-0697 (RJL)** |
|  | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
|  | ) | |
| **UNITED STATES** | ) | |
|  | ) | |
| **Defendants.** | ) | |
|  | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant

U.S. Attorney, as counsel of record for the defendant United States in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class mail, postage

prepaid to:

RADCLIFFE BANCROFT LEWIS
1905 15th Street
Suite #4
Washington, D.C. 20009

on this _____ day of August, 2007.


_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137