TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

| | |
|---|---|
| Radcliffe Bancroft Lewis, Pro Se<br>*Plaintiff,* | |
| vs. | Civil Action A Suit<br>For Equity in Process |
| The United States, and<br>The District of Columbia<br>*Defendants* | |

## NOTICE TO THE COURT

### (In consideration of LCvR 84 Et seq.)

May the clerk of the court please file this document and its accompanying Memorandum subjected as "Lewis v. United States, Civil Action No. 07-0697 (RJL), Offer of Settlement".

Respectfully submitted by,

_____
Radcliffe Bancroft Lewis, Plaintiff, *Pro Se*
1901 15th Street, NW, Washington, DC 20009
Email: rad_bancroft@hotmail.com

---

### Rule 4 Notice

I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this 30th day of August, 2007, I caused this Notice to the Court and attached Offer of Settlement to be delivered by way of hand delivery, the following entities:

The United States, Defendant
C/o   Clair Whitaker
      Assistant U.S. Attorney
      555 4th Street, NW, Room E-4204
      Washington, DC 20530

The District of Columbia
C/o   The Office of the Attorney General for the District of Columbia
      441 4th Street, NW, Suite 1060 N,
      Washington, DC, 20001

# MEMORANDUM

Date/Invoice #:
2007-0830-1354

Subject:
Lewis v United States, Civil Action No. 07-0697 (RJL)

Offer of Settlement

---

®
A Division of Radcliffe Lewis Enterprises, SP

R. Lewis
Investigative Correspondent

Whisper:
rad_bancroft@hotmail.com

**INTELLEXAE.ORG**
*A Journal of Public Policy Review*

Tel: (202) 870-2522
Email: intellexae@gmail.com

RESEARCH – ANALYSES – REPORTS - ADVOCACY

---

Attn:   Ms. Clear Whitiker, Esquire
        Assistant United States Attorney
        United States Attorneys Office – Civil Division
        555 4th Street, NW, Room E-4204
        Washington, DC  20530
        (202) 514-7137

Dear Assistant United States Attorney

You have entered your appearance as counsel for the defendant UNITED STATES in the action indicated above.

You have also filed a motion to dismiss. In that motion you indicated:
That the filing is "almost incomprehensible"
That ""federal defendant has no knowledge of this claim, [see page 2 "DISCUSSION] therein you motion, and that "there are only vague references to a complaint that plaintiff alleges is to be filed with certain offices of the Department of Justice.

I now remind you that one of the elements of your client prior to substitution by the court is Nancy Pelosi, United States Congress, Legislative Branch of the Government of the United States, Speaker of the House of Representatives (official capacity); and I now add that another of the elements of your client, Roberto Gonzales, recently resigned from office. Moreover, your client's co-defendant, District of Columbia has not responded to the summons and has not provided for the explicit entry of counsel to represent it in this action. Additionally, motion in on record to add the Social Security Administration as a defendant in the instant action. Finally there is no indication from you that you represent Defendant District of Columbia in the instant action.

It is by no means reasonable for me to accept responsibility for the failure of the District of Columbia to report to the Congress of the United States (its Sovereign) the activities and developments that may or may not be relevant to the litigious affairs of your client.

Based upon these developments, I now remit to you this offer.
This offer is made as a genuine offer of mediation and settlement only, perchance your client cares to act in good faith.

Notes: 1. _____
       2. _____
       3. _____

Time Interval: From _____ To _____ Sign: _____

Your client may alleviate itself of this instant action by doing the following:
1. Grant access to the hand delivery of the civil rights complaint to be filed with the Office of Justice Program that is referred to in the instant action,
2. Instruct the Social Security Administration to provide forthwith a duplicate social security card to me upon my
   a. presenting of an application form filled out for that purpose,
   b. presenting of the two picture identification cards mention in the motion to include that administration as a defendant,
   without any demand for a drivers or non-drivers license from any nation or state.
3. Grant consent to a summary judgment on the instant action affirming granting the relief sought in sections 2, 3, and 4 of the COMPLAINT,
4. Cause your client's subject, the District of Columbia to report to produce all documents related to the my training as a CJA or CJA type investigator, particularly, the training jacket an the documents filled out therein that I submitted to Brendan Wells, an element of the District of Columbia and party to the instant action prior to substitution,
5. Provide me a full and complete certified copy of the obtained training jacket and its contents,
6. Remit an amount not less then one fourth (1/4) of the value of the Equitable Relief sought; specifically, one fourth of the amount is twenty and five thousand [USD $25,000.00] dollars, in readily available funds[1], payable directly to me,

Such action on the part of your client would alleviate your client of further litigation relative to the instant action.

This offer is not able to take into consideration any claim in the civil rights complaint to be filed, nor can any offer be made at this time relative to such claims.

A copy of this offer will be filed as a notice to the Court to alleviate any misunderstanding of the nature of the communication.

Please remit your client's response to this offer no later than Tuesday, August 4, 2007.

Sincerely

*/s/ Radcliffe Lewis*
Radcliffe B. Lewis
1901 15th Street, NW
Washington, DC  20009

---

[1] The funds should be free of interference by way of any third party claims that may have utilized your client's debt collection or TOP process to take money in transit, as well as and third parties not affiliated with government.

Notes: 1. _____
       2. _____
       3. _____

Time Interval: From _____ To _____ Sign: _____