UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE B. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 07-697 RJL |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FEDERAL DEFENDANT'S MEMORANDUM IN FURTHER SUPPORT
OF ITS MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT**

Federal defendant files this memorandum in further support of its motion to dismiss or for a more definite statement, and replies to plaintiff's recent filing in this case as follows:

Procedural History of this Case

On April 17, 2007, plaintiff filed a complaint naming as defendants numerous local entities and individuals, the District of Columbia, and the United States. R. 1.  On June 29, 2007, plaintiff filed a motion to enjoin "the Social Security Administration . . . and one Stephanie Garret in her official capacity as agent of that Administration . . ." in connection with this matter. R. 5.

Prior to service of the complaint on any of the defendants, this Court, by order of July 10, 2007, determined that in his complaint "plaintiff seeks to compel defendants to allow him to work as an investigator under the Criminal Justice Act."  R. 6.  It dismissed all defendants from the law suit, *sua sponte,* with the exception of the District of Columbia and the United States. Id.

On August 13, 2007, federal defendant filed a motion to dismiss plaintiff's complaint or, in the alternative, for a more definite statement as to the claims against it.  See R. 10; see also Fed. R. Civ. P. 8(a) and 12(b)(1) and (6).  On August 23, 2007, this Court directed plaintiff to respond to federal defendant's motion to dismiss prior to September 23, 2007, or the motion may deemed conceded.  Plaintiff has not responded to federal defendants' motion, but instead, on August 30, 2007, re-filed his earlier motion to enjoin.  R. 12.

## ARGUMENT

Plaintiff has not responded to federal defendant's dispositive motion.  Accordingly, dismissal as to the federal defendant is appropriate.

Should the Court consider plaintiff's motion to enjoin [R. 5 & R. 12] to be a response to federal defendant's motion to dismiss, defendant states as follows:   It appears from a review of plaintiff's complaint and recent filing that his claim involves the denial of work as a D.C. Superior Court criminal investigator because an agent of the Social Security Administration [p. 1-2], and/or agents of the D.C. courts [p. 3-4], would not accept identification from him other than a driver's license or non-driver's license identification card.  Motion at p. 2.  Plaintiff also asserts that he was blocked by the Department of Justice from hand delivering of a discrimination complaint in this matter to the Office of Justice Programs.  Plaintiff describes his claims as follows:

> This blockage arrested the process mandate for the dispute at large while the unpaid contracting agent Lewis continued to suffer collateral harm of time and earnings, and alas, rights, as well; for the governments in severalty continued to develop legislation mandating compulsory possession of the drivers' [sic] license or non-driver's license for all citizens of the several states even while dismissing the din of protest nationwide that such all inclusive identification cards invariably foment discriminatory practices.  So while the public debates it and the governments move forward with it, Lewis continues to live the increasingly

> collateral deprivations of what looks like discriminatory actions masquerading as legislated law. It is for this reason why both the Congress of the United States as well as the Attorney General for the United States is included here in suit.

Motion at p. 3.[1]  He avers that Chief Judge Rufus King has suggested that he [the Chief Judge] would be willing to pay for the processing fee of the license, and that it creates "'suspicion' (Rufus King's word for it) because [plaintiff] does not have [the proper id]." Plaintiff's Motion, signature page.

Federal defendant urges dismissal of the United States as a defendant in this case. There are no specific claims alleged against the federal defendant, except for an alleged disagreement between plaintiff and a Social Security Administration employee over some proof of identity related to obtaining a duplicate Social Security card. Plaintiff's claims appear to be directed toward the denial of contract work by the District of Columbia Court System, not the Federal government. Although plaintiff seeks mandamus against the federal defendant, he presents no jurisdictional statement for such relief.

As noted in federal defendant's motion to dismiss, because plaintiff presents no facts that set forth a claim against the United States and avers no jurisdictional basis for his cause of action, plaintiff's complaint is subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Should the Court determine dismissal is not warranted, defendant alternatively moves for an order for a more definite statement of plaintiff's claims. Fed. R. Civ. P. 8(a).

---

[1] As plaintiff's motion does not contain page numbers, defendant has counted the pages and refers to the third page of the motion as p. 3.

## CONCLUSION

For the foregoing reasons and those set forth in federal defendant's motion to dismiss or for a more definite statement, and it appearing that plaintiff has conceded federal defendant's defenses by not responding to them, federal defendant respectfully moves this Court for dismissal of this action as to the Federal government. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing memorandum/reply was served this 24th day of September 2007, on plaintiff by first class mail, postage pre-paid to:

    Radcliffe B. Lewis
    1901 15 St., Suite #4
    Washington, D.C. 20009

    _____
    CLAIRE WHITAKER, DC Bar #354530
    Assistant United States Attorney
    555 4th Street, NW, E-4204
    Washington, DC 20530
    (202) 514-7137