**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**333 Constitution Avenue NW. Washington, DC 20001**

Radcliffe Bancroft Lewis, Pro Se
|
                *Plaintiff,*
|

vs.
|
|
|
            Case No.: 1:07 –cv-697-rjl
|

District of Columbia
|

And
|

The United States of America
|
             *Defendant*
|

---

### PLAINTIFF'S RESPONSE
### TO FEDERAL DEFENDANTS MEMORANDUM IN FURTHER SUPPORT
### OF ITS MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT
### (In Keeping with LCvR 7)

### Background

I. On 23 August 2007, this Court issued an order granting Plaintiff upon until the 25th day of September, 2007 to respond the federal Defendant's motion to dismiss. This Court provided Plaintiff to "file separately, but contemporaneously, an amended complaint that delineates the claims against the federal defendants, and set forth supporting facts for each claim."

II. On 30 August 2007, Plaintiff, filed a Notice to the Court indicating his attempts to provide the federal defendant an opportunity to resolve this case. It was about that time the Plaintiff learned of the Order granted to Plaintiff as noted I above.

III. On 24 September 2007, the federal defendant, through counsel filed their 'memorandum in support' containing its own misinterpretation of this Court's order, and based on that, a potpourri

1

of convoluted statements suggesting in conclusion that the plaintiff has conceded to them. The federal defendant also filed a "Reply" (according to the docket) but at this time Plaintiff has no idea what that "Reply" is because upon attempting to read it from the docket, the link thereto opens to the supplemental memorandum. The clerk of the court provided the telephone number of the docket clerk to address that issue.

IV. On 25 September 2007, Plaintiff submitted a timely filed amended complaint titled "Refiled Complaint" with a hand-written page stating as follows:

> **"This Court provided Plaintiff Radcliffe B. Lewis an opportunity to respond to Defendant United State's motion to dismiss for a more definate*[sic]* statement by refilling the Complaint.[1] The accompanying pages are intended to so provide. The Action is amended to encompass in scope, claims, an*[sic]* in terms of reliefs sought, the entirety of known claims regardless of venue. F.R.C.P. 8 applies. Plaintiff focuses only on the activities of the defendants stipulated above.[2]**
> **The Court should not*[sic]* that Defendant District of Columbia has yet to respond or entered any counsel to appear."**

Plaintiff footnoted that page as follows:

> **"[1] This is from recollection as at this writing Lewis does not have a copy of this Court's Order in front of him from which to quote.**

**[2] The Court's Order did not address (it seems) the Social Security Administration which Plaintiff may address in a separate document."**

V. Today, 2 Octoter 2007, Plaintiff read the federal defendant's memorandum only.

## Statement of Genuine Issues

VI. Plaintiff now points to controversies within that memorandum and avers as follows:

A. **Controversy in the Details** - This Court's determination that "plaintiff seeks to compel defendants to allow him to work as an investigator under the Criminal Justice Act" is true in part and false in part.

B. **Controversy in Fact** - The federal defendant is completely wrong about the deadline for filing suit.

C. **Controversy of the Record** - Plaintiff did not "refile" his earlier motion to enjoin.

D. **Controversy in Fact** - Dismissal as to the federal defendant is not appropriate.

E. **Controversy at Litigation** - The motion to enjoin the Social Security Administration as a party is not a response to the federal defendants' motion to dismiss.

F. **Controversy in Fact** - The federal defendant's construction that Plaintiff's "claim involves the denial of work as a D.C. Superior Court criminal investigator because an agent of the Social Security Administration" would not accept identification from him is wrong.

G. **Controversy in Fact (*libel of information*)** - The federal defendant's construction that that "Chief Judge...suggested...that he would be willing to pay for the processing fee of the license"...[THEREFORE THAT]..."creates "'suspicion'" is out of line.

H. **Controversy at Litigation *(ad homonym)*** - The federal defendant's assertion as indicated in "G" immediately above is on "Plaintiff's...signature page" is nothing more than the attempt at character assassination, a poisoning of the well by an attempt at leading inference that a 'signature page' should lead to 'signature' of pathology – a tactical use of the word "signature" to describe a page, a use thereof that leads to pure nonsense.

I. **<u>Where there is no Controversy</u>** - The "disagreement between plaintiff and a Social Security Administration employee over some proof of identity related to obtaining a duplicate Social Security card" stands.

J. **Controversy at Litigation** - The federal defendant's assertion that "Plaintiff's claims appear to be directed toward the District of Columbia, not the Federal government", and that "he presents no jurisdictional statement for such relief" is wrong.

K. **Controversy at Litigation** – This federal defendant received a more definite statement.

### Discussion

### On Scope

VII. In keeping with statement VI. A. above – This Courts assessment of the complaint is true to the extent that allowing Plaintiff to work is a part of the relief sought, but the dry manner in which the Court puts it makes it sound like the plaintiff applied for a job and wasn't hired, and as a result of merely that, takes action by way of suit. We must be careful not to rely on such shallow inferences, there is more to this suit than that. Even if we lived in a world where it is

4

legal to discriminate and refuse to 'hire' or contract with someone on account of personal preference, nothing in such legalities allow one individual to tell a lie, neither explicitly, nor implicitly, against another.  The Plaintiff in his amended complaint stated,

> **"...the District of Columbia engaged a very coy scheme to label Lewis as one who is not credible, not to be contracted with, and not worthy of engaging investigations for pay under its CJA program."**

This goes far beyond the scope of 'they want let me work!'.

**That the Amended Complaint was Timely Filed; and that After First Attempt at Mediation**
VIII. In keeping with statements VI. B, and C above:  Plaintiff in his amended complaint, which was timely filed on 25 September 20007, (mind you), did indicate in his footnote thereon that he will address the matter of the Social Security Administration in a separate document.  In its memorandum, the federal defendant implicated that plaintiff "re-filed his earlier motion" on "August 30, 2007", but the docket only reflects that on that day Plaintiff filed a Notice to the court.  To Plaintiff's recollection, that Notice contained an attached letter to the federal defendant whereby Plaintiff sought the federal defendant's cooperation in mediating this matter.  Thus, the federal defendant is simply flat wrong about the deadline, it was not 23 September 2007, but 25 September 2007.  Plaintiff is not at liberty to speculate about how the federal defendants happened to misread the Court's Order.

**That The Discrepancy with Notice to the Social Security Administration May Require**

**Corrective Action**

IX,  In keeping with Statement VI. E above:  The docket does indicate that this Court received the motion to enjoin the Social Security Administration on 29 June, 2007; however, though the motion included a proof of service or like notice, Plaintiff is not able at this time to affirmatively aver that the Social Security Administration actually received the motion,  Moreover, because this court retains control of the issuance of summons in this particular Action, Plaintiff then determined to first inquire with the Clerk of this Court to determine whether filing of the motion is sufficient to activate the process of notice to enable that Administration being reasonably aware of a complaint afoot, or whether he should resubmit and re-post that motion; thus he determined that this matter must be addressed after some research of the law and process regarding the enjoining of parties and how served.  Because that Administration was not substituted, in the Order granting substitution of parties, in light of the work to be done to affirm compliance with the rules of the Court, Plaintiff segmented his work load and indicated in the Refiled Complaint that he would treat this matter in a separate document.  **See footnote [2] of the Refiled Complaint; statement IV on footnotes herein.**

**That the Activities of the Current Defendants Precede the Activities of the Social Security**

**Administration, But that All Opposing Parties Act Similarly Notwithstanding**

X.  The actions of the defendants in this Action preceded the act of the Social Security Administration employee's refusal to allow Lewis to acquire a duplicate Social Security card, however the demand of the Social Security employee mirrors that of Brenden Wells, the District of Columbia Government employee that refused to provide Lewis with a CJA Investigator

Identification card.  Both required a driver's license or none drivers license from the motor vehicle department of some State or the District of Columbia.  In fact, the demand by Brendan Wells to divulge such a card preceded even the requirement of the District of Columbia to comply with the Real ID Act, nor did the District of Columbia assert that this is the reason for its demand; it is not yet 2008.  Moreover, not only did the District of Columbia not assert any law, statute, or contract obligation to justify its incessant demand, it did not suggest in any way any discrepancy reported by the Social Security Administration regarding Lewis's identity.  Thus the federal defendant's assertion that D.C. Superior Court denied him work because the Social Security Administration would not accept identification from him is at best a false conclusion on the part of the federal defendant, and at worst, an attempt to give an excuse, albeit well after the fact, that its co-defendant may attempt to utter for its actions.  As far back as 17 March 2004, the Chambers of the Chief Judge of the Superior Court indicated to Lewis that the Chief Judge demanded the drivers license or non-drivers license, but failed to provide justification thereto. On March 29, 2004 the Chief Judge reaffirmed this decision, and still did not provide any justification for the peculiar demand.  **See marked Exhibits #1 and #2 here attached, copies of email sent from the chambers of the Chief Judge, and email memorializing Lewis's meeting with the Chief Judge on 29 March 2004.**

## On Opposing Counsel's Attempt to Falsely Convey the Direction of the Application of Rufus King's Uttered "Suspicion"

XI.  In keeping with Statement VI. G. herein, it his the federal defendants that need to keep in check their own disbelief that the Chief Judge of the Superior Court did indicate that he was willing to pay for the processing fee of the license.  The Chief Judge had ample opportunity

likewise to retract the offer or differ against publication of his communication with Lewis, that offer. **See Exhibit #3, E-mail correspondence to Rufus King regarding offer and subsequent meeting held on 19 September 2005, which ended with the next scheduled assignment being the swearing in of members of the Clerk of the Court.** The word suspicion that the federal defendant may now sense is not derived from the suspicion that Lewis's assertion should be regarded as incredulous; the suspicion that the federal defendant should now sense is but the word "suspicion" as evoked by the Chief Judge in his reference to the idea that just because Lewis did not have a current drivers license, "that creates suspicion". Until at least recently, there was no law mandating that Lewis "must carry" a drivers or non-drivers license, nor was it mandatory in the agreements between Lewis and the District of Columbia that the drivers license or non-drivers license was mandatory in order for him to remain matriculated as a certified and active CJA Investigator.

XII. Finally, the federal defendant in its memorandum appear to completely ignore to factors of Plaintiff's Complaint:

A. That Plaintiff asserts he attempted to file a civil rights complaint against the District of Columbia, with the Department of Justice, and that

B. The sovereign of the District of Columbia is neither the mayor nor the Chief Judge, nor even the Executive Officer of the District of Columbia Courts, but the Congress of the United States.

**On Access to the Office of Civil Rights - Blocked**

8

XIII. Respective to statement XII. A. immediately above:  Plaintiff did not preserve the badge number of the law enforcement officer who blocked his access to the Department of Justice, he did however indicate in his pleading that he obtained consent to file with this Court for an order of Mandamus in order to be able to get his civil rights complaint to the Department of Justice, after an employee or representative there indicated there is no remedy for the denial of hand delivery other than by postage or other courier – to Philadelphia, that Plaintiff could not afford. It should be sufficient that Plaintiff asserted his required FRCP 5(b)(2)(D) as amended, and the record hereto speaks for itself.

### That The Sovereign of the District of Columbia is the Federal Defendant, Reasonable Access To Which Appears Non-existent

XIV. Respective to statement XII. B above:  As for the District of Columbia's sovereign, for an Action where the process of redress has been at best illusive and at worst non-existent, it is facetious to believe any *Pro se* litigant should proffer suit against a sovereign realm without giving the Head of State a chance to tackle the situation.  Congress has been unresponsive in this regard as it provided no designation or oversight sufficient to assure there exists redress for administrative review of the decisions of the District of Columbia.  Without the enactment of a formal judicial or investigative proceeding noted to be both mandatory (in terms of process of redress) and exempt in keeping with 2 U.S.C. 1602 (B),  Plaintiff could be deemed subject to Congress's Lobbying Disclosure Rules *(2 U.S.C. 1601 )* (here to hence "LDR") complete with is "Lobbying Disclosure Electronic Filing System" and distributed disk **(see marked "Exhibit # 4, copy of the cover of the disk issued by Congress)** that Plaintiff does not have a desktop computer to permanently devote their fondling scheme.  Consider the following:

XV. With regard to the LDR

A. sub-section (2) thereof, states the definition of "Lobbying activities" as follows:

> *"(7) Lobbying activities*
>
> *The term "lobbying activities" means lobbying contacts and efforts in support of such contacts, including preparation and planning activities, research and other background work that is intended, at the time it is performed, for use in contacts, and coordination with the lobbying activities of others."*

B. Sub-sections (9) and (10) continues as follows:

> *"(9) Lobbying firm*
>
> *The term "lobbying firm" means a person or entity that has 1 or more employees who are lobbyists on behalf of a client other than that person or entity. The term also includes a self-employed individual who is a lobbyist.*
>
> *(10) Lobbyist*
>
> *The term "lobbyist" means any individual who is employed or retained by a client for financial or other compensation for services that include more than one lobbying contact, other than an individual whose lobbying activities constitute less than 20 percent of the time engaged in the services provided by such individual to that client over a six month period."*

C. Also sub-sections (2) of the LDR reads:

> *"(2) Client*
>
> *The term "client" means any person or entity that employs or retains another person for financial or other compensation to conduct lobbying activities on behalf of that person or entity. A person or entity whose employees act as lobbyists on its own behalf is both a client and an employer of such employees. In the case of a coalition or association that employs or retains other persons to conduct lobbying activities, the client is the coalition or association and not its individual members."*

D. Moreover, according to the "Lobbying Disclosure Electronic Filing System Windows User Guide of January 2007"[1] an ACES Digital Signature Certificate is required in order to report to the Congress in compliance with the LDR. **See Exhibit # 5, excerpts.** This requirement it turns out, requires a dedicated end user device able to contain the IBM Workplace software permanently installed.

E. Finally here, if an individual or "lobbyist" is not in compliance with the LDR, the punishment may include up to five years and ONE HUNDRED THOUSAND ($100,000.00) DOLLARS in fines.

XVI. The LDR as it turns out, encompasses a set of definitions that far overreaches even the IRS tax codifications of what a lobbyist was considered to be. Even though sub-section (9) of the LDR appears to exempt individuals from being regarded as lobbyists if they communicate with Congress on their own behalf, section (2) of the LDR counts those same individuals as their own clients of their own lobbying services. Now here is a riddle – H*ow can you be the client of a person providing lobbying services if the person providing lobbying services is not regarded as a lobbyist?*

XVII. Yet for the purposes of the LDR, both you the client, and you the lobbyist not verifiable, are both subject to compliance with the LDR!

---

[1] It is interesting to note that this publication was developed within six months after Plaintiff attempted to file his civil rights complaint.

XVIII. Despite the convolution composition of Congress's LDR, in light of the statements above, it is also clear that Plaintiff does not have the resources to maintain the devices necessary to communicate with congress. The cost of a dedicated computer system and the place to put it far exceeds the income level of many a men in this country who may find it necessary to foot-carry a discrimination complaint to the nearest federal door-post after being severely economically deprived as a result of libel against them that renders them useless in the grand market of goods and services, such as Plaintiff. Interestingly, it is the United States Attorney for the District of Columbia to whom the Clerk of the House of Representatives must report incidents of non-compliance with the LDR.

Thus now Avers the Plaintiff

Respectfully submitted by:

Radcliffe B. Lewis
1901 15th Street, NW, #4
Washington, DC  20009



**Rule 4 Notice**

I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this 2nd day of Otober, 2007, I caused this here-above stated Response to be delivered by way of hand delivery, the following:

The Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 1060 N, Washington, DC, 20001

And to

The United States Attorneys Office
555 Fourth Street, NW (Room 10808)
Washington, DC 20530

From:    "King III, Rufus G. (L.C.)" <kingr3@DCSC.GOV>
Date:    17 Mar 08:12 (PST)
  To:    "'radcliffego@hotmail.com'" <radcliffego@hotmail.com>,
         "'radcliffego@justice.com'" <radcliffego@justice.com>
Subject: Requirement for obtaining CJA Investigator Identification Card

Dear Mr. Lewis:
Earlier this week, you met with the Chief Judge and inquired as to what constitutes valid identification for the purposes of obtaining a CJA Investigator Identification Card. The Chief Judge decided that you must present either a driver's license or a non-driver's identification card, issued by a state or the District of Columbia, in order to obtain a CJA Investigator Identification Card.

Sincerely,
Aaron Knights, Law Clerk
The Chambers of Rufus G. King, III
Chief Judge of the District of Columbia Superior Court
(202) 879-1600



**LEGAL NEWS:** Top Headlines · Supreme Court · Commentary · Crime · Cyberspace · International
**US FEDERAL LAW:** Constitution · Codes · Supreme Court Opinions · Circuit Opinions
**US STATE LAW:** State Constitutions · State Codes · Case Law
**RESEARCH:** Lawyer Directory · Vendor Directory · Dictionary · Forms · LawCrawler · Library · Summaries of Law
**LEGAL SUBJECTS:** Constitutional · Intellectual Property · Criminal · Labor · more...
**GOVERNMENT RESOURCES:** US Federal · US State · Directories · more...
**INTERNATIONAL RESOURCES:** Country Guides · Trade · World Constitutions · more...
**COMMUNITY:** Message Boards · Newsletters · Greedy Associates Boards
**TOOLS:** Office · Calendar · CLE · West WorkSpace · FirmSite · Toolbar

Advertising Info · Add URL · Help · Comments

Jobs@FindLaw · Site Map

Company | Privacy Policy | Disclaimer

Copyright © 1994-2003 FindLaw

```
From:    "radcliffe lewis" <radcliffego@hotmail.com>
Date:    29 Mar 13:13 (PST)
  To:    radcliffego@justice.com
Subject: memo re king meeting 29 march
```

**Memorandum Re: 29 March 2004 Meeting with Chief Judge King, DCSC having occurred between the times of 0840 and 0849**

At the time indicated above, I entered into the Chambers of Chief Judge King to discuss the matter regarding identification pertaining to CJA Investigator Certification.

I presented my CJA Investigator identification to the Chief Judge and stated, ☐This is the document that I use to identify myself in the field when I am performing investigations.☐

The Chief Judge replied, ☐We have been through this before.☐

He then reiterated his stance that a drivers license or non-drivers license is required for the certification credentials.

I replied to him, ☐Based upon this development, this will not occur.

The Chief Judge Replied, ☐It is reasonable to ask you to do what everybody else does. If you don☐t it raises suspicions. I☐m through with you.

He then stood to invite me out.

I, remaining seated, asked the Chief Judge, ☐Have you read the Amicus Curea Given in the case of Hiibel vs-☐?☐

But the Chief Judge interjected stated, ☐ If you (get the non-drivers license) we are in business, if not (we☐re through).☐

I replied, ☐Okay, Thank you.☐

I left.


*Radcliffe Lewis*

---

**Check out MSN PC Safety & Security to help ensure your PC is protected and safe.**



**LEGAL NEWS:** Top Headlines · Supreme Court · Commentary · Crime · Cyberspace · International
**US FEDERAL LAW:** Constitution · Codes · Supreme Court Opinions · Circuit Opinions
**US STATE LAW:** State Constitutions · State Codes · Case Law
**RESEARCH:** Lawyer Directory · Vendor Directory · Dictionary · Forms · LawCrawler · Library · Summaries of Law
**LEGAL SUBJECTS:** Constitutional · Intellectual Property · Criminal · Labor · more...
**GOVERNMENT RESOURCES:** US Federal · US State · Directories · more...
**INTERNATIONAL RESOURCES:** Country Guides · Trade · World Constitutions · more...
**COMMUNITY:** Message Boards · Newsletters · Greedy Associates Boards
**TOOLS:** Office · Calendar · CLE · West WorkSpace · FirmSite · Toolbar

Advertising Info · Add URL · Help · Comments                                    Jobs@FindLaw · Site Map

Company | Privacy Policy | Disclaimer                                    Copyright © 1994-2003 FindLaw



*Exhibit #3*  Print - Close Window

| | |
|---|---|
| **From:** | "radcliffe lewis" <radcliffego@hotmail.com> |
| **To:** | kingr3@DCSC.GOV |
| **CC:** | radcliffego@hotmail.com, radcliffego@justice.com |
| **Subject:** | Confirmation |
| **Date:** | Tue, 20 Sep 2005 21:01:13 +0000 |

RADCLIFFE B. LEWIS
c/o Radcliffe Lewis, 19 Eye Street, NW , Washington , DC  20001
Email: radcliffego@hotmail.com                          Tel: 301 412-0801

To The Hon. Chief Judge King III
D C Superior Court
500 Indiana Avenue, NW
Washington , DC  20001

20 Sep 05

**Re: CJA Certification**

Dear Chief Judge King:

The following is a summation (yet not verbatim) of the material occurrences at your 19 September Open House meeting that I visited, and pertaining to our discussion regarding CJA certification:

I. Where I presented to you that I was personally not in objection to your demand to show a drivers license, however to comply does not bring closure because of two main issues as follows:
A.        As indicated in a recent letter, as I regard the demand of only a drivers / non-drivers license to appear Marxist, the Smith Act of 1940 prevents me, wherefore the order essentially requires me to violate Federal law, and
B.        The administrative process was exorbitant in time as I have been essentially deprived of icome of about $100,000 over the time that I have had to administratively address this issue.

II. You affirmed that this is no longer an administrative issue but now a legal issue, specifically:
A.        That this was an administrative issue up until the time that you affirmed the demand, at which time my dispute with the demand then made it a legal issue, and
B.        That the court will not be willing to address the issue of my lost income because you believe that my lost income was based on my refusal to comply with the Court's demand.

III. Finally, the next assignment in your schedule immediately after the Open House was the swearing in of members of the Clerk of the Court, a new policy now enacted of which the approximately ten or so people awaiting their swearing in were of the first or nearly first to undergo such process.

In the event you differ with any of the statements made here above please so indicate you differ and the nature of your differ and remit the matter back to me.  Please note that time is of the essence in this regard, and thank you for your cooperation.

Thank you.

Sincerely,


**( R )**  Studio*Radcliffe*.Tripod.com

**YAHOO! MAIL** Classic

Print - Close Window

**Date:**   Wed, 13 Jul 2005 13:47:18 -0700 (PDT)

**From:**   "Radcliffe" <go_radcliffe@yahoo.com>

**Subject:**   CJA and Greyhound FOIAs

**To:**   "radcliffe lewis" <radcliffego@hotmail.com>, go_radcliffe@yahoo.com, go_radcliffe@excite.com



**Radcliffe*Research* & Investigations**

c/o Radcliffe B. Lewis, 19 Eye Street, NW, Washington, DC 20001

Tel: 301 412-0801      http://radcliffego.tripod.com      radcliffego@justice.com

12 July 2005

To:     The Honorable Chief Judge King, III
District of Columbia Superior Court
Washington, DC 20001

**Subject:**     **CJA Investigation Certification Requirements and Identification**

Dear Hon. Chief Judge King:

Please allow me to take this time to thank you for your offer to pay for the acquisition of a drivers license/non-drivers license in order to complete the CJA certification process which I have begun within your jurisdiction.

As you may recall this development stems from the ongoing conflict between this Court and its investigator training agent, the Public Defender Service, and myself, regarding one Brendan Wells' demand that I provide such specific "identification" in order to receive the newly designed investigation identification card issued by this Court. As a refresher, I include here a letter to Wells regarding the inciting incident as to this matter. (**Encl 1**).

As you may also recall, this matter was further aggravated by the seizure of the previous investigator identification decal which I used in the field in order to carry out my duties according to the terms of the criminal defense arrangement of this jurisdiction. That decal, which I am sure you agree was the standard format layout and design decal used by court appointed criminal defense investigation in the carrying out of their duties, upon being summarily seized by a Federal Protective Services agent, uncovered questionable activities in the operations of government in relation to the organization, oversight, and manner of consort.

In light of these affairs, I have carefully considered your offer as mentioned above, and I regret to inform you that as well intentioned as I believe the offer is in an attempt to amicably settle the matter, I am unable to acquiesce to it.

The demand to acquire the privileged document, a driver's license, or, in the alternative, to acquire an identification document derived from the data base system developed presumably for the sole purpose of providing the privileged document, and thus a non-drivers license is unwarranted. Nothing in the applications or requirements for certification suggested this requirement. To be compelled to accept a privileged document or system as a condition in order to abate "suspicion" especially without prior notice is not logical. The document is no longer privileged, it is in fact required. Your offer to pay for it goes one step beyond the initial suggestion made to Wells on 28 January 2004, where I indicted to him that he would not see a driver's license until I receive payment from another voucher. Had Wells accepted that condition and process the investigation identification while holding me to that requirement, or in the alternative allowing me to proceed and save the dispute for another day, that would have been acceptable. Had this matter been cleared up within days of report to your chambers and request for inquiry, this your offer would have been workable, for the initial denial of the investigation identification card would not have had caused harm to my fledging career as to. Unfortunately, this

matter was not reasonably addressed in time and the disenfranchisement that I suffered had a corrosive effect on my ability to woo the clientele to whom I should have had access, court appointed criminal defense attorneys. The damage incurred goes far beyond the $20.00, or $39.00, or $59.00 set of fees that obtaining a drivers/non-drivers license may require, as I have suffered a significant loss of expected income from cases that I could have been assigned by attorneys who could have procured my services had I not come with "baggage". Moreover, the abrogation of the previous identification card undercut my effectiveness in the field and led to the row with the Department of Homeland Security (DHS), which it turns out controls such agencies as the Federal Protective Service, the Civil Air Patrol, and what used to be called the Immigration and Naturalization Service, and here my initial question to Wells comes about full circle. It befuddles me why a driver's license, which is not issued by any federal agency[1] is accepted up over and above all other identification cards, federal or state, at least outside of consideration of the pursuits of DHS to date. The posture of DHS in regard to this matter carried the odor of Marxist principles and operations (as I suggest in a previous letter). If indeed this DHS has embarked upon the development of "internal passports" and the recruiting of private consultants harboring Marxist ideologies in order to get the job done, it stand that this DHS is the adversary.

Now I have wondered why is it that of the 111 or thereabouts investigators who as of 28 January 2004 applied for certification, I "was the only one" as Lewis Wallace purported, that "bucked the system" in this regard. For the most part, all of the other investigators that I have met appear to be natural born citizens of the United States, but I on the other hand, am of Jamaican birth. Now under the tenets of my citizenship here in the United States, and the conditions and oaths required for obtaining such citizenship, it stands that true to my oaths, I am inclined to hold offensive liberty delimiting government operations that are in essence the driving impetus for the support of the American interpretation of democracy and republic oriented values that enabled this nation to appear today to be second only to Israel in strength. Now native born citizens are not particularly required at any time to do more than pledge allegiance to the "flag of the United States and to the republic for which it stands." I on the other hand, as a citizen of the United States **(see Encl 2)** have been requiring to "defend the constitution of the United States." Moreover as a veteran and previous non-commissioned officer in your naval forces, I also have at least one occasion pledged to enforce it, and this pledge and oath continues even after I am relieved of the vestment of naval service, and in any event my continued citizenship herein is conditional on my continual pledge to defend your constitution; the Constitution of the United States that is. It is no wonder then that I am offended by the posture of this Court, and perchance I am allowed to observe the statistics of national origin among the investigators, it may be possible to deduce why the other investigators are unable to see the flaw of the demand to force feed me an otherwise privileged document that I am not required to have, at least by the standards of federal authority. **Thus Encl. 3**. Neither the Congress of the United States or any two of the trilateral branches of this federal government has decreed the other side of the Hegelian dialectic (if you will) to be no longer hostile to democratic principles, and according to my several times over oaths to defend and enforce your constitution, it is not appropriate for me to consort with any person who engages and embraces Marxist or communist ideology, as I have identified DHS to have done.

For me to so engage without the waiver of exemption is to undercut my oaths and undermine my veracity.    For me to dismiss my oaths to this second republic of the United States of America in this regard requires either a special exempted and standing commission beyond the scope of certified criminal defense investigator, or a change in the terms of my citizenship, or in the alternative a change in the terms of the republic, and thereby in effect the creation of a third republic. But even were I to acquiesce to the demands of a third republic, to throw away my oaths to the second republic nonetheless undermines my veracity, unless I am allowed to walk into the third republic with dignitary status as one allowed to proceed commissioned and appropriately "well-heeled"[2] to at least continue to defend the values and virtues of the second republic; the only other option being to throw away my citizenship altogether as if I was never here.

Having had to undergo all those passages of oaths, and be awarded in part, and denied in part, the privileges allotted to those who serve, and then merely glaze over this issue and acquiesce is to regard with a certain shallowness of mind the importance that this federal government places on oaths. I am not convinced, Your Honor, that this kind of mindlessness befits the character and capacity expected of anyone that the framers and tinkerers of your constitution had in mind when they crafted and interpreted the laws thereof, as carrying out the duties and responsibilities of finders of fact according to

mandated due process.

Sincerely,

_____          _____

Radcliffe B. Lewis
19 Eye Street, NW, Washington, DC  20001

---

[1] I assert here that the District of Columbia only issues drivers licenses and other such privileged documents under the auspices of the municipal characterization not enlarged and executed by its federal powers.  Consider DC Code §1-102 et seq.
[2] As the now retired Justice O'Conner would say.

*( R )*
Radcliffe B. Lewis

---

Start your day with Yahoo! - make it your home page

**Attachments**

Files:

⊘ **rri_foia_to_king.doc** (62k) [Preview]

⊘ **rri_foia_to_usa_re_grehound.doc** (62k) [Preview]

⊘ **rri_letter_to_king_denying_offer.doc** (70k) [Preview]

⊘ **rri_return_of_service.doc** (31k) [Preview]

Exhibit #4

## Installation Instructions:

Insert the Lobbying Disclosure CD into the CD-ROM drive.
- The Installation Guide should load automatically.
  From here you can install the software and access
  all the help files/tutorials.

If the Installation Guide does not start automatically,
perform the following steps:
- Find the autorun.exe file on the CD
- Double-click on the filename to start the
  Installation Guide.

Questions or comments regarding filing with the House:

**Office of the Clerk**
**Legislative Resource Center**
B-106 Cannon House Office Building
Washington, DC 20515
(202) 226-5200

**Disclaimer**
While the information and software contained in this CD has been formulated in good faith and with all due care, the U.S. House of Representatives does not warrant that it is free from computer viruses or defects. Before loading the information contained in the CD onto your PC, you may want to scan the CD to detect for viruses.

**Limitation of Liability**
The software provided to you on this CD is made available to you with the understanding that the U.S. House of Representatives and its employees and agents are not liable to you for any losses, damages, cost or expense incurred or arising by reason of you using this CD.

VII

Exhibit #5



# U. S. HOUSE OF REPRESENTATIVES
## OFFICE OF THE CLERK

### Lobby Disclosure Electronic Filing System
### Windows User Guide
January 19, 2007

# Getting Started

The topics listed below explain the requirements to file Lobbying Disclosure forms electronically. Please review each section carefully before you begin working with the forms to ensure that your computer is configured correctly to file Lobbying Disclosure forms electronically.

## Decide Which Computer Will Be Used

The Lobbying Disclosure Electronic Filing System requires that an ACES digital signature be obtained and installed on the computer from which the filings will be submitted. It is important to decide who will sign the filings, and then select the appropriate computer for installation of that digital signature. The Legislative Resource Center accepts the signature of any person approved by the registrant to sign registration and reporting forms.

The computer to be used for form preparation and filing must have:

- A web browser (Internet Explorer version 5.0 or higher, Netscape version 7.0 or higher, or Firefox version 1.0 or higher);

- System configuration sufficient to run the IBM Workplace Form software;

- IBM Workplace Forms version 2.5, and;

- An internet connection.

It is possible to download and prepare a form at one computer, save it to a network folder or send it to another person, then sign, save and submit the form from a second location if the IBM Workplace software is installed.

## Obtain an ACES Digital Signature Certificate

The ACES Digital Signature program is a GSA initiative to assist in implementation of electronic filing with federal government agencies. The ACES digital signature certificate is the only type accepted by the Legislative Resource Center for Lobbying Disclosure filings.

Several ACES vendors provide digital signature certificates for the Lobbying Disclosure Electronic Filing System. You may obtain an ACES digital signature certificate for lobbying disclosure filings from the vendors listed below:

**IdenTrust** (Formerly, Digital Signature Trust)

http://www.identrust.com/certificates/buy_aces.html

**Operational Research Consultants, Inc.**

http://aces.orc.com/

When you have selected a vendor, follow the vendor instructions to apply for a certificate. Once your application has been approved, follow the vendor instructions to download and install the certificate.

*NOTE: Processing your application can take as little as 2 - 4 days. However, due to the identity and verification requirements, the entire process (from application to receipt of the ACES digital signature certificate) can take as long as 1 to 2 weeks.*