UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADLIFFE b. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) Civil No. 1: 07CV697 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Melvin W. Bolden, Jr as counsel for the defendant, District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 -FAX

CERTIFICATE OF SERVICE

I certify that on the this 14th day of February, 2008, a copy of the foregoing Notice of Appearance was electronically served on Radcliffe B. Lewis, pro se. and Claire B. Whitaker, AUSA and also by US Mail, postage prepaid to Radcliffe B. Lewis, pro se, 1901 15th Street, NW, # 4, Washington, DC 2009.

          Melvin W. Bolden, Jr.
          Assistant  Attorney General

.

          Melvin W. Bolden, Jr.
          _____
          Melvin W. Bolden, Jr.
          Assistant Attorney General

.