UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RADCLIFFE BANCROFT LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0697 (RJL) |
| DISTRICT OF COLUMBIA JUDICIARY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of February 2008,

**ORDERED** that the federal defendants' motion to dismiss [Dkt. No. 10] is **GRANTED**, and the complaint against the United States is dismissed.

_____
RICHARD J. LEON
United States District Judge