UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RADCLIFFE BANCROFT LEWIS, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-0697 (RJL)
)
DISTRICT OF COLUMBIA )
JUDICIARY, *et al.*, )
)
Defendants. )
_____ )

## ORDER

Plaintiff moves to join the Social Security Administration and an SSA employee in her official capacity as defendants to this civil action stemming from his inability to work as an investigator under the Criminal Justice Act. The claim against the SSA, however, stems from plaintiff's efforts to replace a lost or stolen social security card. Plaintiff has presented no just reason for joinder under Fed. R. Civ. P. 19, and permitting him to amend the complaint is not prudent because the amendment "would radically alter the scope and nature of the case and bear[] no more than a tangential relationship to the original action." *Mississippi Ass'n of Cooperatives v. Farmers Home Admin.*, 139 F.R.D. 542, 544 (D.D.C. 1991). Accordingly, it is this ____ day of February 2008,

ORDERED that plaintiff's motion seeking to join new parties and claims [Dkt. No. 5] is **DENIED**.

_____
RICHARD J. LEON
United States District Judge

Case 1:07-cv-00697-RJL    Document 21    Filed 02/19/2008    Page 2 of 2