UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADLIFFE B.. LEWIS,                     )
                                        )
            Plaintiff,                  )
      V.                                ) Civil No. 1: 07CV697 (RJL)
                                        )
DISTRICT OF COLUMBIA, <u>et al</u>.    )
                                        )
            Defendant.                  )

<u>MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO
REFILED  COMPLAINT AND MOTION FOR DEFAULT JUDGMENT</u>

The District of Columbia, by and through counsel, respectfully moves pursuant

to Federal Rules of  Civil Procedure, Rule 6(b) to enlarge the time, *nunc pro tunc*, in

which to file a response to plaintiff's Refiled Complaint and Application for a Default

Judgment.  Defendant requests until March 7, 2008, to respond to the aforementioned

filings. An attempt was made to contact plaintiff by US Mail, however at the

time of this filing he had not responded to the request for his consent to the aforesaid

motions. Plaintiff's pleading do not list a telephone number.

The grounds for the motion are that plaintiff apparently filed his Refiled

Complaint with the Clerk of the United States on or about September 25, 2007.

Approximately 10 days later the Refiled Complaint was apparently delivered to the

Office of the Attorney General. However, due to an inadvertent filing error, undersigned

counsel did not receive the pleading.  Additional time is needed, therefore, to review

plaintiff's pleadings, obtain information from the District agencies involved and to draft

papers responsive to plaintiff's allegations.

Wherefore, based upon the foregoing defendant District of Columbia respectfully

request an enlargement of time, *nunc pro tunc*,  to March 7, 2008, to file responses to

plaintiff's Refiled Complaint and Application for Default Judgment.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 -FAX


CERTIFICATE OF SERVICE

I certify that on the this 19th day of February, 2008, a copy of the foregoing Motion for Enlargement of Time, Nunc Pro Tunc was electronically served on Radcliffe B. Lewis, pro se. and Claire B. Whitaker, AUSA and also by US Mail, postage prepaid to Radcliffe B. Lewis, pro se, 1901 15th Street, NW, # 4, Washington, DC 2009.

Melvin W. Bolden, Jr.
Assistant  Attorney General

.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADLIFFE B.. LEWIS,                    )
                                       )
                Plaintiff,             )
        V.                             ) Civil No. 1: 07CV697 (RJL)
                                       )
DISTRICT OF COLUMBIA, <u>et al</u>.   )
                                       )
                Defendant.             )

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN  SUPPORT
OF  MOTION TO ENLARGE THE TIME TO FILE A RESPONSE
TO MOTION REFILED COMPLAINT AND MOTION
FOR DEFAULT JUDGMENT</u>

Federal Rules of Civil Procedure, Rule 6(b) grants the Court authority to grant the

parties additional time. The Court has wide discretion to grant such motions. <u>In re</u>

<u>Buckingham Super Markets, Inc.</u> 534 F2d. 976 (U.S. App.  D. C., 1976). Given the facts

discussed in the Motion, the District of Columbia urges the Court to grant the extension

of time, *nunc pro tunc*  to respond  to the Refiled Complaint and Application for a

Default Judgment up to and including March 7, 2008.

Wherefore, for the reasons stated above and in the motion, defendant District of

Columbia requests that this Court grant its notion up to and including March 7, 2008.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Interim Attorney General for the
                        District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        Kimberly M. Johnson
                        _____
                        KIMBERLY MATTHEWS JOHNSON ( # 435163)
                        Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADLIFFE B.. LEWIS,                          )
                                             )
                    Plaintiff,               )
        V.                                   ) Civil No. 1: 07CV697 (RJL)
                                             )
DISTRICT OF COLUMBIA, <u>et al</u>.          )
                                             )
                    Defendant.               )


<u>ORDER</u>

Upon consideration of the Motion for Enlargement of Time File a Response to

Refiled Complaint and Motion for Default Judgment, plaintiff's response thereto, and the

record herein, it is by the Court, this ___day of February, 2008,

        ORDERED: that the motion for enlargement of time to respond to

the motion be, and hereby is GRANTED; nunc pro tunc and it is,

        FURTHER ORDERED: that the defendant shall have up to and including March

7, 2008, to file a response to the Refiled Complaint and Motion for Default Judgment.


_____
RICHARD J. LEON
United States District Judge