IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| Radcliffe B. Lewis<br>*Plaintiff*<br><br>v.<br><br>District of Columbia Judiciary, et al<br>*Defendants* | Civil Action No. 07-0697 (RJL) |

**PLAINTIFF'S MINUTE MOTION TO VACATE THE COURTS MINUTE ORDER OF 25 FEBRUARY 2007, OR IN THE ALTERNATIVE, FOR MOTION FOR RECONSIDERATION OF THE SAID SAME ORDER**
*Pursuant to LCvR7, F.R.C.P. 6(a) and F.R.C.P 55*

Plaintiff Radcliffe B. Lewis now respectfully moves this Court for an Order vacating its Minute Order of 25 February 2007, which granting *nunc pro tunc* Motion for Enlargement of Time and Default Judgment to the District of Columbia. It is the plaintiff's contention that this said Minute Order is unduly harmful to the plaintiff and his case, and is in violation of this Court's LCvR 7(b). The Court granted a motion in seeking time to respond to a motion in less than the time allotted for the opposing party to respond to the said motion. At the drafting of this instant Motion the Minute Order is not completely docketed; thus the basis for the granting to the defendants improperly filed "...Motion for Default" is not fully known because a print out of the Minute Order beyond its cursory docketed summary is not available. **The Plaintiff has not conceded to the defendants Motion for Enlargement of...Default Judgment filed on 19 February 2008 [See Docket Entry #22].** Plaintiff includes the accompanying Memorandum of Points and Authorities in support of his instant Motion. **Wherefore** Plaintiff hereby respectfully requests that his instant Motion be, and be granted.

Respectfully Submitted by

Radcliffe B. Lewis, Plaintiff, Pro Se
1901 15th Street, NW, #4
Washington, DC 20009

**Certificate of Service Pursuant to FRCP 5.**

I hereby affirm that on this 25th RL ~~19~~ day of February 2008, a copy of the foregoing <u>PLAINTIFF'S MINUTE MOTION TO VACATE THE COURTS MINUTE ORDER OF 25 FEBRUARY 2007, OR IN THE ALTERNATIVE, FOR MOTION FOR RECONSIDERATION OF THE SAID SAME ORDER</u> together with accompanying Memorandum of Points and Authorities, exhibits, and Order page, was served upon the opposing parties as follows:

To the United States by first class mail postage prepaid, or by hand delivery (if possible) upon
    Clair Whitaker, AUSA
    The U. S. Attorneys, Office
    555 4th Street, NW, (Room 10808)
    Washington, DC 20530

And to
    The District of Columbia by hand delivery upon
    The Melvin W. Bolden, Jr. Asst. Attorney General
    441 4th Street, NW, Suite 1060 N
    Washington, DC 20001

Sign: Radcliffe B. Lewis
2/25/08

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

Radcliffe B. Lewis
  *Plaintiff*

v.                                                    Civil Action No. 07-0697 (RJL)

District of Columbia Judiciary, et al
  *Defendants*

**MEMORANDUM OF POINTS AND AUTHORITIES
Re:
PLAINTIFF'S MINUTE MOTION TO VACATE THE COURTS MINUTE ORDER OF 25 FEBRUARY 2007, OR IN THE ALTERNATIVE, FOR MOTION FOR RECONSIDERATION OF THE SAID SAME ORDER**
*Pursuant to LCvR7 (b), F.R.C.P. 6(b) and F.R.C.P 55*

On or about 19 February 2008, Counsel for the District of Columbia, having proffered an entry of appearance, proceed to file a motion titled "MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO REFILED COMPLAINT AND MOTION FOR DEFAULT JUDGMENT". This document was docketed by the Court on that day. Plaintiff was made aware of the document **(see marked "Exhibit A" (docket printout)),** because he religiously checks the docket by visiting the Clerk of the Court each day. The Plaintiff is an indigent *pro se* litigant and does not have password access to the Court's PACER system otherwise. Plaintiff has not received a copy of the said motion otherwise. On the morning of 25 February 2008 the Court entered into the electronic docket a Minute Order granting the defendant's motion.

### I. Considerations

1. LCvR 7(b) indicates that an opposing party to a motion has 11 days to respond to the motion, and that if the opposing party does not respond by that time, the motion may be regarded as conceded.

2. LCvR 7(d) states, "**Within five days after service of the memorandum in opposition the moving party may serve a reply memorandum.**"

3. Six physical days have passed since the docketing of the District of Columbia's motion(s). But because the office of the Clerk of the Court was not open on Sunday, 24 February 2008, five court days in keeping with the count as allotted under F.R.C.P. 6(a). **See marked "Exhibit B" (calendar).**

## II. Argument

The Court and the Clerk of the Court should note the language of F.R.C.P. 6(a) appears as follows:

> "**Rule 6. Time**
> (a) Computation. In computing any period of time prescribed or allowed by these rules, by the local rules of any district court, by order of court, or by any applicable statute, the day of the act, event, or default from which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal holiday, or, when the act to be done is the filing of a paper in court, a day on which weather or other conditions have made the office of the clerk of the district court inaccessible, in which event the period runs until the end of the next day which is not one of the aforementioned days. When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation. As used in this rule and in Rule 77(c), legal holiday includes New Year's Day, Birthday of Martin Luther King, Jr., Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, Christmas Day, and any other day appointed as a holiday by the President of the Congress of the United States, or by the state in which the district court is held."

Clearly then even in the light most favorable to the defendant on all counts, the plaintiff is entitled as a matter of right to file his opposition to the defendant's motion by midnight of 25 February 2008. Moreover, because the defendant definitively by its own admission did not respond to the plaintiff's Motion for Default file way back on 22 October 2008, which is 126 physical days ago, (but rather asked for more time) it is unwarranted that the court should

expedite a Minute Order that surreptitiously includes the granting of the defendant's improperly filed "...Motion for Default Judgment" which has been cloaked by its compounded sister "Motion for Enlargment...", a matter that the Plaintiff should be allowed to address in his response to these two very new motions in accordance with LCvR 7(b), which allots him ELEVEN, not merely five, DAYS.

To what degree the Court and the Clerk of the Court is sympathetic to the District of Columbia's defensive plight is not the plaintiff's business, at least not yet; suffice to say the Plaintiff is not in the business of teaching any defendant English when it comes to titling motions.

## Conclusion

That said the plaintiff now respectfully requests the this Court adheres to its own laws and grant the plaintiff the allotted time due to the plaintiff to engage the matter in a civil, not overtly bum rushed manner. So now comes the Plaintiff Radcliffe B. Lewis, and so

Respectfully submitted.

_____
Radcliffe B. Lewis, Plaintiff, Pro Se
1901 15th Street, NW, #4
Washington, DC 20009

| | | |
|---|---|---|
| 02/19/2008 | 21 | ORDER DENYING: re 5 MOTION to enjoin the Social Security Administration and the Social Security Administration and Stephanie Garret as defendants to the instant action filed by RADCLIFFE BANCROFT LEWIS. Signed by Judge Richard J. Leon on 2/15/08. (whb) (Entered: 02/19/2008) |
| 02/19/2008 | 22 | MOTION for Extension of Time to *Respond to Refiled Complaint and Motion for Default Judgment* by DISTRICT OF COLUMBIA (Bolden, Melvin) (Entered: 02/19/2008) |
| 02/25/2008 | | MINUTE ORDER granting nunc pro tunc 22 Motion for Enlargement of Time to File a Response to Refiled Complaint and Motion for Default Judgment. It is hereby ORDERED that defendant District of Columbia's motion is GRANTED and that defendant has up to and including 3/7/2008 to respond to the Refiled Complaint and the Application for a Default Judgment. Signed by Judge Richard J. Leon on 2/25/2008. (lcrjl1) (Entered: 02/25/2008) |

Exhibit A





Exhibit B

http://calendar.mail.yahoo.com/YYY,76c781/srt,0/?v=2&t=1203945055    2/25/2008

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| Radcliffe B. Lewis<br>*Plaintiff* | |
| v. | Civil Action No. 07-0697 (RJL) |
| District of Columbia Judiciary, et al<br>*Defendants* | |

## ORDER
### Re:
**PLAINTIFF'S MINUTE MOTION TO VACATE THE COURTS MINUTE ORDER OF 25 FEBRUARY 2007, OR IN THE ALTERNATIVE, FOR MOTION FOR RECONSIDERATION OF THE SAID SAME ORDER**
*Pursuant to LCvR7 (b), F.R.C.P. 6(b) and F.R.C.P 55*

Upon consideration of the Plaintiff's here-above Minute Motion to Vacate the Courts Minute Order of 25 February 2008, or, in the Alternative, for Motion for Reconsideration of the Said Same Order, his Points and Authorities, and all opposition thereto, and it appearing the Plaintiff as a matter of right is entitled to file his Opposition to the District of Columbia's Motion for Enlargement of Time To File A Response To Refiled Complaint and Motion For Default Judgment it is hereby Ordered that Plaintiff's Minute Motion to Vacate the Courts Minute Order of 25 February 2007, or, in the Alternative, for Motion for Reconsideration of the Said Same Order be, and that

The plaintiff's motion to Vacate the Minute Order of 25 February 2008 is Granted.

Sign: _____