IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| Radcliffe B. Lewis<br>*Plaintiff*<br><br>v.<br><br>District of Columbia Judiciary, et al<br>*Defendants* | Civil Action No. 07-0697 (RJL) |

## PROOF OF SERVICE
*Pursuant to LCvR 5.3*

Will the Court please note the attached exhibits indicating that:

1. The <u>Plaintiff's Minute Motion to Vacate the Court's Minute Order of 25 February 2007[*sic*]8</u>;

2. The <u>Plaintiff's Opposition to the District of Columbia's Motion for Enlargement...Judgment</u>;

3. The <u>Notice of Correction Re: Plaintiff's Opposition to the District of Columbia's Motion for Enlargement...Judgment;</u> the

4. The <u>Corrections to Plaintiff's *[sic]* filed Memorandum in Support of Plaintiff's Opposition</u>;

5. And the **Notice to the Clerk of the Court for Entry of Default Judgment**;

were served upon the defendants as follows:

On 25 February 2008 to the District of Columbia by way of the Office of the Attorney General,

On 27 February 2008 to the United States of America by way of the District of Columbia in-house mail, to Claire Whitaker, AUSA, U. S. Attorneys Office, 555 4th Street, NW, (Room 10808), Washington, DC 20530, and

On 28 February 2008 to the District of Columbia by way of the "SECRETARY OF D.C".

Respectfully Submitted by

Radcliffe B. Lewis, Plaintiff, Pro Se
1901 15th Street, NW, #4
Washington, DC 20009

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe B. Lewis<br>*Plaintiff*<br><br>v.<br><br>District of Columbia Judiciary, et al<br>*Defendants* | 2008 FEB 25 PM 4:36<br><br>RECEIVED<br>Civil Action No. 07-0697 (RJL) |

**PLAINTIFF'S MINUTE MOTION TO VACATE THE COURTS MINUTE ORDER OF 25 FEBRUARY 2007, OR IN THE ALTERNATIVE, FOR MOTION FOR RECONSIDERATION OF THE SAID SAME ORDER**
*Pursuant to LCvR7, F.R.C.P. 6(a) and F.R.C.P 55*

Plaintiff Radcliffe B. Lewis now respectfully moves this Court for an Order vacating its Minute Order of 25 February 2007, which granting *nunc pro tunc* Motion for Enlargement of Time and Default Judgment to the District of Columbia. It is the plaintiff's contention that this said Minute Order is unduly harmful to the plaintiff and his case, and is in violation of this Court's LCvR 7(b). The Court granted a motion in seeking time to respond to a motion in less than the time allotted for the opposing party to respond to the said motion. At the drafting of this instant Motion the Minute Order is not completely docketed; thus the basis for the granting to the defendants improperly filed "...Motion for Default" is not fully known because a print out of the Minute Order beyond its cursory docketed summary is not available. **The Plaintiff has not conceded to the defendants Motion for Enlargement of...Default Judgment filed on 19 February 2008 [See Docket Entry #22].** Plaintiff includes the accompanying Memorandum of Points and Authorities in support of his instant Motion. **Wherefore** Plaintiff hereby respectfully requests that his instant Motion be, and be granted.

Respectfully ~~Submitted by~~

Radcliffe B. Lewis, Plaintiff, Pro Se
1901 15th Street, NW, #4
Washington, DC 20009

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe B. Lewis, Et al, Pro Se<br>*Plaintiffs*<br>vs.<br>District of Columbia, Et al<br>*Defendants* | Civil Action No. 08-120 |

**PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S "MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT AND MOTION FOR DEFAULT JUDGMENT"**

Pursuant to LCvR 7(b), F.R.C.P. 6(b) and F.R.C.P 55

**DECLARATION OF OPPOSITION**

Radcliffe B. Lewis, the plaintiff in this Action hereby opposes the Motion of Defendant District of Columbia to enlarge time nunc pronc tunc for the following reasons.

A. The Defendant District of Columbia has expended and exhorbitant amount of time far exceeding any allowable time to respond to the Summons in question.

B. The Defendant District of Columbia has failed to provided any just cause for the granting of the Motion.

C. The Plaintiff is now entitled to a granting of the Motion as a matter of right.

Plaintiff hereby provides the accompanying memorandum in support of his Opposition and urges the Court not to Grant the defendant's Motion.

Respectfully submitted by

## TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Radcliffe B. Lewis, Et al, Pro Se

*Plaintiffs*

vs.

District of Columbia, Et al

*Defendants*

Civil Action No. 07-697 (RJL)

## NOTICE OF CORRECTION

### RE:

**PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S "MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT AND MOTION FOR DEFAULT JUDGMENT"**

Pursuant to LCvR 7(b), F.R.C.P. 6(b) and F.R.C.P 55

The Court will please note the correction in the caption of Plaintiff's Opposition.

The Opposition read **"Barbara J. Lewis, Et al, Pro Se, Civil Action No. 08-120"** This to be changed to

**"Radcliffe B. Lewis, Pro Se Civil Action No. 07-0697 (RJL)"**, as noted on this document; Barbara J. Lewis is not a party to the instant Action The filing of 25 February 2008 remains valid otherwise. A copy of the said Opposition now corrected is being provided herewith.

**Rule 5 Notice**

4 Pages

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

Radcliffe B. Lewis

    Plaintiff

v.

District of Columbia Judiciary, et al
    Defendants

Civil Action No. 07-0697 (RJL)

---

### CORRECTIONS TO PLAINTIFF' FILED
### MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION
### To
### THE DISTRICT OF COLUMBIA'S "MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT AND MOTION FOR DEFAULT JUDGEMENT"

Points and Authorities Pursuant to LCvR7(b), F.R.C.P. 6(b) and F.R.C.P 55

**Note: This Memorandum previously filed on 25 February 2008 is being provided again having been review for spelling and grammar. No substantial amendments have been made, and the exhibits of the previoulsy filed Memorandum remain valid and are likewise attributable here.**

### I. Timeliness of Opposition

1. LCvR7(b) provides for the filing of the here-inscribed points and authorities within 11 days of the date of service of the defendant's "Motion for Enlargement…". The District of Columbia having proffered to serve the said motion 19 February 2008 at the filing of the opposition thereto, 11 days have not passed, Plaintiff's Oppositioin is timely.

### II. Table of Times and Responses:

| |
|---|
| 2. From the time of issuance of the summons on 25 July 2007, the Government of the District of Columbia took a total of 209 days (to 19 February 2008) to react. See "Exhibit #1. |
| 3. From the time of receipt of the amended complaint on 2 October 2007, the Government of the District of Columbia took 140 days (to 19 February 2008) to react. See "Exhibit #2. |
| 4. From the time of receipt of the Plaintiff's Motion for Default Judgment, on 16 October 2007, the Government of the District of Columbia took 126 days to react. See "Exhibit #3. |
| 5. Thus from the time of issuance of the summons to the commencement of drafting of this Memorandum, a time of 212 days have thus far elapsed. See "Exhibit #4. |

12 Pages

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMIBA

Radcliffe B. Lewis

*Plaintiff*

v.

District of Columbia Judiciary, et al

*Defendants*

Civil Action No. 07-0697 (RJL)

2008 FEB 27 P 4: 54

---

### NOTICE TO THE CLERK OF THE COURT FOR ENTRY OF DEFAULT JUDGMENT

*Pursuant to Fed. R. Civ. P. 55(a)*

Will the Clerk of the Court Please enter the judgment of Default against the District of Columbia relative to the enter Application of the Plaintiff. [Docket Entry # 17]. Plaintiff hereby provides the following Affidavit in Support of this request, [F.R.C.P. 55(a)(1)].

Respectfully submitted by

_____

Radcliffe B. Lewis, Plaintiff *Pro Se*

1901 15th Street, NW, #4, Washington, DC 20009

**Rule 5 Notice**

I hereby affirm that on this 26th day of February 2008, I herby cause for a copy of his Notice and accompanying Affidavit to be served upon the following parties:

The United States, C/o Claire Whitaker, Esquire, Office of the Attorney General, 555 4th Street, NW, Suite E-4204, Washington, DC 20816

and

The District of Columbia, C/o Melvin Bolden, Jr., Esquire, Office of the Attorney General, 441 4th Street, NW, Room 600 South, Wshington, DC 20001

Sign_____, Radcliffe B. Lewis  2/26/08 (Date)

SECRETARY OF D.C. 2008 FEB 28 P 3: 55

RECEIVED 2008 FEB 27 AM 11:34 CLERK US DISTRICT & BANKRUPTCY COURTS

6 Pgs


Windows Live™

**(No Subject)**
From: **radcliffe lewis** (radcliffego@hotmail.com)
Sent: Thu 2/28/08 10:52 PM
To: claire.whitaker@usdoj.gov; reginald.rowan@usdoj.gov
Cc: radcliffego@hotmail.com

2008-0228-1745
**This Message replaces previous message sent and identified as "2007-1228-1659"**

Dear Ms. Whitaker, Esquire:

Please note that **copies of** the following pleadings **filed with the U.S. District Court for the District of Columbia** were submitted to you via the DC Superior Court's in-house mail slot on 28 February 2008 at about 2pm.

This is the only meaningful way to get the documents to you at this time.
In the event you do not recieve **the copies of the pleadings** in a timely fashion, please notify me promptly via reply to this email **and therein indicate** that you "did not recieve the documents".

The documents are:

1. The Plaintiff's Minute Motion to Vacate the Court's Minute Order of 25 February 2007[sic]8;

2. The Plaintiff's Opposition to the District of Columbia's Motion for Enlargement…Judgment;

3. The Notice of Correction Re: Plaintiff's Opposition to the District of Columbia's Motion for Enlargement…Judgment;

4. The Corrections to Plaintiff's [sic] filed Memorandum in Support of Plaintiff's Opposition;

5. And the Notice to the Clerk of the Court for Entry of Default Judgment.


Sincerely,



/s/ *Radcliffe B. Lewis*

**Radcliffe B. Lewis**
Email: radcliffego@hotmail.com


*(R)*
**Radcliffe Lewis Enterprises, SP, D & B Registered**
Providing business and marketing consultation to Subsidiary Portfolios.