TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

| | |
|---|---|
| Radcliffe Bancroft Lewis, Pro Se<br>*Plaintiff* | |
| vs. | Case No.: 1:07 –cv-697 rjl |
| District of Columbia, Et al<br>*Defendants* | |

## PLAINTIFF'S MOTION TO CONSOLIDATE AND STRIKE THE APPEARANCE OF PROFFERED COUNSEL FOR DEFENDANT DISTRICT OF COLUMBIA AND FOR JUDGMENT ON THE PLEADINGS

*(Pursuant to F.R.C.P. 12(a)(1)(A)(i), (c), (f)(2), LCvR 6.1(e), and in Keeping with F.R.C.P. 15(a)(1), and (d))*

Plaintiff Radcliffe B. Lewis now moves this Court to consolidated and strike the appearance of Peter Nickles, Interim Attorney General for the District of Columbia, George C. Valentine, Deputy Attorney General – civil Litigation Division, Kimberly M. Johnson, Esquire, (#435163), and Melvin W. Bolden, JR (#192163) as counsels for the defendant, District of Columbia.

The Motion is submitted contemporaneously[1] with Plaintiff's Opposition to the District of Columbia's motion for enlargement…default, in defense thereof, in accordance with LCvR 7(b).

### Particulars

**I. In keeping with F.R.C.P. 12(a)(1)(A)(i), and 12 in general – The Matter of Consolidation**

The counsels for the District of Columbia entered appearance on 14 February 2008, but presented no other reaction or response to Plaintiff's action until 19 February, 2008, when they submitted a compound motion. Note Plaintiff's opposition filed on 25 February 2008. The Court should also note that Plainttiff's Motion to Vacate the granting the Defendant's compound motion. The District of Columbia's filings thus far constitute the reactionary bundle to the Plaintiff's Action thus far,

and should be consolidated for efficacy of the writ.

II. **In keeping with LCvR5.1 and F.R.C.P. (f)(2) – To Strike**

The language of the law of LCvR 5.1 specifies particular requirements for the entry of appearance that were not followed. Plaintiff would be unduly prejudiced were this Court to fail to apply reasonable standard with respect to the upholding of its own laws. Plaintiff is duty bound to point out the deficiencies of the defendants failures to comport with the rules of Notices of Appearance, a matter of transitive certitude, were he to concede to the defendant's failures here without moving to strike the document and the counsels' appearance.

III. **In keeping with F.R.C.P. (c) – For Judgment on The Pleadings**

It being the District of Columbia has thus far failed to respond to Plaintiff's Application for Default filed back on 22 October 2008, and affirmed in its motion for Enlargment…Default Judgment that that motion is not a response, but rather a motion for more time to respond, and it being the District of Columbia through counsel acknowledged on 19 February 2007 that it did receive the plaintiff's Application, not less than six Court Days have passed since the defendants acknowledgment and Plaintiff is now entitled to a default judgment in his favor respective to his filed application.

IV. **In keeping with F.R.C.P. 15(a)(1) – Supplemental**

A judgement on the pleadings thus far at this time should therefore clear the way for the steps necessary to effectuate disposition of his case, a case of suit for redress on time. Plaintiff asserts here it is his opinion the resolution and disposition of this case in now in the Court's interest. The court should note that the value of the full suit in accordance with the Amended Complaint is $5,500,000,000.00, and that the defendant in its reactive bundle, if treated as a response, does not address any meritorious defence against plaintiff's particular matters address, time now expired.

Plaintiff, a single pro se individual, stands to suffer by way of compression of time to respond to the

volley of segmented yet related pleadings of the defendant coupled with ongoing adverse docketing within the office of the clerk of this court, and is being deprived thereof of document drafting time to properly submit his praecipe or notice to the Clerk of the Court to enter the judgment by default which the defendant has so far failed, and declaratively admittedly so, to respond to.

Plaintiff now includes the accompanying memorandum in support of his motion.

Respectfully submitted by

_____
Radcliffe B. Lewis
1901 15th Street, NW, #4,
Washington, DC  20009

### Rule 4 Notice

I, Radcliffe Bancroft Lewis, hereby affirm under penalty of perjury that on this 26th day of February 2008, I caused this here-above stated **PLAINTIFF'S MOTION TO STRIKE THE APPEARANCE OF PROFFERED COUNSEL FOR DEFENDANT DISTRICT OF COLUMBIA** together with necessary exhibits and affirmations to to be delivered by way of hand delivery, the following:

The Secretary of the District of Columbia , 1350 Pennsylvania Avenue , Washington , DC 20004 ;

The Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 1060N, Washington , DC , 20001 ;
And

The United States Attorneys Office
555 Fourth Street, NW (Room 10808), Washington, DC 20530

Sign _____
                R. Lewis

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

Radcliffe Bancroft Lewis, Pro Se
    *Plaintiff,*

vs.

District of Columbia, Et al
    *Defendants*

Case No.: 1:07 –cv-697 rjl

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE APPEARANCE OF PROFFERED COUNSEL FOR DEFENDANT DISTRICT OF COLUMBIA

(Pursuant to F.R.C.P. 12(a)(1)(A)(i), (c), (f)(2), LCvR 6.1(e), and in Keeping with F.R.C.P. 15(a)(1), and (d))

The plaintiff now directs the Court to the attached Exhibit "NOTICE OF APPEARANCE". The Court should note the opposition of the various attorneys for the District of Columbia for the following reasons:

I. The first filing of counsels for the District of Columbia is the Notice of Appearance filed on 14 February 2008.

1. That filing does not comply with LCvR 5.1(e)(1) as the residence address of the defendant is not in the caption.

2. There is no indication that any of the attorneys signed the pleading as required by LCvR 5.1(e)(2).

3. The name of plaintiff is not "RADLIFFE b. LEWIS"

4. Neither that filing nor any subsequent filing by any of those counsels acknowledge existence of the issued Summons of 25 July 2007, nor the existence of the attached original Complaint thereto.

II. Based upon these discrepancies, it is not possible for the plaintiff to acknowledge the presence of alleged counsels as having formally appeared before this Court, nor to acknowledge any of their pleadings thus far as truly before the Court.

III. Plaintiff requests that this Court consider the thus previously, and yet, or, contemporaneously filed Opposition to the defendant's motion for enlargement of time…motion by default, as well as

the now contempporaneoulsy filed Applicatio nfor Judgement by Deault, and the accompanying memorandums attached thereto, to further support the instant Motion.

Respectfully submitted by

_____

Radcliffe B. Lewis, Plaintiff, Pro se

1901 15th Street, NW, #4

Washington, DC  20009

---

[1] Plaintiff&apos;s Opposition was filed on 25 February 2008; the instant motion delayed due to Plaintiff&apos;s need to address the untimely granting of the defendant&apos;s motion - hence the motion to vacate. Plaintiff works alone.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADLIFFE B.. LEWIS,                )
                                    )
            Plaintiff,              )
                                    )
V.                                  )
                                    ) Civil No. 1: 07CV697 (RJL)
DISTRICT OF COLUMBIA, et al.        )
                                    )
            Defendant.              )
                                    )

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Melvin W. Bolden, Jr as counsel for the defendant, District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 -FAX

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

| | |
|---|---|
| Radcliffe Bancroft Lewis, *Pro Se*<br>**Plaintiff**<br><br>vs.<br><br>District of Columbia, Et al<br>***Defendants*** | Case No.: 1:07 –cv-697 rjl |

## ORDER

Re:
**PLAINTIFF'S MOTION TO CONSOLIDATE AND STRIKE THE APPEARANCE OF PROFFERED COUNSEL FOR DEFENDATN DISTRICT OF COLUMBIA FOR JUDGMENT ON THE PLEADINGS**

In consideration of Plaintiff's Motion to Consolidated and Strike the Appearance of Proffered Counsel for Defendant District of Columbia and for Judgment on the Pleadings, and in light of the "Entry of Appearance" pleading by Melvin Bolden of the Office of the Attorney General (OAG) for the District of Columbia so docketed, and the OAG's subsequent pleadings, as well as The Plaintiff's The Motion to vacate the Order of 25 February 2008, His filed Opposition to the District of Columbia's Motion for enlargement of time to respond to the plaintiff's Motion for injunctive summary judgment, and, The Plaintiffs contemporaneously filed Application for Judgment by Default against the District of Columbia and All opposition thereto, it is hereby

Ordered that the Plaintiff's <u>Motion</u> to consolidate and strike the appearance of the proffered counsels be, and is GRANTED

Sign _____ Judge)

Copies to:
Melvin Bolden, Jr. Assistant Attorney General, Office of the Attorney General for the District of Columbia, 441 4th Street, NW, Suite 1060 N, Washington, DC, 20001,

Claire Whitaker, AUSA, The United States Attorneys Office
555 Fourth Street, NW (Room 10808), Washington, DC 20530

Government of the District of Columbia,
C/o    Secretary of the District of Columbia
       1350 Pennsylvania Avenue, Washington, DC 20004