IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe B. Lewis<br><br>*Plaintiff*<br><br>v.<br><br>District of Columbia Judiciary, et al<br><br>*Defendants* | Civil Action No. 07-0697 (RJL) |

**NOTICE TO THE CLERK OF THE COURT FOR ENTRY OF DEFAULT JUDGMENT**

*Pursuant to Fed. R. Civ. P. 55(a)*

Will the Clerk of the Court Please enter the judgment of Default against the District of Columbia relative to the enter Application of the Plaintiff. [Docket Entry # 17]. Plaintiff hereby provides the following Affidavit in Support of this request, [F.R.C.P. 55(a)(1)].

Respectfully submitted by

Radcliffe B. Lewis, Plaintiff *Pro Se*

1901 15th Street, NW, #4, Washington, DC 20009

**Rule 5 Notice**

I hereby affirm that on this 26th day of February 2008, I herby cause for a copy of his Notice and accompanying Affidavit to be served upon the following parties:

The United States, C/o Claire Whitaker, Esquire, Office of the Attorney General, 555 4th Street, NW, Suite E-4204, Washington, DC 20816

and

The District of Columbia, C/o Melvin Bolden, Jr., Esquire, Office of the Attorney General, 441 4th Street, NW, Room 600 South, Wshington, DC 20001

Sign: _____, Radcliffe B. Lewis  2/26/08 (Date)

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF NOTICE TO THE CLERK OF THE COURT FOR ENTRY OF JUDGMENT BY DEFAULT

*Pursuant to F.R.C.P. 55(b)(1)*

I Radcliffe Bancroft Lewis hereby affirm that I am over the age of 18 years old, that my Date of Birth is 27 February 1969, and that I am a resident of the District of Columbia, whose mailing address is 1901 15th Street, NW, Washington, DC 20009.

I hereby state the following:

### A. Specific Facts

1. This Court entered into the docket on 23 October 2007, the Application of Plaintff Radcliffe B. Lewis for "MOTION for Default Judgement as to District of Columbia".

2. The Motion Application for Judgment by Default was recieved by the Disrict of Columbia on 16 October 2007.  **See Attachment #1, Stamped "RECIEVED"** by Office of Risk Management on "Oct 16, 2007".

3. On this 133rd day since reciept of the Application the defendant, District of Columbia, which did not make an entry of appearance into this case until 14 February 2008, has not provided a substantial response thereto.  F.R.C.P 55(a)

4. On this 12th day since the proffered entry of appearance by counsel for the District of Columbia, which did not make and entry of appearance into this case untile 14 February 2008, has not provided a sustantial response thereto.  F.R.C.P. 55(a).

5. The District of Columbia stated that it has not "draft[ed] papers responsive to the plaintiff's allegations." See Docket Entry #22, Page 1, 2nd paragraph.

6. The Motion for a Judgment by Default entails, in summary, the following requests:

a. The District of Columbia shall forthwith fully reinstate Radcliffe Bancroft Lewis as a Certified and Active Criminal Defense Investigator/Expert witness, properly matriculated within the



District of Columbia Courts in keeping with 18 USC 3006A as applied within the District of Columbia;

b. The District of Columbia shall forthwith mak4e available to Radcliffe B. Lewis a full copy of his files as acquired by the Public Defender Service of the District of Columbia in relation to his application, training, and other documentation regarding him in relation to his involvement in rendering services to the District of columbia in keeping with 18 USC 3006A, *et seq.*

c. The District of Columbia shall forthwith remit the "sum certain" (F.R.C.P. 55(b)) of ONE HUNDRED THOUSAND DOLLARS (USD $1,000,000.00) to Radcliffe B. Lewis within fifteen (15) calendar days from the date of entery of the Judgment of Default.

7. I believe that as the District of Columbia has also failed to respond to "plaintiff's allegations" via the plaintiff's original, and, or, amended complaint, *ibid*, and the Federal Defendant United States has been dismissed [Docket entry #20], the demand regarding other claims and relief be held in abeyance does not apply.

8. I beleive that Pursuant to F.R.C.P. I am therefore entitled to an entry of Judgment by Default against the District of Columbia in regards to motion of 22 October 2007, which was entered into the docket on 23 October 2007.

9. I believe that entry of Judgment by Default hereto is non-dispositive to the Action, because the full claim amount of

a. GENERAL DAMAGES in the amount of five million (USD $5,000,000.00) dollars, and

b. GENERAL DAMAGES in the amount of five hundred thousanda (USD $500,000.00) dollars remainst to be addressed.  See docket entry # 15, "Reliefs Sought").

### B. Verification

Pursuant to LCvR 11.2(2)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 26 February 2008.

(Signature).

Radcliffe B. Lewis, *Affiant*

For Attachment #1

See Exhibit #8 of

**MEMORNADUM IN SUPPORT OF PLAINTIFF'S OPPOSITION
To
THE DISTRICT OF COLUMBIA'S "<u>MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSE TO COMPLAINT AND MOTION FOR DEFAULT JUDGEMENT</u>"**

*Points and Authorities*
*Pur*
*suant to LCvR7(b), F.R.C.P. 6(b) and F.R.C.P 55*

Filed on 2/25/08

AO 145 (Rev. 2/82)

**CLERK'S OFFICE**
**United States District Court**
FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

Civil Action No.
1:07-cv-697 rjl

2008 FEB 27 AM 1: 35

RECEIVED

There was entered on the docket an order (judgment)

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

, **CLERK**

---

AO 145 (Rev. 2/82)

**CLERK'S OFFICE**
**United States District Court**
FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

Civil Action No.
1:07-cv-697 rjl

There was entered on the docket an order (judgment)

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

, **CLERK**

---

**CLERK'S OFFICE**
**UNITED STATES DISTRICT**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**CLERK'S OFFICE**
**UNITED STATES DISTRICT**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



AO 145 (Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

RECEIVED 2008 FEB 27 AM 1:35

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17, an order (judgment).

_____, CLERK

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

---

AO 145 (Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Coumbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17, an order (judgment).

_____, CLERK

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AO 145
(Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

} Civil Action No.

1:07-cv-697 rjl

RECEIVED
2008 FEB 27 AM 11:35

_____, CLERK

There was entered on the docket an order (judgment)

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

_____, CLERK

---

AO 145
(Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Coumbia Judiciary

} Civil Action No.

1:07-cv-697 rjl

There was entered on the docket an order (Judgment)

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

_____, CLERK

---

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AO 145
(Rev. 2/82)

# CLERK'S OFFICE
# United States District Court
## FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

RECEIVED
2008 FEB 27 AM 11:35
US DISTRICT & BKRTCY
COURTS

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

, CLERK

an order (judgment)

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

---

AO 145
(Rev. 2/82)

# CLERK'S OFFICE
# United States District Court
## FOR THE

Radcliffe B. Lewis

vs.

District of Coumbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

, CLERK

an order (judgment)

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AO 145
(Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Columbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

RECEIVED
2008 FEB 27 AM 11:35

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

---

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

an order (judgment)

, CLERK

---

AO 145
(Rev. 2/82)

CLERK'S OFFICE
United States District Court
FOR THE

Radcliffe B. Lewis

vs.

District of Coumbia Judiciary

} Civil Action No.
1:07-cv-697 rjl

CLERK'S OFFICE
UNITED STATES DISTRICT

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

There was entered on the docket

For Judgment by Default Pursuant to F.R.C.P. Rule 55 on behalf of Plaintiff Radcliffe B. Lewis, and against the District of Columbia - See Dckt Entry #17.

an order (judgment)

, CLERK