UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RADCLIFFE B. LEWIS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 07-697 (RJL) |
| | : |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| | : |
| **Defendant.** | : |
| | : |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Kara L. Petteway, Special Assistant Attorney General, Office of Attorney General, as counsel for Defendant.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/
    KIMBERLY MATTHEWS JOHNSON [#435163]
    Section Chief
    General Litigation Section I

    /s/
    KARA L. PETTEWAY [# 975541]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    (202) 442-6522 (phone)
    (202) 727-3625 (fax)
    kpetteway@fulbright.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Notice of Appearance was electronically filed, this 7th day of March, 2008, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

Radcliffe B. Lewis
1901 15th NW #4
Washington, DC 20009

        /s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
Bar No: 435163

*Attorney for Defendants*