UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RADCLIFFE BANCROFT LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0697 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| JUDICIARY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the District of Columbia's motion to dismiss the complaint or for a more definite statement of the claims against them. Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall file his response to the District of Columbia's motion to dismiss by **April 14, 2008**. If he so intends, plaintiff shall file separately, but contemporaneously, an amended complaint that delineates the claims against the District of



Columbia and sets forth supporting facts for each claim. *See* Fed. R. Civ. P. 8. If plaintiff fails to comply with this Order within the time provided, the Court will treat the motion as conceded and may dismiss the case.

Date: March 11th, 2008

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge