TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe Bancroft Lewis, Pro Se<br><br>*Plaintiff*<br><br>vs.<br><br><br>The District of Columbia Judiciary, Et al<br><br>*Defendants* | Case No: 1:07-cv-697-rjl<br><br>Complaint for Declaratory<br><br>And Injunctive Relief and Damages |

## PROOF OF SERVICE

*Pursuant to Rule LVcR 5.3*

I, Radcliffe B. Lewis hereby declare under penalty of perjury that on this 17th day of April, 2008, I served a copy of the Amended Complaint filed on 14 April 2008 on the following parties:

1. The District of Columbia via

A. The office of the Secretary of the District of Columbia at 1350 Pennsylvania Avenue, Suite 419, Washinton, DC, 20004, and

[stamp requested]

B. To counsel for the District of Columbia:

[stamp requested]

Kara Petteway, [#975541]

Assistant Attorney General

441 4th Street, N.W., 6th Floor, South, Washington, DC 20001;

2. To counsel for the United States:

Clair Whitaker, AUSA, 555 4th Street, NW, Suite E-4204, via:

The inhouse mail delivery at DC Superior Court, 500 Indiana Avenue, NW, JM Level Washington, DC 20008;

3. To counsel for the Department of Veterans Affairs          [stamp requested]

Frank D. Giorno, Acting Regional Counsel, Region 3

Department of Veterans Affairs, Suite 302

Washigton, DC 20006;

4. To District of Columbia Superior Court, Committees for Criminal Rules Advisory, and CJA Continuing Legal Education, Julia Leighton, via:

The inhouse mail delivery at DC Superior Court, 500 Indiana Avenue, NW, JM Level

Washington, DC 20008;, and

5. To Julia Leighton                                          [stamp requested]

633 Indiana Avenue, Washington, DC 20001

Sign: _____    4/28/08