TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe Bancroft Lewis, *Pro Se* | |
| *Plaintiff* | |
| vs. | |
| | **Case No: 1:07-cv-697-rjl** |
| The District of Columbia Judiciary, Et al | |
| *Defendants* | |

### NOTICE OF FILING

Regarding Plaintiff's <u>Second Response to the District of Columbia's Motion to Dismiss and Notice of Pendancy of Further Filings And Motions</u> *Pursuant ot FCRC 6(b)(2), 7(a) and 7(c)*

*Duress*

Plaintiff Radcliffe B. Lewis now notifies the Court that upon effectuating the above filing on 25 April 2008 the here attached pages were not included. Plaintiff now submit the pages.

Respectfully submitted by:

_____

Radcliffe B. Lewis, Plaintiff *Pro se*,

1901 15th Street, NW, #4, Washington, DC  20009

### F.R.C.P. 5 Notice

I, Radcliffe B. Lewis hereby affirm that I caused a copy of this Notice of Filing to by served upon counsels for the defendants via the in-house mail delivery at DC Superior Court, 500 Indiana Avenue, NW, JM Level, Washington, DC  20001, or by hand delivery, as follows:

**To counsel for the District of Columbia:**

Kara Petteway, Assistant Attorney General

441 4th Street, N.W., 6th Floor, South, Washington, DC 20001

**And to counsel for the United States:**

Claire Whitaker, AUSA

555 4th Street, NW, Suite E-4204, Washington, DC 20816

*[signature]*

4/28/08

Attachments

Last 2 Pages

the potential to portray any low income minority veteran as having a disability even if not readily distinguished with the naked eye, the very statutes of the District hems an otherwise able-bodied veteran in, subjecting him to "suspicion" *(Rufus King)* whenever he then embarks without the blessings of the D.C. Bar to be an information agent "by whatosoever name called..." for hire or contracting.

Thus at the time that Wells stated regarding the VA identification card "he does not know what that is" and summarily disbarred the already financially plagued Lewis (Lewis v Wallace, 04-cv-600) who invested not less than two years into completing the three week CJA Investigator Training program, being forcefully strung out on NCIC and voucher payment latency, everything was already in place for that disbarment to have a devastating effect on Lewis regardless of what he did thereafter, even if he simply walked away.

Respectfully submitted by:

Radcliffe B. Lewis Pro Se

1901 15th Street, NW, Washington, DC  20009

## F.R.C.P. 5 Notice

I, Radcliffe B. Lewis hereby affirm that I caused a copy of this this <u>Second Response</u> to be served upon counsels for the defendants via the inhouse mail

delivery at DC Superior Court, 500 Indiana Avenue, NW, JM Level, Washington, DC 20008, as follows:

To counsel for the District of Columbia:

Kara Petteway, [#975541]

Assistant Attorney General

441 4th Street, N.W., 6th Floor, South, Washington, DC 20001

And to counsel for the Federal Defendants:

Claire Whitaker, Assistant United States Attorney

555 4th Street, NW, Suite E-4204, Washington, DC 20816