TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Radcliffe Bancroft Lewis, *Pro Se*

    *Plaintiff*

vs.

The District of Columbia Judiciary, Et al

    *Defendants*

**Case No: 1:07-cv-697-rjl**

MOTION FOR JOINDER OF ADDITIONAL PARTIES AND RECONSIDERATION OF PARTIES PREVIOUSLY DISMISSED

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Pursuant to F.R.C.P. 6(b), 19 and 21*

Plaintiff Radcliffe B. Lewis now respectfully requests of the Court for the adjoining of parties to this Action as follows:

1. With the regard to the District of Columbia:

2. For the inclusion of Public Defender Service, Deputy Chief of Legal Services, Julia Leighton;

3. For the inclusion of District of Columbia Superior Court, Criminal Rules Advisory Committee, Member, Julia Leighton;

4. For the inclusion of District of Columbia Superior Court, Criminal Justice Act Continuing Legal Education Committee, Member, Julia Leighton;

5. For the inclusion of District of Columbia, Office Planning and Economic Development;

6. For the inclusion of District of Columbia, Department of Employment Services, Veterans Coordinator, Tommy Abner;

7. For the inclusion of District of Columbia, Department of Employment Services, US Department of Veterans Affairs Office of Employment Service, Henry Youngblood; and

8. For the inclusion of District of Columbia Housing Authority.

9. Moreover Plaintiff now requests reconsideration of the federal defendants in this action.

### Consent Notice

10. As indicated in Plaintiff's motion for leave of time to file his Claims for Relief and the exhibit attached thereto, plaintiff obtained consent for the joinder of parties related to the District on 29 April 2008, and counsel for the federal defedants was not available.

### Particulars

11. Plaintiff submits this motion relying on his statements submitted in his motion for leave of time to to file claims for relief, and the claims for relief. ~~Plaintiff also adds the additional memorandum in support~~.

13. In keeping with the causes stated in his ~~the accompanying memorandum,~~ claims for relief, and other pleadings, Plainiff avers that it is only reasonable that the above parities be adjoined to this instant Action and be appropriately subsituted to their respective soveriegn identities, the "District of Columbia" for the parties indicated in sections 2 through 8 above, and the "United States" for the parties dismissed.

WHEREFORE now pleads the plaintiff to this honorable Court that his motin be granted.

Respectfully submitted by

Radcliffe B. Lewis, Plaintiff, Pro se

1901 15th Street, NW, #4

Washington, DC 20009

## F.R.C.P. 5 Notice

I, Radcliffe B. Lewis hereby affirm that I caused a copy of this

**MOTION FOR JOINDER OF ADDITIONAL PARTIES AND RECONSIDERATION OF PARTIES PREVIOUSLY DISMISSED**

together with its accompanying Memorandum in Support, and proposed order, to be served upon counsels for the defendants via the in-house mail delivery at DC Superior Court, 500 Indiana Avenue, NW, JM Level, Washington, DC 20001, or by hand delivery, as follows:

**To counsel for the District of Columbia:**

Kara Petteway, Assistant Attorney General

441 4th Street, N.W., 6th Floor, South, Washington, DC 20001

**And to counsel for the United States:**

Claire Whitaker, AUSA

555 4th Street, NW, Suite E-4204, Washington, DC 20816

Sign: _____  Date 5/3/08