TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue NW. Washington, DC 20001

Radcliffe Bancroft Lewis, Pro Se
1901 15th Street, NW, Apt. #4
Washington, DC 20009

**Plaintiff**

vs.

The District of Columbia Judiciary, District of
Columbia Courts, Joint Committee on Judicial
Administration, Executive Officer, Ann B. Wicks
(In its official capacity thereof)
500 Indiana Avenue, Washington, DC 20001,

District of Columbia Superior Court, Chief
Judge, Rufus King III,
(In its official capacity thereof)
500 Indiana Avenue, (Chambers 3500)
Washington, DC 20001

District of Columbia Courts, Joint Committee on
Judicial Administration, Member - Criminal
Rules Advisory Committee and CJA Continuing
Legal Education Committee - Leighton, Julia
(In its official and individual capacities, and
personal capacity thereof as well)
500 Indiana Avenue, Washington, DC 20001,

Public Defender Service of the District of
Columbia, Director Ronald Sullivan, Director
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue, Washington, DC 20001,

Public Defender Service of the District of
Columbia, General Counsel, Julia Leighton
(In its official capacity thereof)
Public Defender Service of Washington DC
633 Indiana Avenue, Washington, DC 20001,

Public Defender Service of the District of
Columbia, Deputy Chief of Legal Services, Julia
Leighton

07-697 (RJL)

Case No: **1:0-cv-697-rjl**

Complaint for Declaratory
And Injunctive Relief and Damages

RECEIVED

APR 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(In its official capacity thereof)

Public Defender Service of Washington DC

633 Indiana Avenue, Washington, DC 20001,

Public Defender Service of the District of
Columbia, Deputy Investigator - Training
Coordinator, Brenden Wells

(In its official capacity thereof)

Public Defender Service of Washington DC

633 Indiana Avenue, Washington, DC 20001,

District of Columbia Judiciary, District of
Columbia Court System, Defender Services
Branch Chief, Lewis Wallace

(In its official capacity thereof)

500 Indiana Avenue, Washington, DC 20001,

Government of the United States of America,
Department of Labor, Secretary of Labor,

Elaine L. Chao, (In its official capacity thereof)

United States Department of Labor

200 Constitution Ave., Washington, DC 20210,

Government of the United States of America,
Department of Justice, Attorney General,

Alberto R. Gonzales,

(In its official capacity thereof)

United States Department of Justice

810 7th Street, N.W., Washington, DC 20531,

Government of the United States of America,
Legislative Branch, Congress of the United States

Office of the Clerk - U.S. Capitol, Room H154,
Washington, DC 20515-6601

235 Cannon House Office Building,

Washington, DC 20515

Government of the United States of America,
Department of Veterans Affairs

807 Maine Ave SW, Washington DC 20024

***Defendants***

## AMENDED COMPLAINT

1. Plaintiff Radcliffe B. Lewis now comes before this Court on his own behalf to present and represent his Complaint against the defendants. The defendants Ann Wicks, Rufus King III, Ronald Sullivan, Julia Leighton, Brenden Wells, and Lewis Wallace are all members of the Government of the District of Columbia and are being sued in their official capacities. The defendants Elaine Chao, Alberto Gonzales, and the Congress of the United States are all members of the Government of the United States of America and are being sued in their official capacities.

2. Alberto Gonzales has since resigned, however that office of Attorney General of the United States of America remains, and their current sitting Attorney General inherits the position as head of the Department of Justice. In accordance, the Department of Justice remains, and as a sovereign institution is being sued. Additionally, since the commencement of the Action, the several other capacities of Julia Leighton as both member of the Independent Agency, the Public Defender Service of the District of Columbia, as well as member of various oversight committees have been discovered and are now so displayed in the heading hereto.

## INTRODUCTION

3. Throughout most of the 20th Century there has been a people in these United States who have had to bear significantly harsh treatment without any semblance of justice. They were held back through the institution of a set of edicts called "Jim Crow" laws - ground rules of engagement of which the primary purpose appears to have been to keep them behind in the civil evolutionary process by curtailing their sense of well-being and access to real opportunities for growth. Those who dared to 'buck the system' ran significant risk of finding themselves dangling from trees with their genitalia and appendage extremities "fingers and toes" cut off by juvenile females of the "white race" so that those juveniles could put those pieces of meat in a bottle and give it to their boyfriends (or other social companions) as a love trophy. In this way would the victim face a tortuous death by a crude mob of white complexioned people, who would also roast them alive over a fire, and inhale the fumes.

4. It was in this pervaded environment of savage bestiality emanating from the minds of so-called men that the Civil Rights Act of 1964 was legislated into law, wittingly so by some, and un-wittingly by others, and nonetheless properly legislated by the sentiments of a society that came

to the realization that there is something innately uncivilized about having uniformed men using the late technology of modern day fire-hoses to bear high pressure water down unto little dress wearing school-girls (no matter what race, breed, or life-form) who merely demonstrated peacefully in a quest to have a little bit of dignity in their lives.

5. For those who unwittingly participated in the passing of this landmark legislation, and their cohorts, there has been no real appreciation and they still cling to, and long for the days ago, when they could perpetrate their acts of brutality upon others with all impunity and no injunction against it. For many there has been a manner in which they go about to continue to do this – by working to ascend into the higher offices of the land, where buttressed by the bulwark of sovereign immunity they are then able to wreak havoc in the lives of those who are unaware of the manner of their treading, and their most notable victims are those who they believe are the progeny of those little girls who back in the sixties they and their kind were able to rape with fire hoses. Just as they ascend into high offices to do this, and are bulwarked by the circumvallation of the parallel sovereign immunity, so it is in carrying out their constructions, they are bulwarked by the parallel activities of others that may not necessarily be members of the immediate destructive group working as a team; but as masters of both law and government, they are able to enwrap their surviving victims into such contraptions of bureaucratic convolutions, that it becomes virtually impossible for the victim to seek redress without splintering the cause of actions upon which relief may be granted thus obstructing the path of redress to the courts ~ the current courts being all too willing to dismiss the action in keeping with the demurrer-on-steroids pleadings of the professional defendants pursuant to F.R.C.P. 12 (b) 1 and 6.

6. The defendants here are of this sort, and each and every one of them are in collusion, to defame the plaintiff and render him economically disadvantaged, and to deny him due process of redress by convoluting his access to the courts whenever he happens upon cause of action to counter their insidious schemes. This case falls into this kind of convolution and is now faced with the motion to dismiss, and the defendants as identified each of them within the confines of their own sovereign establishments, and each of them in parallel with each other relative to their independent constructions respective to their sovereign-bulwarked collusions. Thus the bulwarks are substituted for the individual offices and officers within each of them, the District of Columbia ("District") and

the "United States" being the sovereignty bulwarks from which Wicks, King, Sullivan, Leighton, Wells, and Wallace are in collusion on the one hand, and Chao, Gonzales, are co-extendingly parallel in their collusion on the other hand, and respectively so. As for the Congress of the United States the plaintiff here mentions Pelosi only in her official capacity as the highest ranking official in the Congress of the United States who is not also a member of the Executive Branch of the Government of the United States, however, with the summary dismissal of the Congress relative to that Office of the Speaker of the House of Representative, yet as the Congress holds "sole power" of legislation over the District of Columbia (U.S. Constitution Art. 1 § 8, and Palmore v. United States, 411 U.S. 389 (1973)), the plaintiff must nonetheless seek to include Congress without mention of a particular sentient carnate billet-holder, or, in the alternative, the President of the Senate, Dick Cheney, the only member of Congress senior to the Speaker of the House in the line of succession to the President of the United States Under the Constitution of United States (Adopted on 17 September 1787), or, in the alternative, the United States.

## **GENERAL ALLEGATION**

### **Defamation and Violation of Due Process by the District of Columbia**

7. Those officers of the District of Columbia have used their position to summarily and abruptly deny the plaintiff, Lewis, of a credential which he vied for and earned, a credential that is business related, an over-arching agreement with the District of Columbia to provide services to its officers. First they allowed Lewis to have all reason to believe he was accepted into the program and upon him investing time and effort into providing services on their behalf, they delayed his payments due, but upon him complaining about the payments due but not received, the defendants then retaliated by breaching the agreement without justifiable reason. Then they did something else, they denied him the due process necessary for him to submit his complaint and have it administratively tended to so that the matter, if not resolved, would be able to move forward to the courts. Finally, upon Lewis obtaining a response from the District of Columbia, the District denied that it ever intended to engage any agreement with him, or to employ him, denied him venue for redress in keeping with the office therein that communicated with him, and provided no alternative venue. The District of Columbia paid no attention to Lewis's formally filed complaint. The District of Columbia effected the here-stated above acts by misrepresenting the various identities of at least one of its agents, Julia

Lieghton, as well as its intent regarding Lewis 's involvement with it so as to obtain services from Lewis under the appearance of voluntary servitude thus subjecting Lewis to a position of involuntary servitude in violation of his human rights.

## Violation of Due Process by the United States

8. In parallel, those officers of the United States, upon Lewis then having attempted to file a civil rights complaint, refused to accept the complaint because according the Department of Labor ("Labor"), the complaint "was too large" and according to the Department of Justice ("Justice"), no hand-delivered complaint was allowed, mail-in only, and this on the 179th day for filing the complaint. On the 180th day for filing his civil rights complaint Lewis suffered irreparable harm to the filing of the complaint, a harm that is curable if and only if a proper court grants the enlargement of time to file the civil rights complaint.

9. So it is the agents of the District of Columbia succeed in conspiring to defame the plaintiff by misleading him into and agreement that they assert they did not intent to formulate into a contract with him, then by violating the terms of that agreement, then by, and then by undermining his due process rights by obstructing his access to the courts through omission of a veritable venue of redress sufficient to clear the sovereign bulwark and have his claims heard regarding the violated agreement. The agents of the United States likewise undermined the plaintiff's right to due process by refusing to grant access to his civil rights complaint based solely on his pecuniary circumstance, it being he was not able to afford the expenses to timely mail his civil rights discrimination complaint in regarding the activities of the District of Columbia.

## Related Action – And Defamation by the United States' Additional Departments

*See Lewis V. Wallace, US District Court, DC, Case 1:04-cv-600-GK*

10. Moreover, there are other potential defendants in this case; the Department of Veterans Affairs ("Veterans Affairs") [now added] (**Note Exhibit #1: Copy of Tort Claim notice given to the Department of Veterans Affairs**), the Department of Housing and Urban Development ("Housing"), and the Department of Health and Human Services ("Health"), because centripetal to the actions of the District, with its brupt de-matriculation of Lewis from the District's contract program, without a ready and justifiable answer, and the abrupt refusal of the Departments of Labor

and Justice to refuse the complaint likewise without a justifiable answer, calls to question the current policies of the latter three departments here, and the civil rights complaint that Lewis seeks to have addressed raises such questions. In Lewis v. Wallace, Document # 17-2 shows that as far back as 14 February 2002, Lewis raised questions regarding the treatment of veterans of the United States Armed Forces. **See Exhibit #2: Excerpts from Lewis v Wallace.** Frank D. Giorno, Acting Regional Counsel for Region 3 of the Department of Veterans Affairs prepared a sealed affidavit stating "Plaintiff's administrative tort claim will be processed under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-80". He then indicates no previous tort claim received, however he did attach the email printout that Lewis provided to a Transition Assistance Counsellor regarding his concerns how veterans are treated.

11. Nothing was done to mitigate the perceived biases that Lewis discerned.

12. In fact, one year later, in the month of March of 2003, the three latter departments, Veterans Affairs, Housing, and Health developed an "action plan" policy that effectively concretizes an indictment against indigent minority veterans. That "action plan" mirrors the profiling construction that Lewis previously perceived, and raised in his 14 February 2002 email, so much so that the authors of the "action plan" accuse minority indigent veterans who may experience "homelessness" as being "heavy users of services". The word that Lewis uses in his email for the "heavy users of services" term is "kleptomaniac". At the time of Lewis's suit against Wallace in April of 2004, Lewis was not aware of the concretizing of that policy, and there is no indication be it in policy or practice that the Veterans Affairs has, or is doing anything to reverse the detrimental effects of that trilateral cabinet level policy painting honorably discharged minority veterans as "heavy users of services".

### Convergence of Actions

13. With the abrupt and heavy handed treatment the Lewis has suffers at the hands of the District, it raises questions as to whether he the District and others still perceive him as less than honorable, and whether the influence of their co-defendants' published policy is a determining factor in the manner in which the District now treats him. Thus Leis attempted to file the civil rights compliant is intended to flush out the rational behind the otherwise irrational actions of the District, but like three

sick pigs in the back of a muddy pen protected by their fellow pigs on the day the farmhands wish to slaughter them, the three authors of that "strategy for action" policy are being protected from challenge in their exploits because whereas the District now plays the part of their retaliation agent against Lewis, Labor and Justice stand ready to block the path to justice by denying at a critical time the filing of the civil rights complaint under the predication that it is "too large" and 'you are too poor – you need to mail it in', while delegating no other to authority or courier to accept such a complaint on their behalf.

## JURISDICTION AND VENUE

14. This is a civil action seeking both declaratory and monitory relief for violations of the plaintiff's due process rights and right to contract. Not less than two federal questions are raised here: whether the defendants deprived the plaintiff of due process by interrupting, or making not available the exercise of his right to petition the government for redress pursuant to Amendment 1 of the United States Constitution, and whether the defendants abrogated the plaintiff's right to contract (pursuant to Article 1 Section 10 of the United States Constitution) by defaming him in public. This action also seeks injunctive and monitory relief as a result of the defendants' actions. The original complaint in this action focused on these latter forms of relief, however this now amended complaint in response to both the District of Columbia's and the United States' motions to dismiss, or in the alternative, for a more definite statement now includes the full panoply of claims in so much as the plaintiff may now adduces such claims to have ripened. This in keeping with F.R.C.P. 12 (b)(7), and 56(a), and (c). There is no dispute that the plaintiff attempts to move forward with a discrimination complaint against both the District of Columbia and the United States Department of Veterans Affairs, but being indigent, is hampered by the refusal of the "Federal Defendants" to accept his complaint. The District of Columbia in its responsive Motion to Dismiss... admits recognition of the desire of plaintiff to file and have addressed his civil rights complaint. Note page "-2-" of the District's "Memorandum of Points and Authorities" thereof filed on 7 March 2008 as follows:

*"The only claim that could provide a basis for federal question jurisdiction against the District is Count D: "Obstruction of Justice - pursuant to Amendment 1 of the Constitution of the United States - where both the District of Columbia and the United States prohibited Lewis from any*

*access to redress of grievan0ce related to a civil rights complaint."*

15. Where this court previously summarily dismissed the Congress of the United States, the District of Columbia Judiciary as well as the independent agency within that Federal District to wit: the District of Columbia Public Defender Service as a then independent government agencies stand as the obstructer here. **See Exhibit #4, Diagram of the structure of the Government of District of Columbia.**

But because both the District and the United States raise questions as to whether there was a contract or enforceable agreement in the first place, this raises a third question relative to Article I Section 10 again, as to whether there is a definable agreement between the plaintiff and the District of Columbia, and if so whether the structure of or about the CJA program itself as implemented by the Federal District, District of Columbia impairs the governments' obligations in that regard.

### The Federal Questions

*On the District of Columbia's Denial of Redress Without Due Process of Law; US Constitution Amendment 1*

16. Where Amendment I of the United States Constitution reads:

**"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances"**

and where the District denied Lewis both formal administrative remedy to seek redress against those in its government that denied him property: the credential which he vied for according to agreement as well as formal judicial remedy, are the actions of the defendant District of Columbia repugnant to the last clause of Amendment I of the said Constitution?

*On Contracts, Public Debt, and Involuntary Servitude; U.S. Constitution Article I, Section 10, Amendment XIV and Amendment XIII*

17. But because the District of Columbia now disputes that it ever intended to have an enforceable

contract or agreement with the plaintiff, and thus a contract, yet had the plaintiff in a situation where he performed services for consideration in expectancy, this raises another Federal Question to wit:

Where Article I Section 10 of the United States Constitution reads:

*"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility."*

18. And where Amendment XIV Section I of the United States Constitution reads:

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*

19. And Sections 4 thereof reads:

*"The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void."*

20. And furthermore Amendment XIII of the United States Constitution reads:

*"Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.*

*Section 2. Congress shall have power to enforce this article by appropriate legislation."*

21. It being that the District of Columbia acted to acquire services tendered by the plaintiff in relation to the constitutionally mandated "compulsory process for obtaining witnesses" in favor of

defendants against criminal charges in the District of Columbia but at the same time the District of Columbia refuses to acknowledge that it ever contracted with Lewis, do such actions by the District of Columbia appear to be repugnant or in violation of Article I Section 10, Amendment XIV Section 1, the first clause of Amendment XIV Section 4, and Amendment XIII Section 1 of the United States Constitution? And

*On Congress's Duty of Care Relative to U.S. Constitution Article I, Section 10, Amendment VI, Amendment XIII, Section 2, and Amendment IV*

22. Has the Congress of the United States been neglectful in its enforcement authority to appropriately legislate statutory law sufficient to ascertain that those who carry out the duties and responsibilities of government in keeping with Amendment VI of the Constitution by the provisions of 18 USC 3006A are appropriately protected in keeping with their due compensation by and through the District of Columbia's "CJA Program" and agreements thereof, relative to Amendment XIV Section 4, Clause 1 of the United States Constitution?

*On the Department of Labor and the United States Constitution Amendment 1*

23. Do the actions of the Department of Labor refusing to accept a civil rights complaint, or any complaint because it is "too large" violate or encroaches upon the complainant's due process rights respective to Amendment I of the United States Constitution?

*On the Department of Justice and the United States Constitution Amendment 1*

24. Does the action of the Department of Justice refusing to accept a civil rights complaint, or any complaint simply because the complainant is not able for any reason to mail it, as opposed to hand deliver the complaint violate or encroaches upon the complainant's due process rights respective to Amendment I of the United States Constitution?

*On Veterans Affairs, Housing, and Health and the Questioning of the Credibility of "Honorably*

*Discharged" Relative to the United States Constitution Amendment IV*

25. As for Veterans Affairs, Housing, and Health, does the United States' strategy for action as outlined in its dossier "Ending Chronic Homelessness" operate against the United States issued Certificate of Discharge from the Armed Forces, commonly known as "Form DD 214" in public so as to question the validity of the honor of service for those honorably discharged and holding the profile of the plaintiff: minority, non-disabled, indigent?

26. If so does this constitute a repugnance, encroachment, or violation of amendment XIV Section 4 of the United States Constitution relative to the formally declared honor of the plaintiff?

*On the District of Columbia's Unique and Peculiar Demand for Private Information; United States Constitution Amendments IV and XIV*

27. Moreover, because the District of Columbia initiated the denial of the credential which Lewis sought after by demanding of him a drivers/license, non-drivers license, thereby narrowly interpreting the provisions of the agreement so as to materially change the terms thereof and limit Lewis to those, and only those documents, this raises the question as to whether the District of Columbia makes an unwarranted demand for private information against Lewis in violation of Amendment 4 of the United States Constitution.

*On the District of Columbia's Refusal of Formal Redress; United States Constitution Amendment XIV*

28. Regardless of the answer to the statement in paragraph number 27 immediately above, it being there was no formal process made available for Lewis to appeal the decision of Wells to "call the marshals" and deny him is long sought after certification, there is also question as to whether Lewis was afforded equal protection of the Law in keeping with Amendment XIV of the United States Constitution.

**Form of Jurisdiction**

29. 28 USC § 1331states "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.", Given the plethora of federal questions upon which Plaintiff now relies, it is appropriate that this Court holds jurisdiction over this action. This case includes officers of the United States in their official capacities acting in their official capacities, and, or, under color of legal authority, and all of the events and omissions giving rise to these events are situated in this jurisdiction. Note 28 USC § 1391 (e). Nevertheless, the actions and omissions of the defendants negatively affect the credibility of the plaintiff throughout all jurisdictions of the United States. Moreover the District of Columbia currently operates by representing itself to the public as a State. Acting like a State, it issues drivers licenses, something no other known municipality in its own right other than territories do, and this Court has already acted inclined to dismiss the Federal Defendants from culpability of the actions of the District of Columbia, a matter from which the plaintiff now seeks to recover. This being the case, the judicial branch of the District of Columbia seeks to shield itself under its own alleged sovereignty independent of the government of the judicial oversight of the United States Supreme Court. It being that the plaintiff now takes action against both the judicial branch of the District of Columbia (if it may be so called) as well as the highest ranking officers of its court of otherwise equity, the District of Columbia Superior Court, which does not answer administratively to its own Court of Appeals, a separate court, it is incestuous now to think that that "judicial branch" should preside over a suit action against itself. If the Congress of the United States is unable to grant access to the plaintiff directly for redress, and the Supreme Court is not allowed to exercise original oversight of the Chief Judges and company of the District of Columbia Courts when there is no formal action from which a certiorari may be derived, then there is no other court of original jurisdiction available for the plaintiff. Afterall the Federal Circuit does not have a district court of its own that is statutorily allowed to entertain federal questions.

30. Additionally, even if whatever judicial deliberation to which this action is subject concludes that the federal questions there are moot and all that remains are questions governable by the laws of the District of Columbia as a municipality/proxy state, and not in its Federal District characterization, no other court would hold supplemental jurisdiction other than this court or commission because what is being demanded by the plaintiff is more than money damages, but also declaratory judgment

affirming that the agreement made is in fact an enforceable contract, for the certification and matriculation, for reformation of the Program by aligning the implementation of it to befit the requirements of the United States Constitution Amendment XI, and for modernization of the Program to befit uniform considerations of what constitutes veritable agreements respective to Article I Section 10 of the United States Constitution and Amendment XIII Section 1. Thus the demands of this action are outside the scope of the United States Court for Veterans Affairs, and the United States Court of Federal Claims, and the the plaintiff is approaching this court not as a diplomate or foreign state but as a naturalized citizen. Furthermore the United States Department of Justice is being sued and it holds the Office of Justice Programs therein which remains inaccessible to the indigent client. Therefore the entire United States Commission on Civil Rights which is housed totally within Justice is inaccessible to the indigent client. Thus this Court is the court of last resort.

31. With respect to Plaintiff's description of the particularl actions and the manner as to how each un-substituted defendant relates to such actions/allegations, and as to whether this court holds subject matter or supplemental jurisdiction regarding such claims, the direction of the practice of law in this jurisdiction relative to the standard instructions uttered to juries rely wherever possible not on the United States Codes, but on the District of Columbia Codes, thus it appears that such question where the District of Columbia is concerned is moot as the standards of interpretation of law and actions within the courts of the District of Columbia, be they the 'Federal Courts' or the 'Local Courts' are indeed uniform; and where the courts may rely upon federal precedents to make such determinations, there is no access to subject matter jurisdiction in the federal bench and in the district of Columbia only supplemental jurisdiction exists.  This is a red flag issue because the D.C.Code is enlarged in the Standardized Jury Instructions thereby usurping the U.S. Code and the authority of this Court already, and Rufus King is the contributing editor of the privatized piece of writing, yet the Federal Courts are not allowed to exercise federal common law.

### Jurisdiction and the Public Interest

32. Finally, there is the consideration of the public interest because the structure of the Program as

implemented by the District of Columbia, with the manner in which it compulses those who marshal evidence in the field to operate through and only through subjection to officers of the District of Columbia's "court" to wit: attorneys-at-law registered under the Bar of the Government of the District of Columbia, raises the question as to whether this structure inhibits the sixth and second amendment rights of individuals charged with committing crimes by depriving them of their choice of control of the compulsory process by which they obtain evidence in their defense.

## THE PROGRAM

33. To Plaintiff's knowledge, this CJA Investigator Certification Program (hereto hence "Program" is enacted in keeping with its CJA Program: that mandatory requirement of all jurisdictions in the United States to afford adequate defense to indigent clients. The Program appears to be administered by the Public Defender Service of Washington DC allegedly to provide "certified investigators" for this purpose.

### The Underlying Payment Scheme of the Program

34. Such investigators are paid by the General Services Agency of the United States out of Funds disbursed out of the Treasury Department of the United States after review under the terms of the Fair Debt Collection Act of the United States.[1] Such payments are generated under the order of the DC Superior Court by way of that office therein supervised directly by Wallace. All investigators under the Program are hired on a contract per case basis only and are only eligible for such awarded contract only after being deemed "certified" by the Court. The particular Program is a subset of the larger CJA Program (here now to hence "Overarching Program" and includes an offer by the Public Defender Service to members of the public to apply to become an "investigator". Upon submission of the requisit application form, the applicant is then contacted by the Public Defender Service and agrees to complete a three week training course at such time and location as the Public Defender or its client chooses. The client of the Public Defender Service is the District of Columbia Courts. Upon completion of the training course and a background check, the applicant is deemed "certified"

---

[1] The involvement of other Departments of the United States other than the General Services Administration as well as the Programs payment process's susceptibility to the Fair Debt Collection Act was not discovered until interference with the otherwise supposed to be readily available payments due to plaintiff, initiated by the Department of Veterans Affairs through the Federal Government's TOP program, resulting in the related Action ofLewis v Wallace.

and is subsequently issued an identification card so indicating.

### Relationship of Plaintiff to the Program

35. Lewis was one such applicant, and upon completion of the PDS selected classes, there was a latency of time between that completion and completion of the background check during which Lewis was allowed to engage the payment scheme of the CJA Program and thus work. This latency however dragged on to exceed one year.

## RELATIONSHIP OF PARTIES TO THE PROGRAM - THE PAYMENT SCHEME

### *A BACK-TO-BACK LETTER-OF-CREDIT (L/C) SCHEME*

#### Plaintiff

36. Upon closer inspection, the administration and payment scheme or payment sourcing plan of the Program appears to be structured on a back-to-back letter-of-credit (hereto hence "L/C") scheme where those who perform the actual work of evidence gathering complicit with Amendment VI of the United States Constitution (the "investigators") of which the Plaintiff is a member, are the beneficiaries of the scheme.

#### Wallace - The Issuing Bank

37. The Finance Office of the Defender Services Branch of the D. C. Courts of which Wallace is the "Branch Chief" acts as the issuing bank of payment vouchers to the courts' "criminal attorneys. Such attorneys receive a voucher to be "turned in" in relation to work that they do for each case on behalf of criminal defendants. If the attorney 'hires' or contracts with an investigator, the attorney is also issued a voucher which that investigator must also complete and "turn in" in order to receive payments for services rendered to his client, the attorney. These two vouchers constitute the foundational documents of the back-to-back letter of credit scheme plan through which the payments are verified and authorized.

#### CJA Attorneys – The Applicant

38. The applicant for both vouchers remain the attorneys, not the investigators, and consequently each of the various attorneys for whom investigators work befit the "Applicant" of the L/C scheme.

### CJA Investigators – The Beneficiary - The Advising Bank

39. The investigator is responsible for the selection of his/her own advising bank.

### The United States – The Confirming Bank

40. It is commonly understood that L/C's are irrevocable, and may not be amended or canceled without prior agreement of the beneficiary, the issuing bank and the confirming bank, and in this case the United States, particularly the General Services Administration and the Departments of Treasury as well as any other Department such as the Department of Veterans Affairs appear to hold veto power of the pay-ability of the L/C's as evidenced in Lewis v. Wallace where the Veterans Affairs through the Treasury were able to take and carry away the payments due to the Lewis by way of the vouchers payable to him from the District of Columbia though the General Services Administration. Thus the United States in all of it many forms constitute the "confirming bank". The commercial invoice then for the L/C is the voucher for expert witnesses filled out and presented to the District of Columbia previously be paper, but currently reportedly by online access password protected internet protocol standards, of which Lewis does not currently have access because he has not been issued any access code by Wallace who issues them.

### The Public Defender Service:

### Insurer and Confidant of the Issuing Bank, the District of Columbia Judiciary

41. As the District of Columbia indicates that the purpose of the demand for identification is "to acknowledge to the public that" the individual queried is a "person, accepted, and certified by the Courts (based on a background check, proper identification, etc.) to be available to be hired by the court-appointed criminal attorneys", the identification card issued by Wells holds as the proof of insurance sufficient to activate the L/C scheme. Thus the Public Defender Service which is commissioned by the District of Columbia Courts to train both the "criminal attorneys" through its "Criminal Practice Institute" as well as the "investigators" by and through the otherwise known "CJA Program" acts as both the insurance enabling agent as well as party to the Court, which itself houses the issuing bank of the scheme.

### The District of Columbia Judiciary – the Public Accountability Standard

42. Thus the signature peculiarity of L/C schemes is evident within the program because "the payment obligation is abstract and independent from the underlying contract" [Wikipedia.Org] and business of the defendant at criminal action who is entitled to receive "compulsory process to obtain witness in his/her behalf" (Amd. VI) and who confers with the criminal defense apparatus of the State/government in order to receive adequate representation and adequate compulsory process. Respective therefore to the L/C scheme, the District of Columbia does business with its court-appointed attorneys, however, because the District of Columbia also sets the terms of qualification for members of the public to become beneficiaries of the independent and abstract L/C scheme, and directly intercourses with such applicants through the CJA Investigator Certification Program to assure that such applicants comply with its terms independent of the desire of particular attorneys, this L/C scheme is likewise abstract and independent from the CJA Investigator Certification Program. In other words, it is inconsequential whether the District pays investigators through the underlying L/C scheme, or whether it pays through some other process, be so by causing the attorneys themselves to pay the investigators, or by causing by paying through non-negotiable bearer bonds other than letters of credit, or by cash, or by the individual terms and conditions complicit with the manner in which each investigator may engage business. The CJA Investigator Certification Program stands alone separate and independent from the overarching CJA Program because the District of Columbia Courts recruits, pre-selects, trains, selects, and performs the background investigation necessary to meet its own standard as the issuing bank of the underlying L/C scheme. See Exhibites #5, 6 and 7, PDS publicized application form, schedule of investigator training sessions, and the District's Administrative Order 02-24 respectively.   The attorneys themselves do none of the above mentioned activities.   The criminal attorneys are in a unique market and the court, not the attorneys controls the access portal to that market.   The DC Courts' outsourcing agent, PDS, may request references who are attorneys from the applicants to the Program, but the referencing attorneys/agents of the applicant, are not necessarily the client attorneys; nor vice versa. At the time of introduction to the Program, and throughout the training the manner of payment is not addressed, and at no time do the District of Columbia purports to the applicants (prospective investigators) that it is the "issuing bank" in a letter-of-credit scheme.

43. Thus there are four agreements that are independent of each other as follows:

## Agreement between Government and the People

44. The agreement between government and the people to provide compulsory process to the individuals charged with crimes, as mandated by Amendment XI of the United States Constitution;

## Agreement between the District and Attorneys

45. The independent agreement between select attorneys and the District of Columbia Courts to enable the provision of such service, governed by the District of Columbia, through is courts, is bar association, and its public defender services;

## Agreement between the District and Investigators/Process Servers

46. The independent agreement between select members of the public and the District of Columbia Courts so that such members of the public if they please the District of Columbia by becoming certified by the District of Columbia they may gain access to a market of otherwise often times unknown 'attorneys' who are in need of investigative services so the both they and the District can assure the public that adequate compulsory process is being afforded to indigent clients – a service the individual investigators provide for consideration;

## Agreement between the District and its Applicant Attorneys to Ensure Payments

47. The process of payment that the District provides for its attorneys to assure the investigators that despite the credibility of the attorneys or any other party, payment for services will be readily available and not interrupted, thus winning the confidence of the members of the public who actually provide the compulsory process services for consideration.

## <u>CAUSE OF ACTION</u>

48. Had the District of Columbia obstructed a particular payment process under its Letter of Credit charter, then this would be a problem between the District and its L/C Applicant attorneys; and had

the obstruction on such particular voucher been because the applicant attorney gave part 2 of the back-to-back letter of credit (the voucher for expert witnesses) to a non-qualified investigator, then the court may then have a dispute with that attorney, and so would the investigator have a dispute with that attorney, but not with the court.

49. Moreover the District is free at any time to choose another form of assuring that the investigator's client attorneys are able to meet their debts to the investigators/process servers, or, in the alternative, disband with such assurances altogether, in which case such attorneys, if they care to utilize the services of such agents may have to field payments on their own creditability or agreements otherwise. For his part, Lewis has a full service agency with highly adaptable and customizable payment terms to meet such demands, and attorneys merely need to request for such alternatives – but the Districts' courts do not desire to extend L/C payments to properly registered firms, but only to individuals, therefore attorneys are not able to engage such alternative methods of payments while still being underwritten by their L/C issuing bank.

50. The agreement therefore that is material to this Action, is as indicated in statement number 46 here above, that process by which the court scouts for members of the public who may be gullible enough to engage its "CJA Certification Process" without asking a lot of questions like what is "IDENTIFICATION"; and here we have quite a bit of a problem indeed, because not only does the District of Columbia refuse to acknowledge that the agreement exists, and refuse access to redress relative to block all Lewis claims regarding the treatment he receives at the hand of their agent, but the Court succeeds in blocking access to all of the trade negotiations and subsequent contracts with attorneys that Lewis has already invested in pursuing. Without payment assured by government, the public defender "criminal attorneys" are not able to procure investigative/process service agents outside of the select pool of individuals empowered by government (and not the attorneys themselves) to provide such service, yet the District holds the attorneys responsible for the performance of such service agents, and not the agents themselves.

As the Public Defender Services stands as an independent agent of the Federal District of Columbia, not directly controlled by the Mayor, and relative to the various portions of the Judicial Branch of the District Columbia, and by and through the District's own admitted kinship with is codefendants, 41 USC § 602 allows for the applicability of subject matter contract disputes such the District of

Columbia in this regard. As the United States acts as the enabling (paying agent/confirming bank) in all payments assured to the plaintiff by the District's L/C scheme, and given the intertwined nature of the officers that are in control of the "Judicial side" of the District of Columbia's Judiciary, the United States is inextricably involved as a co-party of the District in its contract negotiation and certification enabling process relative to the Program. ~~52.~~ For consideration, Lewis engaged the Program to again access to a select market of client attorneys, but upon completions of his portion of the agreement necessary for certification, without just cause he was deprived of his due consideration, the certification, investigator identification card, matriculation as a potential beneficiary of the L/C scheme, subsequent referral to the "criminal attorneys" as a potential beneficiary, and thereby access to the market. DC Code 1-1402 restricts"labor organizations from excluding or expelling form its membership or otherwise to discriminate against, any individual; or to limit, segregate, or classify its membership; or to classify, or fail, or refuse to refer for employment any individual in any way, which would deprive such individual of employment opportunities, or would limit such employment opportunities, or otherwise adversely affect his status as an employee or as an applicant for employment."

The attributes of PDS's CJA Certification Program reflects such a labor organization as it is actually independent of the CJA Program otherwise, and there is nothing in the U.S. Constitution that mandates that the process service agents rendering compulsory evidence gathering services for indigent members of the public must themselves be members of the District's Bar Association, or attorneys-at-law, or be subject to them. The Program subjugates such service agents to its "criminal attorneys" who "employs" them if only they are members of the small cache of "certified by PDS investigator" under its CJA Certification Program. The involvement of the various parties in relation to the Program are not in dispute and it is the Program as described in section 46 above and not the Courts L/C scheme agreement as described in section 47 above that is at material issue in this Action.

## CLAIMS FOR RELIEF

51. **COUNT I - <u>Breach of Contract</u>** - On a particular date of 28 January 2004, the District of

Columbia by and through its agents Brendan Wells and Lewis Wallace refused to provided Lewis an investigator's identification card, a credential which he vied for and earned by complying with the CJA Investigator Program administered by the District pursuant to 18 USC § 3006A. In so doing, Wells and Wallace breached the agreement made between the District and Lewis whereby were Lewis to comply with particular terms and meet certain standards developed by the District of Columbia Judiciary, and included therein Wallace, and administered to through Wallace and Wells as instructors and background investigators, Lewis would be "acknowledged to the public that" he "were a person identified, accepted, and certified (based on a background check, proper identification etc.) by the Courts to be available to be hired by court-appointed criminal attorneys." ▌ The District of Columbia breached this agreement to Lewis' detriment. Plaintiff now seek

INCIDENTAL DAMAGE of one thousand and one hundred ($11,000.00) dollars, and

CONSEQUENTIAL DAMAGE of one hundred thousand ($100,000.00) dollars.

52. **COUNT II - <u>Retaliation</u>** - In breaching the agreement as indicated immediately above Wells and Wallace's acted immediately after Lewis inquired as to what constitutes "Identification"▌, and in so doing retaliated against Lewis for no other reason than that he asked a question. Plaintiff now seeks:

CONSEQENTIAL DAMAGE of one hundred thousand ($100,000.00) dollars.

53. **COUNT III - <u>Defamation by Omission</u>** - As the certification identification card constitute the means by which Lewis could obtain access to the payment account system to which such identification cards are attached, Wells and Wallace also removed Lewis from the roster of individuals qualified to receive payments for services tendered to court appointed attorneys perchance they actually hired him, thereby removing the means by which such attorneys could hire Lewis even were he not otherwise acknowledged by the District to the public as one accepted and certified by the Courts to be available to be hired by such attorneys. This removal of Lewis – the omission of his name and account from the active accounts of payable "investigators" results the

casting of him in a degraded light among his professional peers; fellow investigators, and court appointed attorneys, as well as other members of the legal profession, thus instantly defaming Lewis, the effects of which were immediate and continuous to this day, remaining a load factor against the goodwill value of Lewis's business affairs. Moreover –

54. **COUNT IV - <u>Defamation – Libel/Slander</u>** - When questioned regarding the affair and their subsequent decision to uphold the decisions of Wells and Wallace, The District of Columbia by and through its agents Rufus King and Anne Wicks authorized a third party third party the authorization to communicate that Lewis never contracted with the courts, but in the same communiqué admit that information gathered from Lewis and the certification program to which he was subject was "to acknowledge to the public that (Lewis was) a person identified, accepted, and certified (based on a background check, proper identification etc.) by the Courts to be available to be hired by court-appointed criminal attorneys." Lewis was identified, he was accepted, and he was declared certified subjected to a background check, but he was denied certification, without justifiable cause, or if cause, cause communicated, and thus the District though holding out Lewis's name to the public as one attempting to be "acknowledged by the District to the public" as hirable by "court appointed criminal attorneys" the District then removed his name as one who succeeded in making that attempt, one who the District omitted from the list of those whom it can acknowledge to the public as hirable by "court appointed criminal attorneys. The District thereby castes disparaging shadows upon the character of Radcliffe Bancroft Lewis, as one who firstly is not credible, and secondly, one who attempted to be regarded as credible when his is apparently not credible. The District thereby amplified the defamation of Lewis beyond that of the legal profession to all professions the effects of which were immediate and continuous to this day, remaining a load factor against the goodwill value of his business affairs. This for this and in relation to statement 53 above Plaintiff now seeks

ACTUAL DAMAGES in the amount of two million ($2,000,000.00) dollars, and

DECLARATORY ORDER to properly matriculate Radcliffe Lewis into the CJA Investigator Program.

55. **COUNT V - <u>Denial of Due Process</u>** - Moreover, the response from the King and Wicks came in excess of two years after the incident and inquiries made by Lewis, and by no means were proffered in any venue that was formerly allotted for administering such disputes. The District by and through King and Wicks, denied Lewis any formal due process for him to petition the government for redress of his grievance after the breaching of the agreement that the District made with him. Whereby Plaintiff now seeks

DECLARATORY JUDGMENT that Plaintiff has duely exhausted all available administrative processes, and this Action is ripe for adjudication by this Court, and

For a DECLARATORY ORDER so as to cause the availability of a speedy and impartial process of redress of disputes arising regarding the availability of access to those subject to the terms and conditions under which the defendants administer the CJA Investigator Program, or, in the alternative, for the allowance of the terms and conditions of the business practices of each such service agent to be the standard under which such service agent is able to engage and provide services to the courts "criminal attorneys".

56. **COUNT VI - <u>Misrepresentation</u>** - The District of Columbia, by and through King and Wicks, also refuse to acknowledge that any agreement relating to 18 USC 30006A made between Lewis and its own made between Lewis and any of its court appointed attorney where in any way an agreement of intent on its part. Thus the District of Columbia denies that it ever engaged any agreement with Lewis, never minding the fact the evidence exists that such agreements were already in existence.

57. **COUNT VII - <u>Neglect</u>** - Thus the District of Columbia completely overlooks the umbrella agreement, to wit: matriculation into the CJA Program of its own design.

58. **COUNT VIII - <u>Denial of Due Process by Leighton</u>** - Regarding "Julia Leighton, then the Deputy Chief of Legal Services ofThe D.C. Public Defender Service"

In all of these actions, The District of Columbia by and through its agent, Julia Leighton, was a present witness and contributed to the oversight of the actions of Wells. Leighton sat in the classes offered by the District's Public Defender Service (PDS), listening to and contributing to the words that Wells evoked concerning the structure of the Program. At first it appeared that Leighton was a

fellow student, then it became apparent that Leighton is an agent of the District, indicating on query, the billet as "General Counsel" of its Public Defender Service. However, in terms of her activities, Leighton is much more than that: Leighton acted as the co-instructor not just for the Criminal Justice Act program as it relates to candidate investigators undergoing training, but also as an administrative member and lecturer for the Criminal Practice Institute, another program geared more for appointed attorneys under the Criminal Justice Act. Moreover, Leighton is also involved as an administrator and architect of yet a third program of PDS through which PDS procures law students to act as and be investigators for attorneys employed by PDS to represent indigent clients charged with climes. By her own words, Leighton has indicated her belief in utilizing law students to be investigators instead of professionals, such as are under the CJA Program, yet she oversees both programs as both architect and lecturer.█ In fact, as of 2006, it is confirmed, Leighton has become more than just the General Counsel for the PDS, Leighton is and has also been an officer of the DC Courts beyond the scope of a mere attorney (officer of the Court). Pursuant to DC Courts Administrative Order 06-04 Leighton now sits on several committees including the Criminal Rules Advisory Committee, the Committee on Continuing Legal Education for Criminal Justice Act (CJA) Attorneys. A search of Leighton's activities with the District yields the here presented "REPORT OF THE SUPERIOR COURT CRIMINAL JUSTICE ACT CONTINUING LEGAL EDUCATION COMMITTEE (CJA/CLE COMMITTEE) FOR CHIEF JUDGE RUFUS G. KING, III, DECEMBER 3, 2002" indicating that though Leighton represented itself as the "General Counsel" to PDS, by the time Lewis became an investigator under the CJA program, Leighton managed to position itself as a full member of one of the DC Judiciary's committees that governs the "education" of members and contractors within the CJA program. Yet as of 5 September 2007, Leighton remains the "General Counsel" for the PDS. Thus Leighton is intricately involved with the District's CJA program from assisting in the design of it, to the overseeing of it, and the operations of it, and this includes the availability of form avenues of redress whenever a formal complaint, such as the on filed by Lewis (ibid) is concerned. As the apparent day to day manager of and apparent overseer of the education process of CJA investigator candidates, and thus and examiner of the Program particularly with respect to program structure information dissemination as well as an attorney for the PDS, Leighton holds positional authority to determine whether both the PDS and the D.C. Judiciary avails Lewis to

a process of redress regardless of the subject matter of his Complaint.

59. **COUNT IX** - <u>**Misrepresentation and Neglect**</u> - The District of Columbia by and through its agents Wells, Leighton, and Sullivan, upon, in its own developed training sessions respective to the Program instructed Lewis that in the event he has any questions to refer the matter "to the Chief Judge". Nevertheless, the "Chief Judge" had no formal process through which to address Lewis's complaint. Still, upon receipt of the Lewis's tort claim notice, these agents took no action. Thus the PDS, as well as the D.C. Judiciary first misrepresented to Lewis the idea that it had a formal grievance process for those who contracted with it, and then it completely neglected Lewis' formal complaint to not less than two separate agencies to wit: the District of Columbia Courts, and the District of Columbia's Public Defender Service.   Whereby with regard to statements 56, 57, and 58 above, as well as this statements in this section 59, plaintiff now seeks

COMPENSATORY DAMAGES in the amount of three million ($3,000,000.00) dollars.

60. **COUNT - X** <u>**Denial of Due Process**</u> – For its part the United States by and through its agency (Labor) provides to members of the public an avenue for filing civil rights complaints where contracts are concerned by way of completing is "Form CC-4 – Complaint of Discrimination in Employment Under Federal Government Contract" pursuant to Executive Order 11246, and therein instructed such complainants that whereas the complainant must "use this form to file a complaint of discrimination in employment under any of the OFCCP Programs..."▉ the "failure to provide the information will restrict the action that the Department of Labor can take...and, for matters covered by Title VII...or the ADA may affect (the complainants) right to sue under those laws." Nevertheless, un learning the that Lewis completed form includes about 200 pages of information simply refused to accept it because according to the speaker on the other end of the telephone line, Lewis complaint was "too large".

61. **COUNT XI** - <u>**Denial of Due Process Right of an Indigent Citizen**</u> – For its part the United States by and through its agency (Justice) refused the complaint thereafter simply because the by then very indigent and cash-strapped Lewis could find no other effect method to get the complaint

to Justice except by way of hand delivery, time being of the essence on that then 180 day after the incident in that regard.

62. **COUNT XII -** <u>**Defamation and Willful Neglect**</u> – The United States by and through its Department of Veterans Affairs for its part willfully neglected the harm done to Lewis through its mischaracterizing policy edict█ though it received information and a formal tort claim notice of he harm indicated, and in so doing influenced the public at large to regard Lewis, a properly honorably discharged veteran of the United States Armed Forces█ as a "disconnected" "heavy user of services" thereby exacerbating Lewis condition of economic marginalization by rendering him as not fit for employment with "suspicion" (Rufus King).

63. **COUNT XIII -** <u>**Deprivation of Rights under Color of Law in Repugnance to The Constitution of the United States, Article 1 Section 10**</u> - The District of Columbia is a Federal Legislative District of the United States, with the Congress of the United States holding "sole legislative" capacity therein. The Congress develops two sets of laws to wit: The District of Columbia Home Rule Act of 1973, and the Revised Criminal Justice Act of 1986 enabling a delegated authority to further legislate into authority a subsequent Criminal Justice Act therein inscribed in the District of Columbia Code. At the Same time the United States through its Congress legislates by way of Title One of the United States Constitution the District of Columiba Superior Court and ratified the appointment of a Chief Judge to govern that Court. That Chief Judge operating at the behest of the Congress of the United States as so appointed by the President of the United Stats now develops the administrative protocols by which the District of Columbia Judiciary, Wicks establishes the operational precepts of the Criminal Justice Act as implemented within the District of Columbia. However, when questioned both King and Wicks indicate through their Equal Opportunity Officer of the Court that "there was never any intention on the court's part to establish an employee or contractor relationship between the CJA Type Investigators and the Courts..." and that "Judicial 'employees (perchance Lewis may be so defined) are not coverend under the Court's Comprehensive Personnel Policies." Nevertheless neither King nor Wicks indicate any other policy

under which the relations between Lewis and the Court may be addressed, and none of this appears to be reviewed or address by the Congress of the United States. Thus, the United States and the District of Columbia by and through the Congress of the United States and King, and Wicks, now allow to pass, the legislation of and subsequent administrative development of a set of laws that enables the District of Columbia to circumvent its contractual obligations under the predication that "Judicial 'employees' are not covered under the Court's Comprehensive Personnel Policies."



Sign.

R. Lewis   Plaintiff.

### PROOF OF SERVICE

Pursuant to LCvR 5.3

I, Radcliffe B. Lewis hereby declare that on this 14th Day of April 2008, I caused a copy of this Amended Complaint to be served upon the defendants as follows:

To the following parties:

4. Government of the District of Columbia,

C/o Secretary of the District of Columbia

1350 Pennsylvania Avenue, Washington, DC 20004, [See marked Exhibit #1 hereto.]

5. Claire Whitaker, AUSA, The United States Attorneys Office

555 Fourth Street, NW (Room 10808), Washington, DC 20530, [See marked Exhibit #2 hereto.] and

6. Melvin Bolden, Jr. Assistant Attorney General, Office of the Attorney General for the District of Columbia, 441 4th Street, NW, Suite 1060 N, Washington, DC, 20001, [See marked Exhibit #1 hereto.]

### VERIFICATION

*R L*

I declare certify under penalty of perjury that the foregoing is true and correct. Executed this 14th Day of ~~March~~ *April* 2008.

Signature:

*2006 0998* *Exhibit #7*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 6-30-01 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.)* *(Number, Street, City, State, and Zip Code)* |
|---|---|
| United States Department of Justice Civil-Rights Coodination and REview Section 950 Pennsylvania Avenue, NW Washington, DC 20530 | Radcliffe Bancroft Lewis P.O. Box 2241 Washington, DC 20013-2241 |

| 3. TYPE OF EMPLOYMENT [X] MILITARY [X] CIVILIAN | 4. DATE OF BIRTH 02/27/69 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT Friday, 09/08/2006 | 7. TIME *(A.M. OR P.M.)* 3:00 pm |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place occurrence and the cause thereof.) (Use additional pages if necessary.)*

Pursuant to U.N. Gen. Assmbly Res. 40/144, of 13 Dec 1985, and 41/128, of 4 Dec 1986, U.S. Const. Amds.9, 13 and 14, 18 USC 2421, Civil Rights Acts of 1964, 1968, and 1991, Exec. Order 11246, Common and Case Law, and such other rights as appropriate, incl. F.R.C.P. Rule 60(B) – On Friday, 8 September 2006, at 1722 I Street, NW, 3rd Flr, Washington, DC, 20036, one "Youngblood" of the Department of Veterans Affairs, and District of Columbia Department of Employment Services (DOES), (for so it holds dual responsibilities) moved to bar us from access to facilities provided by DOES facilitated there within that address property. This is the latest of a pattern of unexplained disbarments of Claimant's ability to develop contingent with the expectation of a productive member of society, and renders Claimant a public charge, dispossessed of citizenship and the rights and privileges thereto, as asserted by the Government of the United States of America. The incidental details and considerations addressed in the accompanying "Letter to Youngblood..." (Attach 1) and "Letter of Repudiation.." (Attach 2).

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, Street, City, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE, AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See Instructions on reverse side.)*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Incidentally - loss of access to public funded facilities, program, rite of passage, and barrier to employment (USD $1,000,000.00): Dispossession of status as a bona-fide "honorably discharged veteran" engineered libel and slander through constructive profiling and failure to review policy that unlawfully discriminated - resulting in suppression of Claimant's individual development, and marginalization into the demographic of "publicly charged" - yielding full dispossession of citizenship-in-fact and a devastation of career and lifetime achievements - An incidental value of not less than USD $1,000,000.00, and prepossessory value of not less than USD $10,000,000.00.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS *(Number, Street, City, State, and Zip Code)* | |
| *[signature]* | 500 Indian Avenue Washington DC 20001 | |

| 12. *(See instructions on reverse.)* | AMOUNT OF CLAIM *(in dollars)* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| | USD $12, 000,000.00 | | USD $12,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone Number of Signatory (202) 664-3130 | 14. DATE OF CLAIM 09/15/06 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than and not more than $10,000, plus 2 times the amount of... | Imprisonment for not more than five years and shall be subject to a fine of not... |

RECEIVED
SEP 18 2006
OFFICE OF RISK MANAGEMENT

The District of Columbia: ss
subscribed and sworn to before me
this _____ day of ____ 2006
Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2008

*Exhibit #1*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADCLIFFE B. LEWIS,                          )
                                             )
            Plaintiff,                       )
                                             )
            v.                               )        Civil Action No. 04-600 GK
                                             )
LEWIS WALLACE, ET AL.                        )
                                             )
            Defendants.                      )
                                             )

## AFFIDAVIT

I, Frank D. Giorno, being first sworn, depose and state:

1. That I am the Acting Regional Counsel, Region 3, Department of Veterans Affairs, with offices located at 1722 I Street, Suite 302, Washington, DC  20421, and 3900 Loch Raven Boulevard, Building 4, Baltimore, MD  21218.

2. As Acting Regional Counsel, I have custody of records and files pertaining to claims filed under the Federal Tort Claims Act against the United States arising out of the alleged negligent or wrongful acts or omissions of employees of the Department of Veterans Affairs in our area of responsibility which covers Maryland, the District of Columbia, the northern part of Virginia, and the eastern portion of West Virginia.  All such claims are forwarded to our offices in either Washington, DC, or Baltimore, MD, for administrative processing and investigation.

3. I have reviewed the files made and maintained in the regular course of business in our offices in both Washington, DC, and Baltimore, MD.  These files indicate that, on August 6, 2004, Plaintiff filed with our Washington, DC, office a document entitled "Plaintiff's First Response to Defendant's Motion to Dismiss and Plaintiff's Motion for Enlargement of Time to Answer."  Attached as Exhibit 2 to this document was a Standard Form (SF) 95, dated 7/4/07, claiming property damage and personal injury in the total amount of $25,181,500.00 based on alleged "malfeasance, theft, due process" with a reference to see an attached supplement to the SF 95.  The attached supplement concerns the matters stated in this suit.  Plaintiff's administrative tort claim will be processed under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-80.  We have no record of Plaintiff previously filing an administrative tort claim against the United States.

*Exhibit #2*

indicates something amiss here because you say I owe you, but in that letter I am granted the "six hour exclusion". Moreover, you completely ignored the close-out audit and the amount of actual invested money I lost (about $500), simply by not using the rest of the applicable benefits of $4000 or so. So you take the benefits as well as the earned wages and you still want me to pay you more! You have no answer for this. Sturm's, (your employee who I do not know) assertion that he attempted to contact me for three years reads like a novel discribing swiss cheese. Assuming you actually sent the 21 July 2000 letter, whereupon it was "returned as undeliverable" by 12 September 2000, you had very many oppurtunities to alert me of your recalculation and mysteriously interpreted **debt** - through the VA liasion at the University of Maryland University College(1), of whom you are very well aware as your Undersecretary for Education(2) indicated was an employee who "did not know what to do" in his letter to the Hon. Senator Barbara Mikulski(3). You could have told me this during my qualms throughout the fall semester of 2000 when I demanded in my complaints about your lethargic VA processing that something was wrong (4). You could have told the Veterans Hospital in Washington DC so that I found out when they means tested my financial eligibility to recieve medical care, medicinal care, and any other kind of care of matriculation, like a VA Card(5). You could have told Mr. Washington, the VA readjustment counselor(6) who I had to see after the Comptroller of Maryland(7) sacked my FASFA disbursments from UMUC under this same kind of 'hurry up and process it so we can take it scheme' that you now do with Lewis Wallace and the DC Superior Court in concert. You could have told the Justice Department the first time, when I complained that the State of Maryland acted like a pariah state, if they asked you, or the US Department of Education for that matter so they could stick it on my records.(8) You could have told Mr. Street(9) of VA Outreach, VA Hospital, Washington, DC(10) who treated me like shit when I went there to register, that thanks to that previous sacking of my money I as then without a place to live. You could have told the same Senator Mikulski(11) when I complained about Mr. Street. You could have told me in response to my three page Memorandum to the DVA asking for a policy review because I perceive that your policy was to profile living veterans to be like dishonorable kleptomaniacs. You could have responded then with a notice to me such as "But Mr. Lewis, based upon our audit of you and our calculation that **you owe debt** we have every reason to believe that you are, you are a dishonorable kleptomaniac!"(12) But you did not respond at all. You could have responded to Brendan Wells/Lewis Wallace and they could have told me that you think I have a debt as they spent the past two years counting all the cracks in the rim of my ass -- background investigation they call it(13), and you could have told Mr. Dumas when I updated my address.(14) Here are at least 14 portals through which people could have alerted me of this without me having to pay the CIA subsidiaries TRW or Equifax for a credit report. It is either you never told them at all, or you did and they all remained stupendously muffed, and this could go a long way to explain why I seem to rub all these people a little raw especially while trying to be certified as an investigator [sic]. Instead, when I updated my records so that I could get notice from you of any issue on your government minds, you used the occasion to hide the fact, digitize and 'TOP UP', usher the little 10 day notice off the cuff, tell a private agent to lie to distract me, and pounce like a leopard upon my earned wages. Moreover, you lied about how I failed to give you notice and lied about how still I refuse to discuss the matter, when it was you who told Mr. Amatrudo, Esquire, that you wont negotiate "because you already have my money." You are all theives.

excite email
Search The Web For

Quick Find

Excite | Lite | Email | Help

**Mortgage Rates Hit Record Lows!**
Less-Than-Perfect Credit OK

| Mail | Addresses |

go_radcliffe@excite.co

<< Hide Folders   ✔Check Messages  ✉Compose Message

Premium Services | POP Accounts | Mail Prefe

**Folders**
- Inbox
- Drafts
- Sent
- Trash (Empty)
- Bulk Mail (Empty)

**My Folders** edit
- Saved

**Spam Tools** info
Spam Filter Level:
Medium
- My Block List
- Image Filter
- Custom Filters


Homeowners! Click Here to Refinance


Free shipping* at target.com

Top Ten Digital Cameras

Easy as Dell. Click here

**Coming in Sept:**
- 125MB Free Storage Upgrade
- Send/Receive 10MB emails!

Check back here for more!

< Prev Next >   Back to Sent

| Reply | Reply All | Delete | Forward | As Attachment |

Print View  Full header

Move to Folder

*Att...hment B
Re Portals
6, 9 & 11*

✖ Message is not flagged. [ Flag for Follow Up ]

**Date:** Thu, 14 Feb 2002 10:15:38 -0500
**From:** Radcliffe Lewis <go_radcliffe@excite.com>
[ Add to Address Book | Block Address | Report as Spam ]
**To:** <radcliffego@hotmail.com>
**Subject:** FW: Memorandum 2, Review of Psychological Questionnaire

**Forwarded Message:**

MR.. W. Washington, MSW, Social Worker,Readjustment Counseling Service,U.S. Department of Veterans Affairs1015 Spring Street, Ste 101Silver Spring, MD 20910.Re: Review of Psychological Questionnaire.Dear Mr. Washington:I penned a draft of this letter, but since we last spoke some of my property was taken, along with the draft, but nevertheless I present to you this letter to address an insight, which I deduced from that psychological questionnaire, which veterans must fill out upon entering your office.As one progresses through the questionnaire, the question therein become more and more honed in on the issue of substance abuse. The veteran is repetitively asked if he or she abused drugs or alcohol, before, during, and after military service. Some of the questions are even worded with the assumption that the veteran 'uses' drugs or alcohol, and than "use" appears to be for other than social affairs. The responding veteran is almost caught in a trap where regardless of the nature of the response, the inference may be deduced from an analyst's perspective that the veteran 'uses' such controlled substances for other, or more poignantly, psychological reasons. The questionnaire is actually an offensive document; it dissuades the veteran from pursuing and following up on readjustment counseling, which he or she may have sought in the first place. This offence however becomes and outright rebuff once the veteran goes from your office to the Social Service and Veteran Outreach programs at the Veterans Administration Hospital (VAH)here in Washington D.C.; for whereas the questionnaire merely makes insulting inferences to probable psychological needs as opposed to probable social readjustment needs, at the VAH a veteran who apparently is not in need of psychological treatment is actually denied social services as well, even though it may be clearly evident that there exists a critical social or humanitarian need on the part of that veteran. Hence the two probable needs, psychological and social, in practical administration, and link together as a married and complete unit, but, the social considerations a altogether ignored.The psychological questionnaire presents an argument and begs the question as to whether veterans are in need of readjustment counseling more for, if not wholly for psychological reasons based upon a clinical tendency to abuse controlled substances.Now recently I presented the Hon. Senator Barbara Mikulski with a letter in which I addressed a concern which I deduced from the treatment I repeatedly received from the institutions of higher learning, which I attended after completion of my active military service. It appeared to me, and cumulatively so, that those institutions tended to treat me as if they regarded me more as a vagrant than a veteran.They frustrated all of the financial resources with I received from third parties, including the Montgomery G.I. Bill from the U.S. Government, they presented responses questioning my integrity of character in deed, and the refuted my claims by inferring that I simply was not honest in my intention to pursue education, that I was more interested in the residual refunds that I would be able to pocket than the overall impact of administrative frustrations to my account. One university in particularly, the University of Maryland at College Park, even attempted to mitigate my claims of administrative frustrations, simply by providing me, after the fact and at the end of the semesters in question, a bigger 'refund' of the money I actually borrowed to attend school for the given semester.

*Exhibit #3*

Those schools sought on every bend, to treat my Title IV funding for schools more like a tuition reimbursement benefits, to be received AFTER completion of a semester, or year, than like education funding programs, to pay for tuition, books, supplies, rooming and boarding expenses WHILE ATTENDING some courses for a semester or year.Accordingly I perceived it only responsible of me to maintain a watch for any situation in society where this type of underhanded treatment is pronounced. Consequently, the formal complaint against Mr. Street, Social Worker at the VAH who felt uncomfortable with my request for shilling-and-bit bus tokens, without clearly being able to outlay the basis for his 'uncomfortable ness'. For aside from the fact that his reactions mounted to the point of an infractuous incident, what really struck me about the whole affair wasn't his threat to deny service simply because I asked a question, (which this threat to deny is the incident infraction an a matter of concern), nor was it the value of a token, for it isn't Enron;, no, what struck me was his fear that my intent was not to use the token, and only as much token as I needed to amicably follow through on your instructions, but that I, an honorably discharged military person and veteran, was somehow engaged in a scheme of charlatanry, in order to acquire and use a controlled substance, to wit: bus tokens. At the personal level, it is this inferred accusation against the integrity of my character which I find most offensive (for the VAH and Mr. Street by then was quite aware that I am not diagnosed as having a substance abuse or psychological problem). At the social level what struck me was Mr. Street's ardent attempt then, to see me in only one light, to see me not as a veteran, but as a vagrant.For we know that vagrants, in line with their unfocused wandering and unidentifiable means of support, may in their vagrancy, trespass upon and, or, misuse property and eventually abuse controlled substances, and accordingly we may conclude that such vagrants may have a clinical need for psychological readjustment to the general environment. We also know that veterans tend to be in need of transition assistance back to civilian life after completion of their active duty regiments, (hence TAP programs), and accordingly we may conclude that such veterans may have a social need to acculturate back into the normative values and mannerisms of civilian society at large. We also know that not all vagrants are veterans. We are apparently aware that without proper readjustment/acculturation, a veteran may be then reduced to vagrancy. The question poised then is, are all veterans nonetheless inherently vagrants?Is this why there is this emphasis on substance abuse?For it cannot be that the VA's social and outreach programs are designed to cater to the needs of substance abusers, yet have nothing installed to address the real needs of a veteran who is obviously in critical need of readjustment, but has no substance abuse problems, and it cannot be that other institutions and Mr. Street could so well seek to, or, frustrate the resources alloted veterans, <u>unless they already conclude that the veteran seeks to abuse something, and in this case, not drugs nor alcohol, but something else,</u> more put, those allotements, be it financial resources, or tokens.When did the veteran then become so percieved in a bad light, is it after the psychological diagnosis of substance abuser, or is it before?If upon a psychological diagnosis that indicates the veteran is not a substance abuser, why would a social worker then continue to maintain a perception of that veteran in a bad light of imminent substance abuser?What are the elemental personal and environmental considerations that would make a psychologically healthy veteran a substance abuser?What are the elemental personal and environmental considerations that would make a psychologically healthy non-veteran a substance abuser?What are the cohort ratios between these two groups.Why is it that the Veterans Affiars social workers do not appear to address these questions relative to readjustment counseling, veteran's outreach, and social services administration of client-veterans?Why for that matter, is a psychological questionaire being administered to by a social worker?Why is the psychological questionaire, counseling of substance abuse, and individual psychological treatment being administered to by social workers.instead of psychological workers, by social service, instead of mental institutions?If a veteran is most indegence and homeless is it a symptom of the need for readjustment counseling and service?If so, then why is it that the VAH's veteran's social service departments unable to address the social requirements of otherwise psychologically healthy veterans?If not then how can the veteran be psychologically healthy?If, nonetheless a veteran is deemed psychologically healthy and socially adjusted, given the range of benefits, from employment preference, pell grants, general infantry grants, the demarcation of and home purchasing assistance to the demarcation of 'honourable' and substantial health-care regardless of income, barring a major scheme of fraud, or and act of God, how can the veteran end up indegent?By the way if I get a PsyD (Doctor of Psychology Degree), am I automatically a sociologist?I have considered these questions, and it brings to bear a certain realization. Consider:In Silver;Sring, MD, there is a memorial to man who reputedly never worked a day in his life. Yes, he is recognised by Silver Spring as quite a vagrant, who maintained himself from handouts, even from women and children, the wealth of others. Now in his death the city honors him with a bronze sculptor and memorial statue of his image, construction hat, wrinkled face and all. I now question if this is what this nation does when it honors veterans, that is do we honor veterans with grave images, pomp and circumstance, but dis-honor them otherwise?This question is too overused and arcane, so I reiterate: do honor veterans with statues and holiday, and DD-214's to their faces, but as soon as their back is turned with <u>accuses them of being abusers of controlled substances, to wit: the the wealth of the nation?</u>For it cannot be that institutions like colleges and universities, and social outreach organizations, and the people in them see it fit to frustrate the administrative and financial affairs of Veterans, unless we are regarded as charlatans, and it cannot be that business owners and associates are reluctance to have around, or hire veterans, unless we are regarded as trouble makers, and it cannot be that neighbors, associates, and relatives desire to keep their distance of us veterans after we serve, unless the deem us to be bammers (clinical users and abusers

and absconders or other's personal assets) unless he too regard us, in the same bad light that Mr. Street saw me, that of a wealth-of-the-nation abuser. And it cannot be that it is the policy of the VA to treat the abusers, but boot away the normal but indegent veterans unless the have diagnosed all veterans, as a group to be substance abusers, on account of their veteranhood, and it must be that this is the profile the VA has of us, who left active duty to return to civilian life, for were it not so the psychological questionaire would not be so, and Mr. Street would not have been "uncomfortable" with acquisition of more than one shilling-and-bit bus token.So it is, Mr. Washington, were I to file claims agianst institutions for maladministration and unwarranted frustration of my finances, and social workers for pussy-footing with mere tokens, should they not, given the socio-political situation my claims that the a merely engage in schemes to withold and take back the wealth that they believe, on account of my profile as veteran, I seek to abuse, it being I am a charlattan?And when the store owner seeks to bar me from a store, or employers remain reluctant to hire me on account of my profile as a veteran, are they not merely protecting themselves from the perception that I am but a complainer, and troublemeker?And when I move to a neighborhood or seek to reacquaint myself with my relatives, and I am brought to ruin through false accusation, rumor and gossip, are they not merely doing what they have to do to oust the bammer?For all of these people look up and and are subject to the othodoxies, and orthopractics of the the arching federall government, which on the one hand verbates and declares us veterans worthy of honor, but because we acted in according with the terms of our contracts, and when the time came removed ourselves from active duty to utilize the resources allocated to us to lead productive lives without renewing our military contracts, the government implements thes policies where it says one thing, but does another, under the applied profile that veterans, lack virtue, and are indeed vagrants, with no definable occupation, but who merely seek to abuse the wealth of the nation. If this is how the federal government treats us, how much more the lesser parties.Sincerely,_____Postscript:Before I entered military service there was a man who was in the USN Seals, who left after 8years active duty. He dated someone I knew and drove many miles to spend time with her, and around the family. After a while he was rumored to be a cleptomaniac."What is a cleptomaniac?" I would inquire, and others would answer, one who takes things just for taking things."Why is he a cleptomania?", I would ask."Don't you know?" would be the response."Know what?""He was in the SEALS but not any more, they don't want him anymore, because the military messed his head up. That's why he comes around."The legal definition of a vagrant is "one who has no established residence and wanders about without lawful oridentifiable means of support ", see findlaw legal dictionary.Is not a cleptomaniac who travel's long distances but a severe vagrant? Nevermind that he has a residence, and his family lives in a big house. He still travels and absconds. And if one like a cleptomaniac, is not such a one an abuser of things?The federal government and the department of VA can then take it profile of todays veterans, as I have experienced it, and go back to Philadelphia and bury in the ground below the old capital, or elswhere where the sun does not shine, but I will will not tolerate this legacy of the veteran's rebellion being affixed to my behind._____Join the world's largest e-mail service with MSN Hotmail. http://www.hotmail.com

[ Reply ]  [ Reply All ]  [ Delete ]  [ Forward ]  [ As Attachment ]          [ Move to Folder ]

< Prev  Next >  Back to Sent                                              Print View  Full Header



Color Your World with Excite Themes!
Click here

## Organization Chart, Government of the District of Columbia

**Executive Branch**

**Legislative Branch**

**Judicial Branch**

**Council of the District of Columbia***
- Chairman
- At-Large Members (4)
- Ward Members (8)

**Office of the Chief Financial Officer**

**Office of the Corporation Counsel**

**Office of the Mayor***

**Office of the Inspector General**

**D.C. Court of Appeals**

**Committees**

**Office of Budget and Planning**

**Office of Tax and Revenue**

**Office of Financial Operations and Systems**

**Office of Finance and Treasury**

**Office of Research and Analysis**

**Executive Office of the Mayor**

**Office of the Chief of Staff**

**Office of the Secretary of the District of Columbia**

**Office of Communications**

**Office of Intergovernmental Relations, Policy and Evaluation**

**D.C. Superior Court**

**D.C. Auditor**

**Joint Commission on Judicial Administration**

**Commission on Judicial Disabilities and Tenure**

**Judicial Nomination Commission**

**District of Columbia Bar**

**Advisory Neighborhood Commissions***

**Office of the City Administrator**

**School Board**

**Deputy Mayor for Operations**

**Deputy Mayor for Planning and Economic Development**

**Deputy Mayor for Children, Youth, Families and Elders**

**Deputy Mayor for Public Safety and Justice**

**D.C. Public Schools**

**Department of Motor Vehicles**

**Department of Public Works**

**Office of the Chief Technology Officer**

**Office of Contracting and Procurement**

**D.C. Office of Personnel**

**Office of Property Management**

**Department of Transportation**

**D.C. Energy Office**

**Department of Consumer and Regulatory Affairs**

**Department of Employment Services**

**Department of Housing and Community Development**

**Department of Insurance and Securities Regulation**

**Office of Local Business Development**

**Office of Planning**

**D.C. Housing Authority**

**Department of Human Services**

**Department of Parks and Recreation**

**Office of Human Rights**

**Department of Health**

**Department of Mental Health**

**Office on Aging**

**Child and Family Services Agency**

**Department of Corrections**

**Fire and Emergency Medical Services Department**

**Metropolitan Police Department**

**D.C. Emergency Management Agency**

**Office of the Chief Medical Examiner**

**Justice Grants Administration**

**D.C. National Guard**

**Public Charter Schools**

**Independent Agencies**
- Water and Sewer Authority
- District of Columbia Retirement Board
- Office of Employee Appeals
- Public Employee Relations Board
- Washington Convention Center Authority
- Housing Finance Agency
- Public Defenders Services
- Pretrial Services Agency
- D.C. Lottery and Charitable Games Control Board
- Board of Library Trustees
- University of the District of Columbia Board of Trustees
- D.C. Sports and Entertainment Commission
- Office of the People's Counsel
- D. C. Housing Authority

**Charter Independent Agencies**
- Zoning Commission
- D.C. Public Schools
- Public Charter Schools
- Public Service Commission
- Board of Elections and Ethics

**Regional Bodies**
- Metropolitan Washington Council of Governments
- National Capital Planning Commission
- Washington Metropolitan Area Transit Authority
- Washington Metropolitan Area Transit Commission
- Washington Metropolitan Airports Authority

* Elected officials

FY 2005 Proposed Budget and Financial Plan

Exhibit #4

# The Public Defender Service
## FOR THE DISTRICT OF COLUMBIA

633 Indiana Avenue,
Washington, DC 200
Phone (800) 341-25
(202) 628 120

| Trial | Appeals | Special Litigation | Parole | Mental Health | Investigations | Civil | Offender Rehabilitation | Community Defender |

## "Champions of Liberty"

Criminal Record Checks

Investigative Checklist

Sample Investigative Memo

National Defender Investigator Association

CJA Investigator Training Program

CJA Investigator Application

Back to Home

## The Investigations Division

Click Here To Print

A tenacious staff investigator plowed through many pages of archived Maryland and D.C. documents and uncovered the fact that, due to an error in the police department computer system, the client's sentence had expired and the client should have been released one year earlier!

If given a choice between being a great lawyer with an avera defense investigator or being an average lawyer with a great defense investigator, most criminal defense attorneys would latter. Any good criminal defense lawyer knows that 95% of what happens in trial is a direct product of the work done outside of the courtroom before the trial begins—critical legal research and intensive investigation.

The day after the was arrested, the investigator found the complainant who then a written statement admitting that he wrongfully identified th client as the perpetrat because of police pres

Our 28 staff investigators (five of whom are fluent in Spanish) are required to complete a comprehensive three-week training program followed by a month-long apprenticeship where they partner with more senior investigators to do field work. During this training period, investigators learn all aspects of case preparation and investigation, including: locating witnesses and taking statements; defense theories; ethics; criminal law and procedure; serving subpoenas; performing criminal background investigations; collecting various types of local police reports; photographing crime scenes; documenting ca files; preparing exhibits and testifying at trial. Once fully trained, investigators are assigned work with 1-2 staff attorneys.

With only a nickname, a very brief description and the general vicinity of the city where an alibi witness might be located, the investigator used her creativity, deductive reasoning and tremendous skill to find this critical witness.

The energetic staff investigators are resourceful, creative and tenacious in finding the "unfindable" witness and tracking down the most obscure lead to help defend the client. Sometimes the excellent work of our investigators has resulted in the outright dismissal of all charges before the trial begins.

One investigator t an invaluable 45-page handwritten statemen from a witness protect program participant w at the prosecutors offi and under the watchfu of US Marshals.

*Exhibit #5*

## CJA INVESTIGATOR APPLICATION

GENERAL INFORMATION:

| 1. FULL NAME: | 2. SOCIAL SECURITY NUMBER: |
|---|---|
| 3. PLACE OF BIRTH: | 4. DATE OF BIRTH: |
| 5. ADDRESS: | 6. PHONE NUMBERS:<br><br>DAY: _____<br><br>NIGHT: _____<br><br>7. E-MAIL ADDRESS: _____ |

INVESTIGATIVE EXPERIENCE:

8. Are you currently employed as an investigator? (Please circle)  Yes   No
   If yes how long have you been employed as an investigator? _____

9. If you have previously worked as an investigator, please attach to this application the contact information for the last five attorneys for whom you completed an investigation.

10. Do you work full or part-time as an investigator? _____

11. What has been your primary casework? (Please circle)  Felony  Misdemeanor  CCAN

12. Have you testified in court? (Please circle)  Yes   No
    If yes how many times? _____

13. Have you ever taken a verbatim written statement from a witness? (Circle)  Yes   No
    If yes how many times? _____

14. Have you ever been a defense investigator in any other jurisdiction? (Circle)  Yes  No
    If yes please list which jurisdictions. _____
    _____

BACKGROUND INFORMATION:

| | | |
|---|---|---|
| 15. During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole in the United States? (Includes felonies, firearms or explosives violations, misdemeanors and all other offenses). If yes, please attach an explanation. | <u>Yes</u> | <u>No</u> |
| 16. Are you currently under investigation by any law enforcement agency, or do have any pending criminal cases in the United States? If yes, please attach an explanation to this application. | <u>Yes</u> | <u>No</u> |
| 17. Have you ever retired from the Federal or District of Columbia governments on disability? If so, indicate which government and date of retirement. | <u>Yes</u> | <u>No</u> |

ADDITIONAL INFORMATION:

Please attach the following to this application form:

18. A copy of valid drivers license, state identification card, or other proof of identity.

19. A Metropolitan Police Department (MPD) "Police Clearance". (A police clearance may be obtained from MPD at 300 Indiana Ave. NW, room 3055)

20. Three work related or academic references. Please include the reference's name, title, telephone number, agency/company name, address, and your relationship with each particular reference. Please indicate if you wish to be notified before your references are contacted.

21. Writing sample. The writing sample should be at least 250, and no more than 500, words in length. The writing sample will be evaluated along with the final exam, but should be included with this application. Please discuss what investigative steps you would plan to take in response to the following hypothetical case:

> Your attorney's client is charged with robbery and assault with a dangerous weapon. These charges arose from a shooting which occurred at a liquor store on 8th and Pennsylvania, S.E., approximately one week ago. From your attorney you know that an ambulance was summoned to the scene and that the complaining witness was recently released from the hospital. The complaining witness' name is John Doe and your attorney believes he lives in Southeast Washington. The client is currently locked up at D.C. Jail.

22. A copy of your High School Diploma, or proof of a GED, or a statement that you are applying as an otherwise qualified candidate based on past work experience as an investigator.

23. A copy of Resume.

CERTIFICATION:

23. I certify that, to the best of my knowledge and belief, all of the information in this application, including the attached materials and any other materials that I have submitted for the position for which I am applying, is true, correct, complete, and made in good faith. I understand that a false or fraudulent answer to any question on any part of this declaration or its attachments, or any other papers submitted may be grounds for disqualification for certification. I understand that any information I give may be investigated for purposes for determining eligibility. I consent to the release of information about my ability and fitness pursuant to the *Guidelines For Investigators in the Superior Court for the District of Columbia.*

24. Applicant's Signature                                    Date

---

** Application must be submitted at least one week prior to the next scheduled training date. Please submit application to: The Public Defender Service, Attn. Brendan Wells, 633 Indiana Ave., NW, Washington DC 20004

## CJA INVESTIGATOR CERTIFICATION PROGRAM -2005

**The session will consist of seven classes totaling approximately 20 hrs with additional homework and field exercises.  The classes will be from 5:30 p.m. to 8:30 p.m., except the last class of each session which will be from 4:00 p.m. to 6:30 p.m. Classroom training will be at 633 Indiana Ave. on the 6th floor, rooms 7A & 7B.**

Session 2:     December 5, 7 & 8
               December 12, 14, 15 & 16

**The agenda for the classes are as follows:**

**Week One:**

| | |
|---|---|
| Class 1 | Intro to Criminal Investigations<br>Overview of D.C. Superior Court System |
| Class 2 | Defense Theories<br>Investigator Resources |
| Class 3 | Discovery & Subpoenas<br>Case Organization & Management |

**Week Two:**

| | |
|---|---|
| Class 4 | Jencks, Gregory, & Brady<br>Witness Interviewing and Statement Taking |
| Class 5 | Crime Scene Investigation; Ethics<br>CCAN Investigation |
| Class 6 | Advanced Interviewing and Statement Taking<br>Testifying and the Investigator's Role at Trial |
| Class 7 | Exam |

**THE APPLICATION DEADLINE FOR THIS SESSION IS OCTOBER 28TH 2005.**

Exhibit #6

# Superior Court of the District of Columbia
## Administrative Order 02-24

**WHEREAS,** Administrative Order 02-13 established August 1, 2002, as the effective date for implementation of the Guidelines for Investigators in the Superior Court of the District of Columbia ("Guidelines"); and

**WHEREAS,** the Public Defender Service has presented to the Court the names of one hundred investigators, who have completed the requirements for certification as outlined in Section II of the Guidelines, including local police clearance through the WALES system, but with the exception of the "criminal background check through NCIC." Guidelines, Sect. II; and

**WHEREAS,** each of the investigators has attested that, during the last ten years, he or she has not been convicted, imprisoned, placed on probation, or placed on parole in the United States; and that he or she is neither currently under investigation by any law enforcement agency nor has any pending criminal cases in the United States.

**NOW, THEREFORE,** it is, this first day of August 2002,

**ORDERED,** each investigator, listed below, is certified as eligible for payment under the Criminal Justice Act (CJA) and the Counsel for Child Abuse and Neglect (CCAN) Program; it is further

**ORDERED,** this certification, effective immediately, is subject to the

*Exhibit #7*

completion of a "criminal background check through NCIC;" and it is further

**ORDERED,** each investigator, listed below, shall comply, within 30 days

of this order, with any instructions for full completion of the NCIC background

check.

**SO ORDERED.**

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Akins | Freddie L. |
| 2  | Allen | Frankie |
| 3  | Allen | Shawn |
| 4  | Allen | Veronica |
| 5  | Anderson | Shonette R. |
| 6  | Anderson | Wilbert B. |
| 7  | Bean | Adrian K. |
| 8  | Belton | Gerald R. |
| 9  | Berry | James R. |
| 10 | Boatwright | Ava T. |
| 11 | Bracero | Vonnita |
| 12 | Becnel | Philip |
| 13 | Brenizer | Mark |
| 14 | Brown | Joslyn M. |
| 15 | Brown | Keesha N. |
| 16 | Brown | Willie L. |
| 17 | Card | Viveca R. |
| 18 | Charles | Theodora Alese |
| 19 | Cloutier | Johnny |
| 20 | Craig | Robin L. |
| 21 | Coleman | Ian |
| 22 | Crosby-Bey | Melvin |
| 23 | Cumberbatch | Juana |
| 24 | Curley | Debronia |
| 25 | Davidson | William B. |
| 26 | Davis | William |
| 27 | Davis | Jacquelyn |
| 28 | Dawson, III | James B.T. |
| 29 | Edwards | Lela Estelle |

2

|     | Last Name | First Name |
| --- | --- | --- |
| 30 | Eicher | John R. |
| 31 | Ekekwe | Olekanma A. |
| 32 | Fletcher | Julius A. |
| 33 | Francois-Eugene | Frantz J. |
| 34 | Fraser | Leonard E. |
| 35 | Gardner | Thomas J. |
| 36 | Gardner | Trummelle L. |
| 37 | Giesemann | Arnold V. |
| 38 | Gilpin | Faye P. |
| 39 | Glick | Mark K. |
| 40 | Hainsworth | Edward |
| 41 | Hankerson | Ernest |
| 42 | Harrington, II | Theodore |
| 43 | Harris | Rashida D. |
| 44 | Heslep | Thomas |
| 45 | Hewick | Trevor |
| 46 | Hoover, Jr. | Benjamin C. |
| 47 | Jackson | Margaret |
| 48 | Jemaneh | Belachew |
| 49 | Jenkins | Sharon D. |
| 50 | Johnson | Anitha W. |
| 51 | Johnson | Adele S. |
| 52 | Johnson | Louis C. |
| 53 | Jones | David P. |
| 54 | Jones | Mary Ann |
| 55 | Kim | Eric K. |
| 56 | Layne | Robert W. |
| 57 | Leathers | Barbara M. |
| 58 | Lewis | Cory A. |
| 59 | Lewis | Radcliffe B. |
| 60 | Little | Teresa |
| 61 | Longus | Arnetta |
| 62 | Lowe | Ming Jon |
| 63 | Lucas | Anthony H. |
| 64 | Maclean, III | Rupert E. |
| 65 | Martin | Ted |
| 66 | Martinez | Cinthia |
| 67 | Merriweather | Mitchell |
| 68 | Merriweather | Gayle P. |
| 69 | Murphy | Tamira |

| | Last Name | First Name |
|---|---|---|
| 70 | Noble | Handy |
| 71 | Oliver | Michele |
| 72 | Pevehouse | Andy Lee |
| 73 | Pierre | Derek A. |
| 74 | Pinkett | Dustin |
| 75 | Rakowski | Michael |
| 76 | Ramos | Elias S. |
| 77 | Romero | Jacqueline |
| 78 | Reece | Ronnie |
| 79 | Reece, Sr. | Gary |
| 80 | Reid | Tranny A. |
| 81 | Rivera | Carmen I. |
| 82 | Rollins | Purvis G. |
| 83 | Saunders, Jr. | Michael E. |
| 84 | Scottland | Sandra N. |
| 85 | Shanks, Jr. | James R. |
| 86 | Smith | Louise Janatta |
| 87 | Taylor | Vernon L.. |
| 88 | Taylor, | Paul E. |
| 89 | Thomas | Tyrone |
| 90 | Townsend | David |
| 91 | Triss | Geralyn |
| 92 | Vance | Adriane M |
| 93 | Vaughan | Dale R. |
| 94 | White | Michael S. |
| 95 | Wilson | Christian R. |
| 96 | Wilson-Dawson | Mary |
| 97 | Wingfield | Mark A. |
| 98 | Wolfe | John |
| 99 | Wooten | Laquita Y. |
| 100 | Wright | Andrea K. |

**BY THE COURT**
**August 1, 2002**

/S/
_____
**Chief Judge Rufus King, III**

4