# TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Radcliffe B. Lewis, *Litigant in Person*

*Plaintiff*

v.

District of Columbia Judiciary, *Et al*

<u>Now to Include:</u>

Samira Cook, Assistant Director in the

Office of Training and Education, En-

hanced Business Information Center

901 G Street, NW, Washington, DC 20001,

· **Case No:**

**1:07-cv-697-rjl**

And

Henry Youngblood,

1722 I Street, NW, Room 335

Washington, DC  20421,

And

Tommy Abner aka Tommie Abner

Veterans Coordinator

609 H Street, NE, Washington,DC  20002

RECEIVED

2008 JUN 15  PM 12:06

CLERK
US DISTRICT & BANKRUPTCY
COURTS

And

Office of the Deputy Mayor for Planning

and Economic Development,

1350 Pennsylvania Avenue, NW, Suite 317

Washington, DC 20004,

And

The "US Veterans Affairs Regional Office

of Employment Services"

1722 I Street, NW, Room 335,

Washington, DC  20421

And

United States Department of Labor,

200 Constitution Avenue, NW

Washington, DC   20210

And

United States Department of Veterans Affairs,

810 Vermont Avenue, NW,

Washington, DC 20420

And

United States Social Security Administration

6401 Security Blvd. Baltimore, MD  21235

And

United States Department of Justice.

950 Pennsylvania Avenue, NW

Washington, DC  20530

And

United States Small Business Administration,

403 3rd Street, SW, Washington, DC  20416

And

Congress of the United States of America -

Senate

Hart Senate Office Building, Suite 232

Washington, DC  20510

And

Congress of the United States of America -

House of Representatives

United States Capitol, Room H154

Washington, DC  20515-6601


And

United States Department of Housing and

Urban Development

451 7th Street S.W., Washington, DC 20410


And

The United States Department of Commerce

1401 Constitution Avenue, NW

Washington, DC 20230

*Defendants*

# PLAINTIFF'S AMENDED MOTION FOR JOINDER OF CLAIMS, REMEDIES, AND PARTIES, FOR SUBSTITUTION, AND FOR RECONSIDERATION OF PARTIES PREVIOUSLY DISMISSED

*Pursuant to Fed. R.Civ. P. 18  through 20 and 60(b)(1),(2), and (3).*

I. Plaintiff Radcliffe B. Lewis now respectfully requests of this Court for the joinder of his claims and reliefs sought as outlined in his various responses to the District's motion to dismiss.

II. Plaintiff also requests, in keeping, for the joinder of the following parties at this time to suit:

A. The District of Columbia Bar,

B. Samira Cook, Assistant Director in the Office of Training and Education of the

C. Ehanced Business Information Center in the District of Columbia,

D. Henry Youngblood of the District of Columbia,

E. Tommy Abner of the District of Columbia,

F. The Office of the Deputy Mayor for Planning and Economic Development in the District of Columbia, and

G. The "US Veterans Affiars Regional Office of Employment Services" in the District of Columbia.

III. Additionally, Plaintiff respectfully requests in keeping with Fed. R. Civ. P. 60(b)(1) and (2) for the re-joinder of the United States as a defendant in this Action, particularly for the inclusion of the following agencies:

A. The United States Department of Labor,

B. The United States Department of Veterans Affairs,

C. The United States Social Security Administration, and

D. The United States Department of Justice.

IV. Plaintiff also requests in keeping with Fed R. Civ. P. 60(b)(2) and (3) that this Court now accept the potentiality of the inclusion of the following parties who in accordance with Fed. R. Civ. P. 19 the deliberations of this Court may and will affect regardless of whether the be parties, and who have hereby been duly notified, See **Appendix D** of the attached Memorandum in Support hereto of the pendency of action perchance they care to effectuate appropriate administrative redress so as to resolve the matters as such matters pertain to them before Plaintiff must resort to full suit at law, to wit:

A. The United States Small Business Administration,

B. The Congress of the United States of America,

C. The United States Department of Housing and Urban Development, and

D. The United States Department of Commerce.

V. The addresses of the above indicated parties and potential parties are as indicated in the caption hereto.

VI. On 6 June 2008 Plaintiff contacted Kara Petteway, Counsel for the District of Columbia and obtained consent for the filing of this Motion.

VII. Also on 6 June 2008, Plaintiff attempted to contact Claire Whitaker, Counsel for the United States but the Counsel was not available.

VIII. The primary reason for the joinder of the parties hereto is to, in light of evidence disclosed so far and in accordance to the filings in the record thus far, to enable this Court to provide Just Adjudication in this Matter, in keeping with Fed. R. Civ. P. 19. Plaintiff attaches hereto a Memorandum to support this Motion.

WHEREFORE Plaintiff urges the Court to so adjoin the claims and remedies/reliefs sought heretofore, and parties as indicated above in order for this matter to appropriately proceed.

Respectfully submitted by

Radcliffe B. Lewis, Litigant in Person

1901 15th Street, NW, Ste. #4

Washington, DC  20009

## **Rule 5 Notice**

**I hereby affirm under penalty of perjury**

**1. that I provided copies of this hereabove <u>PLAINTIFF'S AMENDED MOTION</u>**

**<u>FOR JOINDER OF CLAIMS, REMEDIES, AND PARTIES, FOR SUBSTITUTION, AND</u>**

**<u>FOR RECONSIDERATION OF PARTIES PREVIOUSLY DISMISSED</u>**

along with its Memorandum in Support together with an accompanying

Proposed Order to the Clerk of the Court for parties A through G in Section

II above for the effectuating of the required summons to be served, and

similarly

RECEIVED

08 JUN 15 AM 12:08

CLERK
US DISTRICT COURT

**2. that I caused to be served, copies of same to be delivered to the curent**

**counsels of the District of Columbia and the United States respectively;**

Kara Petteway, Special Assistant Attorney General

C/o Office of the Attorney General

    441 4th Street, NW, Room 600 South, Washington, DC  20001

And

Claire Whitaker, Assistant U.S. Attorney

555 4th Street, NW (Room 10808), Washington, DC  20530

Sign: _____      6/14/08

      Radcliffe B. Lewis

## TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe B. Lewis, *Litigant in Person* | |
| *Plaintiff* | |
| v. | Case No: 1:07-cv-697-rjl |
| District of Columbia Judiciary, *Et al* | |
| *Defendant* | |

## PROPOSED ORDER

### RE:

### AMENDED MOTION FOR JOINDER OF CLAIMS, REMEDIES, AND PARTIES, FOR SUBSTITUTION, AND FOR RECONSIDERATION OF PARTIES PREVIOUSLY DISMISSED
*Pursuant to Fed R. Civ. P. 18 through 20 and 60(b)(1),(2), and (3).*

Upon consideration of the Plaintiffs here-above state Motion and all opposition thereto, in light of the cause for just adjudication in this instant Action the Court now Orders that the Motion Be, and and is entered into the docket, and That the Motion is GRANTED.

Accordingly, the District of Columbia Bar, Samira Cook, the Ehanced Business Information Center in the District of Columbia, Henry Youngblood, Tommie Abner, the Office of the Deputy Mayor for Planning and Economic Development in the District of Columbia, and the "US Veterans Affairs Regional Office of Employment Services" in the District of Columbia are hereby added as defendants to this action. However as the plaintiff also requests that these defendants be substituted with the District of Columbia, and it being it appears that the plaintiff takes action against them in their official capacities, action against them are forthwith terminated and the District of

Columbia shall hereto-hence be substituted as the Defendant in this Action on behalf of these parties terminated.

Also as the plaintiff has made showing regarding the activities of the United States Departments of Labor, Veterans Affairs, Justice, and the States Social Security Administration, that they may be culpable and that even if they are not culpable, the claims for relief sought by the plaintiff may affected their operations notwithstanding, if granted, these parties are also now added in this action. As these parties are departments and agencies of the United States, and the plaintiff does not appear to specify individual misconduct outside the official capacities of any particular employee or contractor thereof outside the guidelines of the departments and agencies themselves, that is, he do not now file suit for individual culpable misconduct, and the plaintiff seeks substitution of the agencies with the United States, such substitution is GRANTED, and action against these agencies and departments are forthwith terminated and the United States shall hereto-hence be substituted as the Defendant in this Action on behalf of these parties terminated.

As for the United States Small Business Administration, Congress, and the Department of Commerce, as well as the Department of Housing and Urban Development, it being these agencies, departments, and the committees of Congress have not yet had an opportunity to engage this matter administratively and to seek corrective action, they are not included as parties at this time. However they shall have a period of six months from the date of which they were duly notified of the claims that the plaintiff has brought forth against them to provide such redress and absolve themselves at suit. In the event they so fail, the plaintiff, if he so chooses may notify the Court and at such time of such notice they may be added as parties if their attempts at administrative redress fail to conclusively resolve the claims brought forth.

The Clerk of the Court shall therefore now draft summonses against the District of Columbia and the United States and direct the appointed agents to so serve them upon the District of Columbia and the United States as defendants in relation to the parties as substituted. As this Order is granted as a result of evidence disclosed in the plaintiff's response to the defendants' motions to dismiss, the defendants are advised the subsequent motions to dismiss without compelling evidence provided in support thereto will be looked upon with disfavor.

In the event the Plaintiff chooses to include any of the agents terminated, or other individuals, as parties to be held culpable outside of their official capacities he must show for good cause why the conduct of the parties being so included should be regarded as misconduct against the directives or intents of the the agency(ies) under which such individual is employed or is contracted with.  However, nothing in this Order shall be construed to restrict the plaintiff from including any of the parties named above, or any other party from being included outside of their official capacities base upon inform thus far provided to this Court by way of his filings thus far.


Sign: _____ Judge

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

COLUMBIA

Radcliffe B. Lewis, *Litigant in Person*

*Plaintiff*

v.

Case No: 1:07-cv-697-rjl

District of Columbia Judiciary, *Et al*

*Defendant*

---

## MEMORANDUM IN SUPPORT OF

## AMENDED MOTION FOR JOINDER OF CLAIMS, REMEDIES, AND

## PARTIES, FOR SUBSTITUTION, AND FOR RECONSIDERATION OF

## PARTIES PREVIOUSLY DISMISSED

*Pursuant to Fed R. Civ. P 18 through 20 and 60(b)(1),(2), and (3).*

Twenty-seven entities have been discerned thus far working to deny the plaintiff his certification, obstruct his access to justice, and deprive him of access to publicly available facilities. Nine of these, Wicks, King, Sullivan Leighton, Wells, Wallace, Cook, Youngblood, and Abner, are sentient beings. The accompanying table in the attached **Appendix A** lists all the thus far discerned parties and their relation to the now convergent activities of the defendants, the District of Columbia and the United States. The

plaintiff now provides to this Court a comprehensive discourse on the relationship of these parties, the identity of the organizations in which they are related, the substitutable sovereignty, and a summary of the nature of their involvement. The wording and phraseology of this Memorandum and in the accompanying appendices should not be so construed as to undercut the verifiability of Plaintiff's assertions and claims in his prior pleadings.

## 1. The DC Judiciary

The District of Columbia Judiciary houses all of the agents involved with denying Lewis his CJA certification, be they government or contracting agents. As a whole, that 'branch' of the District of Columbia government failed to institute oversight - oversight which could have been instituted through stop gap measures where instead of merely deferring to the decision of a previous agent, some member of government reviews and provides an independent assessment of a claim in opposition to the decision the previous agent. The failure of the DC Judiciary to segment decision making in this regard in the operations of government results in the vestment of inordinate discretionary power into single individual operatives of government at the comparatively inordinate expense of the plaintiff. At the very least the DC Judiciary should have had a means by which one of its contracted, or subcontracted, or in any event one of its prospective "CJA Investigators" is able to formally document a claim

regarding his or her treatment by particular government operatives, and, or, of other wrong doing. The DC Judiciary neglected to have in place such due process and neglected the resultant claims of the plaintiff. Furthermore, the DC Judiciary was formally apprised that Lewis sought to formally file claims, with intent that if such claims were not addressed he would then engage litigation. The DC Judiciary is already a defendant in this Action having been substituted with its government's sovereign, the District of Columbia.

## 2. The DC Courts

The DC Courts in the organization the manages the District's 'judicial branch' of government, and comprises of two or more independent Title 1 courts. As a whole and practically speaking, the DC Courts constitute for trade name of the DC Judiciary, and what is said of the DC Judiciary stands also for the DC Courts. The DC Courts failed to institute oversight - oversight which could have been instituted through stop gap measures where instead of merely deferring to the decision of a previous agent, some member of government reviews and provides an independent assessment of a claim in opposition to the decision the previous agent. The failure of the DC Courts to segment decision making in this regard in the operations of government results in the vestment of inordinate discretionary power into single individual operatives of government at the

comparatively inordinate expense of the plaintiff. At the very least the DC Courts should have had a means by which one of its contracted, or subcontracted, or in any event one of its prospective "CJA Investigators" is able to formally document a claim regarding his or her treatment by particular government operatives, and, or, of other wrong doing. The DC Courts neglected to have in place such due process and neglected the resultant claims of the plaintiff. Furthermore, the DC Courts was formally apprised that Lewis sought to formally file claims, with intent that if such claims were not addressed he would then engage litigation. Being a predominantly dual-chambered organization, the particular portions of the DC Courts that hold responsibility and accountability in regard to matters presented in this Action are the Joint Committee on Judicial Administration (JCJA), and the District of Columbia Superior Court (King). The DC Courts being the DC Judiciary, is already a defendant in this Action having been substituted with its government's sovereign, the District of Columbia.

## 3. The JCJA

The Joint Committee on Judicial Administration is regarded as the highest ranking committee in the DC Courts. That committee holds management and oversight responsibilities regarding the administrative affairs of the DC Courts. It operates on behalf of, and answers to the Chief Judges of this

two statutorily mandated host courts, the District of Columbia Court of Appeals, and the District of Columbia Superior Court. As a whole, that committee of the District of Columbia government failed to institute oversight - oversight which could have been instituted through stop gap measures where instead of merely deferring to the decision of a previous agent, some member of government reviews and provides an independent assessment of a claim in opposition to the decision the previous agent. The failure of the JCJA to segment decision making in this regard in the operations of government results in the vestment of inordinate discretionary power into single individual operatives of government at the comparatively inordinate expense of the plaintiff. At the very least the JCJA should have had a means by which one of its contracted, or subcontracted, or in any event one of its host court's prospective "CJA Investigators" is able to formally document a claim regarding his or her treatment by particular government operatives, and, or, of other wrong doing. The JCJA neglected to address the lack of such due process being in place. Furthermore, the JCJA was formally apprised that Lewis sought to formally file claims, with intent that if such claims were not addressed he would then engage litigation. The JCJA is already a defendant in this Action having been substituted with its government's sovereign, the District of Columbia.

## 4. The DC Bar

The District of Columbia Bar is a portion of the executive branch of the District of Columbia. This organization develops and enforces the rules and regulations regarding such matters as practice of law, unauthorized practice of law, and prospective jury instructions of the Court. The DC advocated a broad and overreaching definition to "practicing law" or "practice of law" so as to undercut the economic viability of non-members who engage in business relations outside of the court, including the plaintiff. At the same time the DC Bar requires its own bar members not to contract with non-members in providing legal services or litigation support. The DC Bar also attempts to restrict within the District of Columbia, investigative services to the authority of attorneys of the Bar to the point wherein investigators are only allowed to perform investigations "under the bar numbers of attorneys". The DC Bar asserts to do this to protect the citizens from person who may act in unscrupulous ways, but in the process the DC Bar fails to discern the degree to which its regulations and advocacy impute great harm to litigation service providers such as those who perform the day-to-day work of marshaling evidence on behalf of defendants charged with crimes, as mandated by Amendment VI of the United States Constitution. In so doing, the Bar fails to recognize the failure to the District of Columbia Courts, Judiciary, and JCJA in providing due process whenever a CJA investigator in harmed by the snubbing actions of its own

members who monopolize the District of Columbia Judiciary committees, and in so doing hold overwhelming sway in the government affairs of non-members of the Bar. The DC Bar is a hold-over institution from orders of economic protectionism attributed to barristers and squires in aristocratic regimes ruled by nobles, and the professional legal culture of the United States today is more like that of world of patricians over plebes, where the only way for individuals to maintain respect while approaching the third branch of government, and increasingly the other branches as well, is if they are attorneys of these bars, whose trade-craft is only to orate before the judges, but who have been able to maneuver to the degree where the investigators are held in mass contempt by the Congress of the United States and the District of Columbia, 5 USC § 3108 and DCST § 47-2839 respectively, yet "attorneys" are lauded like noble goats on a mountain top, hoarding all the high offices of the land to the detriment of the people and the state (not to mention the oversight capacity of Congress) to such degree the treatment of them economically and otherwise, calling them "esquires" and such, amounts to an encroachment against constitutional virtues as reflected in Sections nine and ten of the United States Constitution. So it is the plaintiff must now protect himself from this crude guild called the DC Bar. The DC Bar has not yet been named as a particular defendant, however the response required of the plaintiff in defense of the District of Columbia's motion to dismiss ripens the issue of the overreaches of the DC Bar reputationally and economically against the plaintiff sufficient for

consideration of its activities and the activities of its members in this regard. Particularly here is the DC Bar's interference with the Jury Instructions of this Court where in collaboration with Rufus King it develops a then <u>Standardized Civil Jury Instructions</u> that undermines the authority of this Court in relation to both Federal Questions and the exercise of other-than-supplemental jurisdiction in deliberation of cases before this Court. As the District of Columbia has been duly notified of Lewis's intent to engage litigation against it, and the DC Bar is but an executive agency within the District, it is efficacious at this time for the DC Bar to be added to the list of defendants and substituted in this regard, with the same counsel as that of the DC Judiciary.

## 5. Wicks

Anne Wicks is the head of the DC Judiciary and is one of nine sentient individuals that has both the authority and had opportunity to engage this matter before it matured to civil action. Wicks neglected the claims of Lewis regarding Well's denial of his certification. Wicks is already a party substituted as the District of Columbia.

## 6. King

King is already a party substituted as the District of Columbia.

## 7. Sullivan

Sullivan was then the Executive Director of the Public Defender Service, sued in its official capacity thereof and already is a party currently substituted as the District of Columbia.

## 8. Leighton

Leighton is already a party currently substituted as the District of Columbia.

## 9. Wells

Brenden Well is the primary agent that refused to provide Lewis his CJA certification, the decision of which all others appear on the surface to defer (until discovery of the Department of Veterans Affairs, HUD, and DHHS's libelous regulation against single adult minority individuals) and is already a party currently substituted as the District of Columbia.

## 10. Wallace

Lewis Wallace is already a party substituted as the District of Columbia

## 11. Chao

Elain Chao is named only in official capacity, and though not one of the nine sentient individuals aware of the CJA affair, is still poised in a position as Secretary of Labor, to be cognizantly aware of that was individually the actions of its sister agencies, DVA, HUD, and DHHS. The Plaintiff now seeks the inclusion of the Department of Labor (DOL) in this wise: The DOL has its own administrative judges and is tasked with oversight of certain fair labor standards, not just among the employees of the federal government, but also those that contract with it, or the District of Columbia. The DOL is aware of the regulations of its sister agencies profiling single adult minorities, particularly those without money, as being of the sort that is inclined to be socially disconnected with particular disabilities and bad habits, and of being "heavy users of services" that they do not need. The DOL failed to institute oversight - oversight which could have been instituted through stop gap measures where instead of merely deferring to the decision of the DVA, HUD, and DHHS, it instead reconsiders and reviews the applicability of that kind of tri-departmental profiling in relation to its own mandate to ascertain fair labor standards. The failure of the DOL to segment decision making in this regard in the operations of government and the implementation of government policies results in the vestment of inordinate cross-departmental and societal power into individual regulatory acts of government with little or no regulatory oversight at the comparatively inordinate social and economic expense of the plaintiff. As a result even the

filing of civil rights claims to the DOL by those who have been economically gutted by such libelous regulations, are hampered by the snubbing action of the DOL that upon notice that its own civil rights complaint related form is completely filled out and is ready to be sent to it, the DOL complains that "it is too large" and refusees to provide a venue for acceptance of the Civil Rights complaint by alternative means. In this way the DOL puts its own creative lethariginess above the needs of its subjects, those who may be victims of discrimination. At the very least the DOL should have had a means by which those engaged in agreements with government is able to formally submit a civil rights claim especially given the exhaustive constructions under which the DOL requires such complaints to be formatted and filed. The DOL neglected to have in place such access and neglected the resultant claims of the plaintiff. The DOL was apprised that Lewis sought to formally file claims, with intent that if such claims were not addressed he would then engage litigation. This Court dismissed the plaintiff's action against the DOL in whole or in part because the federal courts abolished order of mandamus and in so doing also took up the whole camp of actions in equity and positioned access to equitable relief behind the sovereign bulwark 28 US 171. Accordingly the Plaintiff , having served the DOL due notice, requests at this time the acceptance of such notice *nunc pro tunc*, and inclusion of the DOL as  party substituted by the United States.

## 12. Gonzales

Alberto Gonzales was named only in official capacity, and though not one of the nine sentient individuals aware of the CJA affair, was still poised in a position as Attorney General of the United States to be cognizantly aware of the actions of its sister agencies, DVA, HUD, and DHHS. The Plaintiff now seeks the inclusion of the Department of Justice (Justice) in this wise: Justice houses the Office of Civil Rights and Office of Justice Programs, and those offices or commissions are the principal agencies tasked with receiving civil rights complaints regarding anyone in the United States. However upon attempt to personally hand deliver his civil rights complaint to Justice, Justice turned Lewis away, without even delegating any third party or other agent withing walking or local distance of Lewis to accept to the document on behalf of its civil rights offices and or commissions. The failure of Justice to be sensitive to the depreciated capacities of victims of civil rights being potential socially and economically deprived within their local jurisdictions results in the vestment of inordinate policy power into the hands of local members of the public as well as law enforcement at the comparatively inordinate social and economic expense of the plaintiff. As a result even the filing of civil rights claims to Justice by those who have been economically gutted by such discriminatory actions especially at the hands to the leading members of society, is hampered by the snubbing action of Justice. At the very least,

Justice should allow multiple means for the acceptance of hand delivered civil rights complaints to be formally submitted to the United States Commission Civil Rights, Office of Civil Rights, or Office of Justice Programs, or, in the alternative for the matter of Civil Rights (and Human Rights) to be removed from the Department of Justice altogether. Justice neglected to have in place such access and neglected the resultant claims of the plaintiff. Justice was apprised that Lewis sought to formally file claims, with intent that if such claims were not addressed he would then engage litigation. This Court dismissed the plaintiff's action against Justice in whole or in part because the federal courts abolished order of mandamus and in so doing also took up the whole camp of actions in equity and positioned access to equitable relief behind the sovereign bulwark 28 US 171. Accordingly the Plaintiff , having served the Justice due notice, requests at this time the acceptance of such notice *nunc pro tunc*, and inclusion of the Justice as party substituted by the United States.

### 13. Pelosi

Nancy Pelosi is named only in official capacity, and though not one of the nine sentient individuals aware of the CJA affair, is still poised in a position as Speaker of the House, to be cognizantly aware of the actions of the DVA, HUD, and DHHS. Pelosi is not alone here, but was named as the most senior officer of the Congress of the United States (Congress), but because

the Congress, is a bi-cameral organization at least two formal notices must be submitted to the Congress in order for the plaintiff to proceed. The two most senior officers of the Congress are Dick Cheney and Nancy Pelosi for the senate and house respectively, but both sides have a clerk and the clerks have been duly notified. The intent here is to address the Congress, not the individual sentient beings per say, and there must be due process for his act to be. As the Congress has only recently been duly notified of the action the *pro se* Plaintiff now seeks acknowledgement that the Standard Form prescribed by Justice in keeping with 28 CFR 14.2 having been filled in and submitted to Nancy Erickson, Secretary of the Senate, and Lorraine Miller, Clerk of the House be acknowledged as service of due notice proper to embark upon litigation in due course perchance this matter is not resolved promptly in keeping with Plaintiffs claims for relief previously filed. This Court dismissed the plaintiff's action against Congress in whole or in part because it is the Court's positions that Congress has not waived its sovereign immunity. The above stated notice having been duly filed should be sufficient to cure any defects in relation to the ripening of Plaintiff's claims (*nunc pro tunc*).

## 14. SBA

The Small Business Administration is an independent agency of the United States. Nevertheless, it is mandated to carry out the duties of the United

States Department of Commerce in regards to the affairs of "small business". The Department of Commerce maintains in regulation that in order to be regarded as "legitimate" a business venture must accrue a revenue of not less than $500,000.00 per year, well above the possible income level of any CJA investigator providing services for the DC Courts. This standard by Commerce provides an environment for members of the District of Columbia to refer to Lewis's business affairs as illegitimate, particularly, Samira Cook; an accusation levied against Lewis when Cook ousted him from the e-Bic Center. But as discovered by Lewis and presented to this Court in his response to the District's motion to dismiss, the actions of Cook and others in the District such as at the Minority Business Development Center, and the "US Veterans Affairs Regional Office of Employment Services" a District of Columbia one stop center provides services exclusively to Armed Forces veterans of the United States, repetitively surface whenever Lewis utilizes the public access facilities to work on his own barriers to employment, entrepreneurship, or this case, all of which invariably included the material aspects of this case.

The SBA is aware of the regulations of Commerce profiling businesses or occupations harnessing less than $500,000.00 per year as "illegitimate" and so is the District of Columbia. Yet, being an independent agency, the SBA has so far failed to institute oversight - oversight which could have been instituted through stop gap measures where instead of merely

deferring to the decision of Commerce, it instead reconsiders and reviews the applicability of that kind of business profiling standards. The failure of the SBA to segment decision making in this regard in the operations of government and the implementation of government policies results in significant disregard for very small business and the vestment of inordinate discretionary power into individual government agents with little or no operational oversight at the comparatively inordinate social and economic expense of the plaintiff. As a result, individuals like Cook, Henry Youngblood, and Tommy Abner are at will able to institute bars summarily removing members of the public from publicly available public access, especially in instances when their access may not be in the interest of government agents who are defendants against suits in action. The SBA has been duly notified of this action and is not being name as a direct party in action at this time. Nevertheless where the SBA fails to implement appropriate administrative remedy regarding the policy mandate of Commerce, the actions of members the District of Columbia, and the DC BAR, the SBA may well be regarded as a party to this action six months after formal notice.

## 15. Cook

Samira Cook the Assistant Director of the Office of Training and Education inside the Ehanched Business Development Center (e-BIC), yet another one

stop like center inside the District of Columbia, this time under the Office of Small and Local Business Development therein, and Cook is being addressed here in that capacity. Cook is one of the nine sentient individuals aware of the CJA certification affair. The Plaintiff now seeks the inclusion of Cook in this wise: During the time that plaintiff feverishly worked on responding to the District's motion to dismiss, he utilized the publicly accessible facilities available to him to develop his pleadings. It was at such times that Cook quickly devised an unusual demand upon the fledgling business developers who found need of the publicly accessible facilities within the e-BIC to have a meeting with Cook (for about 15 minutes each) to explain where they are with their business plans. Though this threatened to interfere with his traine of thoughts attuned to responding to the District in relation to his own business affairs, Lewis nevertheless took time to prepare a response for Cook resulting in the previously filed exhibit titled Progress Report. See **Appendix B Exhibit 2.** Lewis later discovered that the actions of Cook were without good intentions when Cook accosted him on Thursday, March 15, 2008 demanding an "exit letter", and accusing him of having attempting to develop an illegitimate business. Cook based the idea of Lewis's litigation support/strategy consulting/ image design being "illegitimate" on his denied CJA certification, the constructed legislation of Congress and the District of Columbia regarding "detectives" and "...by whatever name called..." and the rules of the DC Bar. Cook then barred Lewis from the e-Bic Center.

Here Lewis reiterates his statements in his previous filings on convergence of the defendants' actions and declares that as Cook's actions appear retaliatory and in comport with the District of Columbia, and the United States, Cook having carried out the disbarment against Lewis should now be included and substituted with the District of Columbia.

## 16. Youngblood

Plaintiff previously could not decipher whether Henry Youngblood was an employee or contractor with the District of Columbia or the United States or both, but knew only that he worked inside a peculiar other one-stop center located inside the office building that holds the regional offices of the DVA. The actions of Cook above comport with the actions of Henry Youngblood who only about 48 hours earlier confronted Lewis with evidence that Lewis is working on this action and called security to escort Lewis out of the entire building of 1722 I Street, NW, Washington, DC, the DVA regional office complex. Plaintiff now seeks the addition of Henry Younglood to this Action and substituted not with the United States but the District of Columbia.

## 17. Abner

As indicated in his previous filings, Tommy Abner overseas the "US Veterans Affairs Regional Office of Employment Services (USVAROES) and

answers to to the Office of the Deputy Mayor for Planning and Economic Development in the District of Columbia. Abner supports this decision of Youngblood without further review. Thus Plaintiff now seeks the addition of Tommy Abner to this Action and substituted with the District of Columbia.

## 18. OPED

Niel Albert is the Deputy Mayor of Planning and Economic Development (OPED) in District of Columbia. As indicated in Plaintiff's revised tort claim recently posted and in Plaintiff's response to the Districts motion to dismiss, the various offices for social and employment services in the District of Columbia are not under the District's Department of Human Right, or Health, but under the OPED which takes private and confidential information from various sources and grants access to them by real estate prospecting business licensed as non-profit agencies. The USVAROES also answers to the OPED. Plaintiff now seeks the addition of the OPED to this Action and substituted with the District of Columbia.

## 19. USVAROES

As indicated in sections 27 and 28 above, likewise Plaintiff now seeks the addition of the USVAROES to this Action and substituted not with the United States but the District of Columbia.

## 20. DVA

This Court dismissed the plaintiff's action against the DVA because under the *pro se* standard (*Erickson*) it was virtually impassable for Plaintiff to explain in detail how the refusal of his certified status by Wells relate to the DVA, however, as the DVA is one of the agencies that authors the regulation on how to assess and disenfranchise single adult minority individuals, as explained in his various response, the DVA having implemented such regulation is followed by Wells and others who then dutifully (albeit malfeasably so) disenfranchise Lewis. Plaintiff now seeks reinstatement of the DVA as a defendant, substituted with the United States.

## 21. SSA

Though the court indicated that it was not prudent to include the Social Security Administration as a party, the new evidence that even the SSA followed in the pattern of others such as Wells and the DOL comports with the regulatory mandate of the DVA and company to disbar single adult minority individuals who may possess an identification card from the District of Columbia's own Department of Human Services - thus indicating they are indigent. The SSA refused to acknowledge that identification as legitimate enough to provide Lewis a copy of his social security card. Perchance the plaintiff prevails against the motion to dismiss, or, in the

alternative, perchance the decision regarding whether or not he so prevails is extensively delayed (for example if this Action appears to carry on for a period of years and not weeks) at some point there has to be some provision of the social security card. Even if the Court upholds the decision of the SSA to rely on and only on a passport or driver's license for Plaintiff to obtain his social security card, the plaintiff is not at liberty to obtain those credentials until this Court in some way expresses that he is able to sustain the Action and not moot it simply by obtain such documents that rightfully should be attainable by any other law abiding citizen who is not a colonee or a slave. There is no reason for Radcliffe Bancroft Lewis to have to continue to exist under the charter of the United States as if he were a dependent inhabitant and servile subject entrapped on Dutch colonized island. The time for him to obtain his identification documents and at the same time sustain suit against both the District of Columbia and the United States, yeh, the set time hath come. To Dismiss the SSA, which has now been duly notified, FOR AT LEAST FOUR DAYS NOW, without granting the plaintiff leave to obtain upon demand his due identification credentials be it social security card, passport, or drivers(if he qualifies)/ non-drivers license is to continue to render the plaintiff incarcerated without. The size of the prison cell is definable according the borders of the United States. Plaintiff now seeks reinstatement of the SSA as a defendant, substituted with the United States.

## 22. The Senate

The Senate of the Congress of the United States has been duly notified, and this should be sufficient to cure any defects in relation to the ripening of Plaintiff's claims (*nunc pro tunc*).

Aside from the Senate's general lack of oversight of the implemented regulations of the DVA, HUD, and DHHS, because of the Anti-Pinkerton Act coupled with the austere stance in the District of Columbia limiting detectives from being armed, and security agents to specific locations, DC ST 47-2839 the direction of the interpretation the federal statute here in the District results in undue austerity against the plaintiff who with neither certification nor militia-like registration as a "detective" in the District is thereby rendered to be less than credible when he holds out as a litigation support agent not under an attorney and not so licensed. Plaintiff seeks at this time rescission of the Anti-Pinkerton Act as the language of the act bleeds against the repute of the plaintiff who is a normal civilian litigation support agent. The Anti-Pinkerton Act here in the District of Columbia converges and combines with the DC BAR's practice of law regulation (DCCA 49), and the District's statutory language disparaging "private detectives...*or by whatsoever name called*..." and provides an environment for the District of Columbia to levy overwhelming rules and regulations that

beset his economic viability, and his rights (including his second amendment rights).

## 23. The House of Representatives

The House of Representatives of the Congress of the United States (House) has been duly notified, and this should be sufficient to cure any defects in relation to the ripening of Plaintiff's claims (*nunc pro tunc*).

Aside from the House's general lack of oversight of the implemented regulations of the DVA, HUD, and DHHS, because of the Anti-Pinkerton Act coupled with the austere stance in the District of Columbia limiting detectives from being armed, and security agents to specific locations, DC ST 47-2839 the direction of the interpretation the federal statute here in the District results in undue austerity against the plaintiff who with neither certification nor militia-like registration as a "detective" in the District is thereby rendered to be less than credible when he holds out as a litigation support agent not under an attorney and not so licensed. Plaintiff seeks at this time rescission of the Anti-Pinkerton Act as the language of the act bleeds against the repute of the plaintiff who is a normal civilian litigation support agent. The Anti-Pinkerton Act here in the District of Columbia converges and combines with the DC BAR's practice of law regulation (DCCA 49, and the District's statutory language disparaging "private detectives...*or by whatsoever name called*..." and provides an environment

for the District of Columbia to levy overwhelming rules and regulations that beset his economic viability, and his rights (including his second amendment rights).

## 25. HUD

The Department of Housing and Urban Development is a co-author of the DVA's regulation disparaging single adult minority individuals. HUD is now notified of this pendency of action.

## 26. DOJ

Plaintiff here repeats his statements in section 12 above regarding Alberto Gonzales and adds that as the Department of Justice including the United States Commission on Civil Rights/Office of Civil Rights, the Office of Justice Program, the Solicitor General of the United States and others in the Department of Justice failed to address the matter of access to ways and means for the victims of discrimination in publicly accessible facilities and earned credentials who have been woefully economically marginalized thereby and institute corrective action to remedy the circumstance of the plaintiff, but instead moves to defend by all means possible the claims of the defendant against the other departments and branches of the governments, this illustrates a systematic defect in what constitute the Department of Justice of the United States. Practically speaking, Justice is

only comparable to the *waffen* arm of the interior ministry of most other governments, and it does not address matters of human rights, at least for federally descriptive *minorities* of the United States. It is now the plaintiff's firm belief that no office or commission of, for, on, or, about civil or human rights can be reasonably functional while housed, or, incarcerated, rather, within the Department of Justice. Plaintiff now seeks for inclusion of the Department of Justice in this light with the aim to separate out of it the submissive state of the control of civil rights and non-discriminatory affairs of the nation.

## 27. Commerce

Plaintiff hereby repeats his statements in section 14 above and adds that as the SBA operates allegedly independent of Commerce in word but not indeed, it is not possible to hold the SBA to responsibility in government without likewise holding Commerce the Chief of the matter with its big money $500,000.00 in revenue for all to be legitimate mandate.

## Conclusion

Wicks, Rufus King, Sullivan, Julia Lieghton, Brenden Wells, Lewis Wallace, Samira Cook, Henry Youngblood, and Tommy Abner, are nine sentient individuals who should have had minds to think before they act, to deliberate as to whether Lewis did any the wrong to deserve to be

maltreated, or, in the alternative, to question whether there is something amiss in the operation of government that needs a second look before the step up and disbar him. Each and every one of them in their own unique way followed right along the party line and disenfranchised him, knowing full well they have no just cause to disbar and disenfranchise him. They merely followed the recommendations either of each other in some cases (Wells and Wallace), or some other government act, or agent, even subordinates, and became dismissive of Lewis. Samira Cook is rather demonstrative in this regard. Only a few days earlier Cook praised Lewis for his business acumen, and even though the e-BIC is tasked with seeing to the matter of compliance - that is - that government agencies themselves comply with the evoked intent of the business development in the District - to create viable tax paying businesses, even Cook bowed and cow-towed to the pressure of the hidden mandates to disenfranchise single adult minority individuals who may be somewhat indigent, by profiling them as disabled-lunatic-drug user (any two) and kick them out the door.

Parties 1 though 10 above were involved in some way in denying Lewis his CJA certification. Parties 11-13 obstructed his path to filing a civil rights complaint. Parties 14 through 27 sought to deny him access to public facilities like Brenden Wells Did. All of these parties acted either directly or through policy against Lewis based on a multiplicity of variables about him:

Lewis is single.

Lewis is black.

Lewis is a veteran.

Lewis has little money.

The odd man out could almost be the Department of Commerce, except that Commerce also mandates that all entrepreneurs accrue a sizable revenue $500,000.00, and there is something else, it turns out that Commerce has a mission to be, by and through its locall installed Minority Business Development Centers, the number one competitor against every private consultant in the United States that is a minority providing consulting services to minorities. See **Appendix C**.


Amazingly, perhaps by sheer coincidence, the current head of the Department of Commerce is the son of a plantation owner out of Cuba.




Sign: _____

Radcliffe B. Lewis

1901 15th Street, NW, Apt. #4, Washington, DC  20009

| # | Party | Profile | Substitution | Gen. Pretext | Activity Level | Involvement | Claim |
|---|-------|---------|--------------|--------------|----------------|-------------|-------|
| 1 | DC Judiciary | DC Judiciary | DC | Oversight | Negligence | Deny Certification | Ripe |
| 2 | DC Courts | DC Courts | DC | Oversight | Negligence | Deny Certification | Ripe |
| 3 | JCJA | DC Courts | DC | Oversight | Negligence | Deny Certification | Ripe |
| 4 | DC Bar | DC Govnerment | DC | Deny | Direct Decree | Overeach Mrkt, Law | Ripe |
| 5 | Wicks | DC Judiciary | DC | Negligence | Negligence | Deny Certification | Ripe |
| 6 | King | DC Courts | DC | Deny | Direct Activity | Deny Certification | Ripe |
| 7 | Sullivan | PDS | PDS | Oversight | Negligence | Deny Certification | Ripe |
| 8 | Leighton | PDS | PDS | Deny | Accessory | Deny Certification | Ripe |
| 9 | Wells | PDS | PDS | Deny | Direct Activity | Deny Certification | Ripe |
| 10 | Wallace | DC Courts | DC | Deny | Accessory | Deny Certification | Ripe |
| 11 | Chao | DOL | USA | Deny Access | Direct Activity | Deny Due Process | Ripe |
| 12 | Gonzales | DOJ | USA | Deny Access | Direct Activity | Deny Due Process | Ripe |
| 13 | Pelosi | Congress | USA | Oversight | Negligence | Deny Due Process | Ripe |
| 14 | SBA | SBA/Commerce | USA | Oversight | Accessory | Deny Public Access | Notified |
| 15 | Cook | OPED/DC Gov't | DC | Oversight | Direct Activity | Deny Public Access | Ripe |
| 16 | Youngblood | USVAORE | DC | Deny | Direct Activity | Deny Public Access | Ripe |
| 17 | Abner | OPED | DC | Deny | Direct Activity | Deny Public Access | Ripe |
| 18 | OPED | DC Government | DC | Oversight | Accessory | Deny Public Access | Ripe |
| 19 | USVAORE | OPED | DC | Deny | Direct Activity | Deny Public Access | Ripe |
| 20 | DVA | DVA | USA | Libel | Direct Activity | Libel | Ripe |
| 21 | SSA | SSA/DHHS | USA | Deny | Direct Activity | Deny Public Access | Ripe - Injcnt |
| 22 | Senate | Congress | USA | Libel | Negligience | Libel | Notified |
| 23 | Reps | Congress | USA | Libel | Negligience | Libel | Notified |
| 24 | DHHS | DHHS | USA | Libel | Direct Activity | Libel | Notified |
| 25 | HUD | HUD | USA | Libel | Direct Decree | Libel | Notified |
| 26 | DOJ | DOJ | USA | Deny Access | Direct Decree | Deny Due Process | Ripe |
| 27 | Commerce | Commerce | USA | Libel | Direct Decree | Libel | Notified |
| 28 | OCR | OCR | USA | Blocked | Blocked | Blocked | Notified |

APPENDIX A

 Windows Live˜

## Business Health Prescription

From: **Cook, Samira (DSLBD)** (Samira.Cook@dc.gov)
Sent: Fri 4/25/08 9:48 PM
To: 'radcliffego@hotmail.com' (radcliffego@hotmail.com)
Cc: 'Howard, Joyce R.' (joyce.howard@sba.gov)

Radcliffe,

Thank you for attending the Business Health Check.  The following steps are necessary to move your business forward:

- Research your clientele:  Who will pay for your services (strategy consulting/image design)?  Who has a need for it?
- Attend the Exploring Entrepreneurship class on Tuesday, May 13, 2008 at 11 AM

Please feel free to continue to check back in with myself or Ms. Howard if you have further questions or concerns.

Regards,

**Samira B. Cook**

**Assistant Director**

**Office of Training and Education - Enhanced Business Information Center (eBIC)**

**Department of Small and Local Business Development**

**Web: dslbd.dc.gov**

**Tel: 202-727-2241**

**Fax: 202-671-4790**

*APPENDIX B1*

2008 - 0421 - 2051

To the District of Columbia

Office of the Deputy Mayor for

Planning and Economic Development,

**Enhanced Business Information Center**

901 G Street, NW

Washington, DC 20001

Subject Matter:  Progress Report

## INTRODUCTION

It is our understanding that the Enhanced Business Information Center holds
responsibility to foster entrepreneurship in the District of Columbia by providing
training, consultation, and support for entrepreneurs.  Recently it has come to our
attention that the Center is also responsible for matters of "compliance" and
"enforcement", or in the alternative "compliance enforcement".  It is one of several
centers that we are aware of in the District of Columbia gauged toward assisting small
and disadvantaged businesses, as well as towards assisting the productivity minded
individuals in developing their respective portfolios by building business plans and
becoming more keen to the process of business operations, especially in relation to the
established standards of government.  This Center has been significantly supportive to
the Firm during the past several years through which we have experienced certain
revelations regarding the mindset and business atmosphere here in the District of
Columbia.

## ABOUT THE FIRM

*APPENDIX B2*

Windows Live

Print                                                                                     Close window

## Request for Verification

From: **radcliffe lewis** (radcliffego@hotmail.com)
Sent: Fri 5/16/08 6:18 PM
To: samira.cook@dc.gov
Cc: intellexae@gmail.com; go_radcliffe@yahoo.com

Dear Ms Cook, I now present to you a synopsis of the occurences in our conversation yesterday between 4:58 pm and 5:12pm.

### Synopsis

In that converse, you indicated that you wished to obtain an "exit letter" from me regarding the use of the e-BIC's facilities.

You acknowledged that you did not read the contents of my previous letter submitted to you regarding why I did not believe the "workshop" that you sought to have me attend (namely "Exploring Entrepreneurship") was relevant to the development of my business.

You indicated that you did not believe my claims were relevant to your "directives".

You sought additional meetings with me in an attempt to obtain an "exit letter".

You invited me to go elsewhere (other than e-BIC) to utilize terminals for the purpose of access to the internet and formatting documents relevant to the building or development of my business.

You sought to assign me one of your "counsellors".

You denied that the said workshop(s) were to encourage me to "reevaluate my thoughts".

You denied that your directors are the people who are under the District's Deputy Mayor for Planning and Economic Development.

You repeatedly described my business ideas, intents, and activities as "illegitimate".

You asked me why am I at the e-BIC.

### End Synopsis

In the event you disagree with the above synopsis of the information you communicated to me, please promptly respond with your declaration that you so differ, and the particular reasons for which you differ.

Please note that this correspondence and your response may be provided to third parties including members of the public.

Please note that time is of the essence in this regard.

Sincerely,

*/s/ Radcliffe B. Lewis*

**Radcliffe B. Lewis**
Email: radcliffego@hotmail.com



APPENDIX B3

# Minority Business Development Agency

From Wikipedia, the free encyclopedia

The **Minority Business Development Agency (MBDA)** is an agency in the United States Department of Commerce that promotes growth and competitiveness of the United States' minority-owned businesses. The first and current National Director is Ronald N. Langston.



MBDA's stated mission is "to actively promote the growth and competitiveness of minority-owned businesses by providing access to public/private debt and equity financing, market opportunities, and management and business information; coordinating and leveraging public and private resources; and, facilitating strategic alliances." The main feature of the organization and it's site is to provide free consulting services to minority business developers. There are foure detailed guidlines for the following: access to markets, access to capital, management and technical assistance, and education and training.

## History

On March 5, 1969, Richard Nixon wrote Executive Order 11458, establishing the **Office of Minority Business Enterprise**. In 1979, the agency was renamed the Minority Business Development Agency.

Ronald N. Langston, was appointed the MBDA National Director by United States President George W. Bush on March 19, 2001.

## External links

- Minority Business Development Agency website (http://www.mbda.gov/)

## Resources

Alkalimat, Abdul. The African American Experience in Cyberspace. Pluto Press, 1994.

Retrieved from "http://en.wikipedia.org/wiki/Minority_Business_Development_Agency"
Categories: Richard Nixon | United States Department of Commerce

- This page was last modified on 9 March 2008, at 19:45.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

*APPENDIX C*



## APPENDIX D

Proof of service upon the  SBA, Congress, HUD, and Commerce is provided
in the contemporaneously file <u>NOTICE OF FILING</u> regarding these parties.

RECEIVED

2008 JUN 15 AM 12: 11

CLERK
US DISTRICT COURT
DISTRICT OF COLUMBIA