TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Radcliffe B. Lewis, *Litigant in Person* <br><br> *Plaintiff* <br><br> v. <br><br> District of Columbia Judiciary, *Et al* <br><br> *Defendant* | Case No: 1:07-cv-697-rjl |

## NOTICE OF FILING

**1.** The plaintiff now apprises the Court of the submission of <u>Claim for Damage Injury, or Death</u> to the following entities:

The United States Small Business Administration (SBA), the Senate of the Congress of the United States (Senate), the House of Representatives in the Congress of the United States House), the United States Department of Housing and Urban Development (HUD), and the United States Department of Commerce (Commerce).

**2.** Copies of signatures from recieving agents relevant to the SBA, HUD, and Commerce are provided in the attached exhibits.

**3.** The tracking numbers for the Senate and House are 06-71610 and 05-1984 respectively.

Respectfully submitted by:



Radcliffe B. Lewis, Litigant in Person

1901 15th Street, NW, #4, Washington, DC  20009



## Proof of Service

I, hereby affirm under penalty of perjury that **I caused copies of the hereabove Notice of Filing to be delivered to the curent counsels of the District of Columbia and the United States respectively;**

Kara Petteway, Special Assistant Attorney General

C/o Office of the Attorney General

    441 4th Street, NW, Room 600 South, Washington, DC  20001

And

Claire Whitaker, Assistant U.S. Attorney

555 4th Street, NW (Room 10808), Washington, DC  20530

Sign: _____    6/14/08

    Radcliffe B. Lewis

place of occurrence and the cause thereof. Use additional pages if necessary.)
Pursuant to U.S. Const. Article I, IV, XIII, XIV, 5 USC, 8 USC 1427(3), 10 USC 12302
as treaties of the United States related to individual civil and human rights. (SEE ATT...
Where the United States implements statutes and tri-departmental regulations discre...
the sort that is inclined to be socially disconnected with particular disabilities and bac...
Where the District of Columbia armed with such mandate(s) economically marginaliz...
access to otherwise publicly available facilities and credentials, thereby rendering hi...
Where various operatives in the District are in collusion with it to gain profit from und...

**9.** PROPERTY DAM...
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, Ci... State...

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOC...
(See Instructions on reverse side.)
Continuous loss of access to public facilities covered under Title III resulting ...

**10.** PERSONAL IN...WR...
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH...RMS...
INJURED PERSON OR DECEDENT.
...the continuous undermining of Lewis's employability and contractability particularly
"honorably discharged veteran" of the U. S. Naval Reserves (with atrophy of reflexes
thus, not a public charge (with atrophy of personal resources to match), rendering L...
departments' fulfilling prophecy through the inflicted derision of Lewis - resulting in c...
Lewis is not even able to engage true entrepreneurial activities within the scope of t...

**11.** WITNESS...
NAME
There has been no civil rights investigation because the | It was the hope that st...
Department of Justice refuses to accept such complaint | complained against, b...
in the manner that the claimant was able to provide it -
via hand delivery.

**12.** (See instructions on reverse.) | AMOUNT OF CLAIM
12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY
Est: USD $5 Million | Est: USD $20 Million

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CA...
FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)

CIVIL PENALTY FOR PRESENTING
FRAUDULENT CLAIM
The claimant is liable to the United States Government for the civil penalty of not less than
$5,000 and not more than $10,000, plus 3 times the amount of damages sustained
by the Government. (See 31 U.S.C. 3729.)

95-109                                                    NSN 7540-00-...

*[Form appears three times on page, stacked vertically, with signatures dated 3/23/08 and 6/5/08]*