UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RADCLIFFE BANCROFT LEWIS,**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　Defendant. | Case No. 1:07-CV-00679 (RJL) |

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Kara L. Petteway and Melvin W. Bolden, Jr. as attorneys for the District of Columbia, and enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as attorney for the District of Columbia. Pursuant to Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated:  July 31st, 2008.          Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　　　Acting Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　　　*/s/ Toni Michelle Jackson*
　　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON [453765]
　　　　　　　　　　　　　　　　　　Chief, General Litigation Section III

　　　　　　　　　　　　　　　　　　*/s/ Vanessa E. Atterbeary*
　　　　　　　　　　　　　　　　　　VANESSA E. ATTERBEARY [478070]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Suite 6S-070
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 727-9624

(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2008, I filed the foregoing **NOTICE OF WITHDRAWAL AND APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was mailed first class, postage pre-paid to::

Radcliffe Bancroft Lewis, *Pro Se*
1901 15th Street, Suite 4
Washington, DC 20009


*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY
Assistant Attorney General