UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RADCLIFFE BANCROFT LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07-0697 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA JUDICIARY, *et. al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT DISTRICT OF COLUMBIA'S STATEMENT REGARDING THE DISTRICT OF COLUMBIA PUBLIC DEFENDER SERVICE

Pursuant to this court's July 24, 2008, Memorandum Opinion and Order, the same having been entered on July 29, 2008, Defendant District of Columbia files this statement regarding the District of Columbia Public Defender Service.

The District of Columbia Public Defender Service ("PDS") is *non sui juris* and; therefore, cannot be sued in its own right.  PDS is a federally funded, independent agency of the District of Columbia.  *See* PDS website. http://www.pdsdc.org (visited August 4, 2008); *see also* D.C. Code §§2-1607 (a)(2001).[1]  The law is clear that "agencies and departments within the District of Columbia government are not suable as separate entities." *Does I through III v. District of Columbia,* 238 F.Supp.2d 212, 222 (D.D.C. 2002) (quoting *Gales v. District of Columbia*, 47 F.Supp.2d 43, 48 (D.D.C. 1999) (in turn citing *Fields v. District of Columbia Dep't of Corr.,* 789 F.Supp.2d 20, 22 (D.D.C. 1992)); *see also Arnold v. Moore,* F. upp.28, 33 (D.D.C. 1997) ("governmental agencies of the District of Columbia are not suable entities") (citing *Robertson v.*

---

[1] The National Capital Revitalization and Self-Government Improvement Act of 1997 (the "Revitalization Act") and its 1998 Amendments established PDS as a federally funded, independent legal organization governed by an eleven-member Board of Trustees.  *See* PDS website. http://www.pdsdc.org (visited August 4, 2008).

*District of Columbia Bd. of Higher Educ.,* 359 A.2d 28, 31, n.4 (D.C. 1976); *Miller v. Spencer*, 330 A.2d 250, 251, n.1 (D.C. 1974). As an independent agency of the District of Columbia, PDS is *non sui juris* and not a proper party to this action.

The statutory powers and duties of PDS, set forth in D.C. Code §§ 2-1601 (2001), *et seq.*, contain no provision for PDS to be sued in its own name. Accordingly, PDS is not a proper party to this action; therefore, Plaintiff should not be permitted to add it as a party in his Second Amended Complaint.

Dated:  August 4, 2008.

                Respectfully submitted,

                PETER J. NICKLES
                Acting Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                */s/ Toni Michelle Jackson*
                TONI MICHELLE JACKSON [453765]
                Chief, General Litigation Section III

                */s/ Vanessa E. Atterbeary*
                VANESSA E. ATTERBEARY [478070]
                Assistant Attorney General
                441 Fourth Street, N.W., Suite 6S-070
                Washington, D.C. 20001
                (202) 727-9624
                (202) 727-3625 (fax)
                Email: Vanessa.Atterbeary@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2008, I filed the foregoing Defendant District of Columbia Statement Regarding the District of Columbia Public Defender Service with the Clerk of the Court using the CM/ECF system, and a copy was mailed first class, postage pre-paid to:

>Radcliffe Bancroft Lewis, *Pro Se*
>1901 15th Street, Suite 4
>Washington, DC 20009

>*/s/ Vanessa E. Atterbeary*
>VANESSA E. ATTERBEARY
>Assistant Attorney General